1  BROWNE GEORGE ROSS LLP
   Thomas P. O'Brien (State Bar No. 166369)
2    tobrien@bgrfirm.com
3  Jennie Wang VonCannon (State Bar No. 233392)
     jvoncannon@bgrfirm.com
4  David J. Carroll (State Bar No. 291665)
5    dcarroll@bgrfirm.com
   Nathan F. Brown (State Bar No. 317300)
6    nbrown@bgrfirm.com
7  801 S. Figueroa Street, Suite 2000
   Los Angeles, California 90017
8  Telephone: (213) 725-9800
9  Facsimile: (213) 725-9808

10 Attorneys for Plaintiff
11 Francis J. Racioppi, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FRANCIS J. RACIOPPI, JR., | Case No. |
|---|---|
| Plaintiff, | **NOTICE OF INTERESTED PARTIES** |
| vs. | |
| DMITRY BORISOVICH BOSOV *et al.*, | |
| Defendants. | |

1529937.1

NOTICE OF INTERESTED PARTIES

Pursuant to Central District of California Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff Francis J. Racioppi, Jr., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Francis J. Racioppi, Jr.;
2. Defendant Dmitry Borisovich Bosov;
3. Defendant Gary I. Shinder, also known as "Igor Shinder";
4. Defendant Genius Fund I, Inc.;
5. Defendant Genius Fund I, LLC;
6. Restructure Trust, LLC;
7. ESSMW – Earth Solar System Milky Way, LLC;
8. Goldhawk Investments Ltd.;
9. Alltech Group;
10. Heli Biotech LLC;
11. Dr. Kush World Collective LLC;
12. Eagle Rock Herbal Collective LLC;
13. Genius Products LLC;
14. Full Circle Labs LLC;
15. Nature's Holiday LLC;
16. Variant Hemp Solutions LLC;
17. Genius Delivery LLC;
18. Planck Properties LLC;
19. Aristotle Equipment LLC;
20. Genius Sales LLC;
21. Genius Products T, Inc.;
22. Genius Products NT, Inc.;
23. Genius Products, Inc.

1     24.    Full Circle Industries;

2     25.    Other unknown alter egos and co-conspirators of Defendants, whom Plaintiff has identified and named as Doe defendants in this action.

DATED: April 24, 2020

BROWNE GEORGE ROSS LLP
   Thomas P. O'Brien
   Jennie Wang VonCannon
   David J. Carroll
   Nathan F. Brown


By:    /s/ Thomas P. O'Brien
        Thomas P. O'Brien
Attorneys for Plaintiff Francis J. Racioppi, Jr.