AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Francis J. Racioppi, Jr. <br><br> *Plaintiff(s)* <br> v. <br> Dmitry Borisovich Bosov <br><br> (See Attachment #1 for additional Defendants) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dmitry Borisovich Bosov, an individual
1091 Laurel Way, Beverly Hills, CA 90210
and
11 Minskaya Street, Moscow 121108, Russian Federation

(See Attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Thomas P. O'Brien
Browne George Ross LLP
801 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

BROWNE GEORGE ROSS LLP
Thomas P. O'Brien (State Bar No. 166369)
　tobrien@bgrfirm.com
Jennie Wang VonCannon (State Bar No. 233392)
　jvoncannon@bgrfirm.com
David J. Carroll (State Bar No. 291665)
　dcarroll@bgrfirm.com
Nathan F. Brown (State Bar No. 317300)
　nbrown@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

Attorneys for Plaintiff
Francis J. Racioppi, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DMITRY BORISOVICH BOSOV, an individual; GARY I. SHINDER, also known as "Igor Shinder," an individual; GENIUS FUND I, INC., a Delaware Corporation; GENIUS FUND I, LLC, a Delaware Limited Liability Company; RESTRUCTURE TRUST LLC, a Limited Liability Company; ESSMW – EARTH SOLAR SYSTEM MILKY WAY, LLC, a Wyoming Limited Liability Company; GOLDHAWK INVESTMENTS LTD., a Cyprus Limited Company; ALLTECH GROUP, a Russian company; HELI | Case No.<br><br>**COMPLAINT FOR DAMAGES**<br><br>　1. **Civil Conspiracy**<br>　2. **Breach of Contract**<br>　3. **Breach of Implied Covenant of Good Faith and Fair Dealing**<br>　4. **Intentional Misrepresentation (Cal. Lab. Code § 970)**<br>　5. **Wrongful Termination in Violation of Public Policy**<br>　6. **Whistleblower Retaliation (Cal. Lab. Code § 1102.5)**<br><br>**DEMAND FOR JURY TRIAL** |

1482785.11

COMPLAINT FOR DAMAGES

| | |
|---|---|
| 1 | BIOTECH LLC, a California Limited Liability Company; DR. KUSH WORLD COLLECTIVE LLC, a Limited Liability Company; EAGLE ROCK HERBAL COLLECTIVE LLC, a California Limited Liability Company; GENIUS PRODUCTS LLC, a California Limited Liability Company; FULL CIRCLE LABS LLC, a California Limited Liability Company; NATURE'S HOLIDAY LLC, a California Limited Liability Company; VARIANT HEMP SOLUTIONS LLC, a California Limited Liability Company; GENIUS DELIVERY LLC, a California Limited Liability Company; PLANCK PROPERTIES LLC, a California Limited Liability Company; ARISTOTLE EQUIPMENT LLC, a California Limited Liability Company; GENIUS SALES LLC, a California Limited Liability Company; GENIUS PRODUCTS T, INC., a California Corporation; GENIUS PRODUCTS NT, INC., a California Corporation; GENIUS PRODUCTS, INC., a California Corporation; FULL CIRCLE INDUSTRIES; and DOES 1 through 50, inclusive,<br><br>              Defendants. |

Plaintiff Francis J. Racioppi, Jr., by and through his counsel of record, alleges as follows:

**JURISDICTION AND VENUE**

1. This Court has original jurisdiction over this action under 28 U.S.C. § 1332. As alleged herein, Plaintiff is a citizen of the State of New York and his

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FRANCIS J. RACIOPPI, JR., v. DMITRY BORISOVICH BOSOV *et al.*
2:20-cv-03797

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

GARY I. SHINDER, an individual
1217 Colts Circle
Lawrenceville, NJ 08648

and

c/o Genius Fund I, Inc.
255 W. Foothill Boulevard, Suite 205
Upland, CA 91786

GENIUS FUND I, INC., a Delaware Corporation
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

GENIUS FUND I, LLC, a Delaware Limited Liability Company
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

RESTRUCTURE TRUST, LLC, a Limited Liability Company
255 W. Foothill Boulevard, Suite 205
Upland, CA 91786

ESSMW - EARTH SOLAR SYSTEM MILKY WAY, LLC, a Wyoming Limited Liability Company
c/o MyCompanyWorks, Inc.
1603 Capitol Avenue, Suite 310
Cheyenne, WY 82001

GOLDHAWK INVESTMENTS LTD., a Cyprus Limited Company
Halkidiki, 4, German River 4040
Limassol, Cyprus

ALLTECH GROUP, a Russian Company
11 Minskaya Street
Moscow 121108
Russian Federation

HELI BIOTECH LLC, a California Limited Liability Company
c/o The Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

DR. KUSH WORLD COLLECTIVE LLC, a Limited Liability Company
c/o Vahan Gelejian
18757 Burbank Boulevard, Suite 104
Tarzana, CA 91356

EAGLE ROCK HERBAL COLLECTIVE LLC, a California Limited Liability Company
c/o The Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

GENIUS PRODUCTS LLC, a California Limited Liability Company
1113 Electric Avenue., #4
Venice, CA 90291

FULL CIRCLE LABS LLC, a California Limited Liability Company
c/o The Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

NATURE'S HOLIDAY LLC, a California Limited Liability Company
c/o The Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

VARIANT HEMP SOLUTIONS LLC, a California Limited Liability Company
c/o The Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

GENIUS DELIVERY LLC, a California Limited Liability Company
c/o The Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

PLANCK PROPERTIES LLC, a California Limited Liability Company
c/o The Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

ARISTOTLE EQUIPMENT LLC, a California Limited Liability Company
c/o The Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

GENIUS SALES LLC, a California Limited Liability Company
c/o The Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

GENIUS PRODUCTS T INC., a California Corporation
c/o The Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

GENIUS PRODUCTS NT INC., a California Corporation
c/o The Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

FULL CIRCLE INDUSTRIES
255 W. Foothill Boulevard, Suite 205
Upland, CA 91786