| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: <br> BROWNE GEORGE ROSS LLP <br> Thomas P. O'Brien (State Bar No. 166369) <br> 801 S. Figueroa Street, Suite 2000 <br> Los Angeles, California 90017 <br><br> TELEPHONE NO.: (213) 725-9800   FAX NO.: (213) 725-9808 <br> ATTORNEY FOR *(Name)*: Plaintiff Francis J. Racioppi, Jr. | *FOR COURT USE ONLY* |
|---|---|
| NAME OF COURT: **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA** <br> STREET ADDRESS: 255 E. Temple Street <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Los Angeles, CA 90012 <br> BRANCH NAME: Western Division | |
| PLAINTIFF: Francis J. Racioppi, Jr. <br><br> DEFENDANT: Dmitry Borisovich Bosov, et al. | |
| **APPLICATION FOR** <br> ☒ **RIGHT TO ATTACH ORDER**     ☒ **TEMPORARY PROTECTIVE ORDER** <br> ☒ **ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT** <br> ☐ **ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT** <br>     ☐ After Hearing     ☒ Ex Parte <br>     ☐ Against Property of Nonresident | CASE NUMBER: <br><br> 2:20-cv-03797-FMO (JCx) |

1. Plaintiff *(name)*: Francis J. Racioppi, Jr.
   applies     ☐ after hearing    ☒ ex parte    for
   a. ☒ a right to attach order and writ of attachment.
   b. ☐ an additional writ of attachment.
   c. ☒ a temporary protective order.
   d. ☐ an order directing the defendant to transfer to the levying officer possession of
      (1) ☐ property in defendant's possession.
      (2) ☐ documentary evidence in defendant's possession of title to property.
      (3) ☐ documentary evidence in defendant's possession of debt owed to defendant.

2. Defendant *(name)*: See Attachment 1.
   a. ☐ is a natural person who
      (1) ☐ resides in California.
      (2) ☐ does not reside in California.
   b. ☐ is a corporation
      (1) ☐ qualified to do business in California.
      (2) ☐ not qualified to do business in California.
   c. ☐ is a California partnership or other unincorporated association.
   d. ☐ is a foreign partnership that
      (1) ☐ has filed a designation under Corporations Code section 15800.
      (2) ☐ has not filed a designation under Corporations Code section 15800.
   e. ☐ is other *(specify)*:

3. Attachment is sought to secure recovery on a claim upon which attachment may issue under Code of Civil Procedure section 483.010.

4. Attachment is not sought for a purpose other than the recovery on a claim upon which the attachment is based.

5. Plaintiff has no information or belief that the claim is discharged or the prosecution of the action is stayed in a proceeding under Title 11 of the United States Code (Bankruptcy).

Page one of three <br>
CV-04F (05/18) <br>
(AT-105 [Rev. January 1, 2000]) <br>
**APPLICATION FOR RIGHT TO ATTACH ORDER, TEMPORARY PROTECTIVE ORDER, ETC. (Attachment)** <br>
Code of Civil Procedure, §§ 482.030, 484.010 et seq.

| SHORT TITLE: Francis J. Racioppi, Jr. v. Dmitry Borisovich Bosov, et al. | CASE NUMBER: 2:20-cv-03797-FMO (JCx) |
|---|---|

6. ☒ Plaintiff's claim or claims arise out of conduct by the defendant who is a natural person of a trade, business, or profession. The claim or claims are not based on the sale or lease of property, a license to use property, the furnishing of services, or the loan of money where any of the foregoing was used by the defendant primarily for personal, family, or household purposes.

7. The facts showing plaintiff is entitled to a judgment on the claim on which the attachment is based are set forth with particularity in the
   a. ☐ verified complaint.
   b. ☒ attached affidavit or declaration.
   c. ☒ following facts *(specify)*:
      All facts and authorities stated in the following accompanying documents:
      1. Memorandum of Points and Authorities
      2. Declaration of Francis J. Racioppi, Jr.
      3. Declaration of David J. Carroll
      4. Declaration of Michael O'Dowd

8. The amount to be secured by the attachment is: $3,745,613.68
   a. ☒ which includes estimated costs of: $50,000.00
   b. ☒ which includes estimated allowable attorney fees of: $1,450,000.00

9. Plaintiff is informed and believes that the following property sought to be attached for which a method of levy is provided is subject to attachment:
   a. ☒ Any property of a defendant who is **not** a natural person.
   b. ☒ Any property of a nonresident defendant.
   c. ☒ Property of a defendant who is a natural person that is subject to attachment under Code of Civil Procedure section 487.010 described as follows *(specify)*:
      All real property, personal property, equipment, motor vehicles, chattel paper, negotiable and other instruments, securities, deposit accounts, safe deposit boxes, accounts receivable, general intangibles, property subject to pending actions, final money judgments, and personalty in estates of decedents.

      This includes, but is not limited to, the following real property:
      1. 9924/9928 Rancho Road, Adelanto, CA 92301
      2. 7569 Melrose Avenue, Los Angeles, CA 90046
      3. 0 Bolsa Road, Hollister, CA 95023
      4. Residential property in Beverly Hills, California, as described in Exhibit 29

   d. ☐ Property covered by a bulk sales notice with respect to a bulk transfer by defendant on the proceeds of the sale of such property *(describe)*:

   e. ☐ Plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold *(specify license number)*:

10. Plaintiff is informed and believes that the property sought to be attached is not exempt from attachment.

11. ☐ The court issued a Right to Attach Order on *(date)*:
    *(Attach a copy.)*

12. ☒ Nonresident defendant has not filed a general appearance.

CV-04F (05/18)     **APPLICATION FOR RIGHT TO ATTACH ORDER, TEMPORARY PROTECTIVE ORDER, ETC. (Attachment)**     Page two of three

| SHORT TITLE: Francis J. Racioppi, Jr. v. Dmitry Borisovich Bosov, et al. | CASE NUMBER: 2:20-cv-03797-FMO (JCx) |
|---|---|

13. a. Plaintiff ☒ alleges on ex parte application for order for writ of attachment
       ☒ is informed and believes on application for temporary protective order
   that plaintiff will suffer great or irreparable injury if the order is not issued before the matter can be heard on notice because
   (1) ☒ it may be inferred that there is a danger that the property sought to be attached will be
       (a) ☒ concealed.
       (b) ☒ substantially impaired in value.
       (c) ☒ made unavailable to levy by other than concealment or impairment in value.
   (2) ☐ defendant has failed to pay the debt underlying the requested attachment and is insolvent as defined in Code of Civil Procedure section 485.010, subdivision (b)(2).
   (3) ☐ a bulk sales notice was recorded and published pursuant to Division 6 of the Commercial Code with respect to a bulk transfer by the defendant.
   (4) ☐ an escrow has been opened under the provisions of Business and Professions Code section 24074 with respect to the sale by the defendant.
   (5) ☒ other circumstances *(specify)*:
       See attached Memorandum of Points and Authorities.

   b. The statements in item 13a are established by  ☒ the attached affidavit or declaration
      ☐ the following facts *(specify)*:

14. ☒ Plaintiff requests the following relief by temporary protective order *(specify)*:
    See Attachment 2.

15. Plaintiff
    a. ☐ has filed an undertaking in the amount of:  $
    b. ☒ has not filed an undertaking.

Date: April 28, 2020

Thomas P. O'Brien
.............................................
(TYPE OR PRINT NAME OF PLAINTIFF OR PLAINTIFF'S ATTORNEY)

▶ /s/ Thomas P. O'Brien
(SIGNATURE OF PLAINTIFF OR PLAINTIFF'S ATTORNEY)

## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct.

Date:

See Attached Declarations
.............................................
(TYPE OR PRINT NAME)

▶
(SIGNATURE OF DECLARANT)

16. Number of pages attached: _____

CV-04F (05/18)   **APPLICATION FOR RIGHT TO ATTACH ORDER, TEMPORARY PROTECTIVE ORDER, ETC. (Attachment)**   Page three of three

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FRANCIS J. RACIOPPI, JR., v. DMITRY BORISOVICH BOSOV *et al.*
2:20-cv-03797

APPLICATION FOR RIGHT TO ATTACH ORDER, ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT, OR, IN THE ALTERNATIVE, TEMPORARY PROTECTIVE ORDER

## ATTACHMENT #1

**ITEM #2 – DEFENDANTS**

1. Defendant DMITRY BORISOVICH BOSOV is a natural person who does not reside in California.

2. Defendant GARY I. SHINDER is a natural person who does not reside in California.

3. Defendant GENIUS FUND I, INC. is a Delaware corporation qualified to do business in California.

4. Defendant GENIUS FUND I, LLC is a Delaware limited liability company.

5. Defendant RESTRUCTURE TRUST, LLC, is a limited liability company.

6. Defendant ESSMW - EARTH SOLAR SYSTEM MILKY WAY, LLC is a Wyoming limited liability company.

7. Defendant GOLDHAWK INVESTMENTS LTD. is a Cyprus Limited Company.

8. Defendant ALLTECH GROUP is a Russian company.

9. Defendant HELI BIOTECH LLC is a California limited liability company.

10. Defendant DR. KUSH WORLD COLLECTIVE LLC is a limited liability company.

11. Defendant EAGLE ROCK HERBAL COLLECTIVE LLC is a California limited liability company.

12. Defendant GENIUS PRODUCTS LLC is a California limited liability company.

13. Defendant FULL CIRCLE LABS LLC is a California limited liability company.

14. Defendant NATURE'S HOLIDAY LLC is a California limited liability company.

15. Defendant VARIANT HEMP SOLUTIONS LLC is a California limited liability company.

1532979.2

16. Defendant GENIUS DELIVERY LLC is a California limited liability company.

17. Defendant PLANCK PROPERTIES LLC is a California limited liability company.

18. Defendant ARISTOTLE EQUIPMENT LLC is a California limited liability company.

19. Defendant GENIUS SALES LLC is a California limited liability company.

20. Defendant GENIUS PRODUCTS T INC. is a California Corporation qualified to do business in California.

21. Defendant GENIUS PRODUCTS NT INC. is a California Corporation qualified to do business in California.

22. Defendant GENIUS PRODUCTS INC. is a California Corporation qualified to do business in California.

23. Defendant FULL CIRCLE INDUSTRIES is an unincorporated association.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FRANCIS J. RACIOPPI, JR., v. DMITRY BORISOVICH BOSOV *et al.*
2:20-cv-03797

APPLICATION FOR RIGHT TO ATTACH ORDER, ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT, OR, IN THE ALTERNATIVE, TEMPORARY PROTECTIVE ORDER

## ATTACHMENT #2

**ITEM #14 – RELIEF BY TEMPORARY PROTECTIVE ORDER**

Plaintiff requests that the Court issue a temporary protective order enjoining all Defendants from transferring or reducing their respect assets below $3,745,613.68.  Further, Defendants shall be prohibited from transferring or selling their rights to the identified properties:

Residential Property in Beverly Hills, California more specifically described in Exhibit 29;
0 Bolsa Road Hollister, CA 95023;
9924/9928 Rancho Road Adelanto, CA 92301; and
7569 Melrose Ave Los Angeles, CA 90046.

1537807.1