BROWNE GEORGE ROSS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
Jennie Wang VonCannon (State Bar No. 233392)
  jvoncannon@bgrfirm.com
David J. Carroll (State Bar No. 291665)
  dcarroll@bgrfirm.com
Nathan F. Brown (State Bar No. 317300)
  nbrown@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

Attorneys for Plaintiff
Francis J. Racioppi, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., | Case No. 2:20-cv-03797-FMO (JCx) |
| Plaintiff, | **DECLARATION OF MICHAEL O'DOWD** |
| vs. | |
| DMITRY BORISOVICH BOSOV *et al.*, | |
| Defendants. | Trial Date:  None Set |

# DECLARATION OF MICHAEL O'DOWD

I, Michael O'Dowd, declare as follows:

1. I am over eighteen years old and not a party to this action. The facts stated in this declaration are based on my personal knowledge, except as otherwise noted. I make this declaration in support of Plaintiff Francis J. Racioppi, Jr.'s *ex parte* application for a right to attach order and writ of attachment or, in the alternative, a temporary protective order.

2. From July 2019 until April 8, 2020, I was employed by the Genius Fund Group ("GFG") as Director Consumer Operations and Vice President Consumer Operations. On April 8, 2020, I was informed that GFG was laying off all staff and terminating operations as a result of the COVID-19 crisis.

3. On April 26, 2020, I received a letter from GFG, back-dated to March 5, 2020, that purported to be a sixty-day WARN Act notice. Attached hereto as **Exhibit 28** is a true and correct copy of the letter and the envelope in which it was sent.

4. After I received the letter, I researched and found a telephone number associated with the return address on the envelope. When I called the number, I identified myself as a former GFG employee and had recently received a letter from the company. I was then immediately put on the line with an individual named "Oleg."

5. I informed Oleg of my belief that the notice I received did not comply with the WARN Act. I was also aware that Francis Racioppi—in whose name the letter was sent—was no longer employed by or affiliated with GFG. Oleg responded that it did not matter whether or not the notices were legally-compliant

///

///

1  / / /
2  / / /
3  / / /
4  and that it would not matter if I filed a lawsuit over the issue, as GFG was in the
5  process of liquidating all of its assets.

7      I declare under penalty of perjury that the foregoing is true and correct.
8  Executed on April 28, 2020, at Los Angeles.

                                    Michael O'Dowd