BROWNE GEORGE ROSS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
Jennie Wang VonCannon (State Bar No. 233392)
  jvoncannon@bgrfirm.com
David J. Carroll (State Bar No. 291665)
  dcarroll@bgrfirm.com
Nathan F. Brown (State Bar No. 317300)
  nbrown@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

Attorneys for Plaintiff
Francis J. Racioppi, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., an individual,<br><br>              Plaintiff,<br><br>       vs.<br><br>DMITRY BORISOVICH BOSOV, *et al*,<br><br>              Defendants. | Case No. 2:20-cv-03797-FMO (JCx)<br><br>**TABLE OF EXHIBITS IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR RIGHT TO ATTACH ORDERS AND ISSUANCE OF WRITS OF ATTACHMENT OR, ALTERNATIVELY, TEMPORARY PROTECTIVE ORDER** |

| Ex. | Description |
|---|---|
| 1 | Plaintiff's Signed Employment Agreement, dated March 5, 2020 |
| 2 | Genius Fund I, Inc. June 2019 Statement of Information |
| 3 | Genius Fund I, Inc. April 2020 Statement of Information |
| 4 | Heli Biotech LLC September 2019 Statement of Information |
| 5 | Eagle Rock Herbal Collective LLC February 2020 Statement of Information |
| 6 | Genius Products LLC April 2019 Statement of Information |
| 7 | Full Circle Labs LLC June 2019 Statement of Information |
| 8 | Full Circle Labs LLC April 2020 Statement of Information |
| 9 | Nature's Holiday LLC April 2019 Statement of Information |
| 10 | Variant Hemp Solutions LLC December 2019 Statement of Information |
| 11 | Genius Delivery LLC May 2019 Statement of Information |
| 12 | Genius Delivery LLC April 2020 Statement of Information |
| 13 | Planck Properties LLC April 2019 Statement of Information |
| 14 | Aristotle Equipment LLC April 2019 Statement of Information |
| 15 | Aristotle Equipment LLC April 2020 Statement of Information |
| 16 | Genius Sales LLC April 2019 Statement of Information |
| 17 | Genius Products T, Inc. March 2020 Statement of Information |
| 18 | Genius Products NT, Inc. March 2020 Statement of Information |
| 19 | Executive Order Issued by Defendant Bosov on February 24, 2020 |
| 20 | "Executive Order Finale" Issued by Defendant Bosov on March 14, 2020 |
| 21 | Executive Order No. 021-059 / 111-07-23 Issued on March 23, 2020 |
| 22 | Executive Order No. 021-059 / 111-07-21 Issued on March 23, 2020 |

| Ex. | Description |
|---|---|
| 23 | Executive Order No. 021-059 / 111-07-22 Issued on March 23, 2020 |
| 24 | Executive Order No. 021-059 / 111-07-20 Issued on March 23, 2020 |
| 25 | Executive Order No. 021-059 / 111-07-19 Issued on March 23, 2020 |
| 26 | ESSMW – Earth Solar System Milky Way, LLC's Articles of Incorporation |
| 27 | Termination Notice Provided to All GFG Employees |
| 28 | WARN Act Notice Provided to Former GFG Employees |
| 29 | Grant Deed for Property Located in Beverly Hills, California |
| 30 | Information from Delaware Secretary of State's website re: LWBH LLC |
| 31 | Grant Deed for 0 Bolsa Road, Hollister, CA 95023 |
| 32 | Grant Deed for 9924/9928 Rancho Road, Adelanto, CA 92301 |
| 33 | Grant Deed for 7569 Melrose Ave, Los Angeles, CA 90046 |
|  |  |

Dated:  April 28, 2020

BROWNE GEORGE ROSS LLP
    Thomas P. O'Brien
    Jennie Wang VonCannon
    David J. Carroll
    Nathan F. Brown

By:     /s/ Thomas P. O'Brien
      Thomas P. O'Brien

Attorneys for Plaintiff Francis J. Racioppi, Jr.