# EXHIBIT 1

1537830.1

## GENIUS EMPLOYMENT OFFER LETTER

Dear Fran,

This agreement is effective as of March 5, 2020 by and between Francis Racioppi and Genius Fund I Inc. and its affiliates, including Restructure Trust LLC (together "Genius") and supersedes any prior employment-related agreement or agreements between Genius and you.  For and in consideration of the mutual promises and covenants set forth herein, each of Genius, directly or through its subsidiaries, and you hereby agree to your employment on the following terms and conditions and, except to the extent specifically superseded by this Agreement, subject to all of Genius policies and procedures regarding its employees.

### Position

As of March 5, 2020 you shall serve as Genius' CEO ("CEO") (subject to Genius governing documents and internal controls) with all authority and responsibility over Genius operations and generally, over all Genius matters.

### Guaranteed Base Salary commencing March 5, 2020 through December 31, 2021

Genius agrees to pay or cause to be paid to you for your services during the term of this Agreement an annual minimum base salary (the **"Base Salary"**) at the gross rate prior to all taxes and other withholdings of $700,000.00 commencing March 5, 2020.

Your Base Salary will be subject to annual review and may be adjusted considering factors such as your performance, Genius' profitability and other pertinent factors; ***provided*** that your Base Salary for a) the pro-rated period of March 5, 2020 to December 31, 2020 and b) for the entirety of 2021 fiscal year is guaranteed to be no lower than $700,000.  Your Base Salary shall be payable in accordance with Genius' customary payroll practices.

### 2020 Signing Bonus

Upon execution of this Agreement by both parties, you will receive a one- time signing bonus in the amount of $300,000 ("**2020 Signing Bonus"**) and reasonable reimbursement of moving expenses incurred to relocate family from NY to LA in April 2020 including security deposit and first month rent of new home not to exceed $30,000 net of applicable taxes and withholdings to be paid with your March 30, 2020 paycheck .

### Annual Bonus

The parties agree that your annual bonus for the fiscal years ending on December 31, 2020 and December 31, 2021 is guaranteed to be no lower than 50% of your base salary for each respective year.

For the fiscal years beginning January 1, 2022, your annual bonus will be determined in the sole discretion of Genius.

### Genius Profit Participation

You will be eligible to participate in any Genius Profit Participation plan as granted in the sole discretion of Genius.

### Guaranteed Severance Pay for Termination Prior to January 1, 2022

DocuSign Envelope ID: BFF21DB1-9CA7-4BCE-992C-69C992F71BDA

1. If your employment is terminated for any reason prior to December 31, 2020, other than **For Cause** (as defined below), Genius shall pay you severance pay (**"Severance Pay"**) equal to a) your guaranteed minimum $700,000 Base Salary prorated for the period commencing on your termination date through December 31, 2021 plus b) any and all accrued sick and vacation days.

2. If your employment is terminated for any reason after December 31, 2020 but prior to December 31, 2021, other than **For Cause** (as defined below), your Severance Pay will be equal a) your guaranteed minimum $700,000 Base Salary prorated for the period commencing on your termination date through December 31, 2021 plus b) your minimum annual bonus for 2021 pro-rated for the period beginning January 1, 2021 through your termination date plus c) any and all accrued sick and vacation days.

3. "Cause" shall mean a determination in good faith by the Genius Directors that you (i) have been grossly negligent or engaged in willfully fraudulent or dishonest acts materially injurious to Genius; (ii) have materially breached Genius' policies and procedures and have failed to cure such breach within 30 days after receipt of Genius' notice of breach; or (iii) without due cause fail within 30 days after receipt of notice to follow any lawful order given by or under direction of Genius' Directors.

4. Your Severance Pay will be paid in full upon execution of a Settlement and Release agreement customary with industry practices.

   **NOTWITHSTANDING THE GUARANTEED SEVERANCE PAYMENT TERMS SET FORTH ABOVE, YOUR EMPLOYMENT WILL BE AT-WILL, MEANING THAT YOU OR COMPANY MAY TERMINATE THE EMPLOYMENT RELATIONSHIP AT ANY TIME, WITH OR WITHOUT CAUSE, AND WITH OR WITHOUT NOTICE SUBJECT TO AND IN ACCORDANCE WITH THE PROVISIONS OF THIS AGREMENT**

**Benefits**

You will continue to be eligible to participate in benefit plans and programs in effect from time to time, including group medical, dental, and vision, and other fringe benefits as are made available to other similarly situated Genius employees, in accordance with and subject to the eligibility and other provisions of such plans and programs. You will continue to be subject to all applicable Genius employment and other policies, as outlined in Genius' Employee Handbook and elsewhere.

**Indemnification**

The parties agree that you shall be entitled to full indemnification as provided for in Schedule A.

**Other Agreements**

As a condition of this offer, you agree to execute Genius's (a) Mutual Agreement to Arbitrate Employment-Related Disputes; and (b) Confidentiality and Proprietary Rights Agreement continue to apply.

By accepting this offer, you confirm that you are able to accept this job and carry out the work involved without breaching any legal restrictions on your activities, such as restrictions imposed by a current or former employer. You also confirm that you have no contractual restrictions affecting your position with Genius.

You further confirm that you have not removed or copied any documents or proprietary data or materials of any kind, electronic or otherwise, with you from your former employer to Genius without written authorization from your former employer, nor will you use or disclose any such confidential information during the course and scope of your employment with Genius. If you have any questions about the ownership of particular documents or other information, discuss those questions with your former employer

2

before removing or copying any documents or information.

If you wish to accept this position, please sign below and return this letter agreement.

Yours sincerely,

Genius Fund I Inc., on behalf of itself and its affiliates

By: _____

Goldhawk Investments Ltd.

By: _____

Goldhawk Investments Ltd., as Investor

I accept the offer of employment outlined above.

Signed .....................................................

Name: Francis Racioppi

Date:  3/4/2020

3

DocuSign Envelope ID: BFF21DB1-9CA7-4BCE-992C-69C992F71BDA

Schedule A Exculpation and Indemnification of the Officers

(a)      Subject to Section (b), no officer, affiliate of the foregoing or their respective officers, directors, trustees, direct or indirect members, partners or managers, employees, representatives, attorneys or agents (each individually, an "Indemnified Person") shall be liable, responsible or accountable in damages or otherwise to Genius, any third party or to any other person for (i) any act performed or omission within the scope of the authority conferred on the Indemnified Person by this Agreement except for the gross negligence, fraud, willful misconduct or dishonesty of any Indemnified Person in carrying out its obligations hereunder; (ii) the Indemnified Person's performance of, or failure to perform, any act on the reasonable reliance on advice of legal counsel to Genius; or (iii) fraud, willful misconduct, the negligence, dishonesty or bad faith if any agent, consultant or advisor of Genius selected, engaged or retained in good faith and with reasonable prudence.

(b)      Genius and the Investor shall, to the fullest extent permitted under the Act and other applicable law, indemnify and hold harmless each Indemnified Person against any and all losses, claims, damages or liabilities to which such Indemnified Person may become subject in connection with any matter arising from, related to, or in connection with, this Agreement or Genius's business, except for such losses, claims, damages or liabilities as are determined by final judgment of a court of competent jurisdiction to have resulted from such Indemnified Person's intentional gross negligence, willful misconduct, fraud or dishonesty. Genius  shall subject to the provisions of Section (b)from time to time, advance to any Indemnified Person the funds necessary for payment of reasonable expenses, including reasonable attorneys' fees, incurred in connection with any action, suit or proceeding, provided, however, that such advances shall be made only pursuant to a written agreement with such Indemnified Person that he or she will repay such amount(s) if a judgment or other final adjudication adverse to the Indemnified Person establishes that his acts or omissions (a) constitute a breach of his duty of loyalty to Genius or its Members, (b) were not in good faith, (c) involved a knowing violation of law, (d) resulted in his receiving an improper personal benefit, or (e) were otherwise of such a character that California law would require that such amount(s) be repaid. Genius shall not be liable to any Indemnified Person or third party for amounts due under any settlement effected by an Indemnified Person without Genius's consent.

(c)      Genius shall have the power to purchase and maintain insurance on behalf of any Indemnified Person against any liability asserted against such Person and incurred by such Indemnified Person in any such capacity, or arising out of such Indemnified Person's status, whether or not Genius would have the power to indemnify such Indemnified Person against such liability under the provisions herein or under applicable law.

(d)      The Exculpation and Indemnification provisions herein hall survive any termination of this Agreement or the dissolution of Genius.

(e)      Be binding upon and inure to the benefit of any successors, assigns, heirs and personal representatives of each Indemnified Person and any such Indemnified Persons;

(f)      Notwithstanding anything else contained in this Agreement, the indemnity obligations of Genius under paragraph (b) above shall be in addition to any liability that officers of Genius may otherwise have;  and

(g)       A determination as to whether indemnification of or advancement of expenses is permissible shall be made subject to the provisions of this Schedule and in good faith by special legal counsel to Genius as mutually agreed by the officers, Genius and the Investor.

## GENIUS EMPLOYMENT OFFER
## LETTER

Dear ~~Michelle~~Fran,

This agreement is effective as of ~~October 1~~March 5, ~~2019~~2020 by and between ~~Michelle Lynd~~Francis Racioppi and Genius Fund I Inc. and its affiliates, including Restructure Trust LLC (together "Genius") and supersedes any prior employment-related agreement or agreements between Genius and you.  For and in consideration of the mutual promises and covenants set forth herein, each of Genius, directly or through its subsidiaries, and you hereby agree to your employment on the following terms and conditions and, except to the extent specifically superseded by this Agreement, subject to all of Genius policies and procedures regarding its employees.

**Position**

As of ~~October 1~~March 5, ~~2019,~~2020 you shall serve as Genius' ~~Chief Legal Officer~~CEO ("~~CLO~~CEO") (subject to Genius governing documents and internal controls) with all authority and responsibility over ~~all~~ Genius ~~legal~~operations and generally, over all Genius matters.

~~Your specific responsibilities include, but are not limited to:~~
~~(a) Managing Genius' legal department~~
~~(b) Managing Genius' outside counsel—including strategic use and efficient budget strategies~~
~~(c) Developing strategies, coordinating and serving as Genius' point legal resource to optimize corporate legal/tax structure~~
~~(d) Identifying, prioritizing and implementing legal and compliance risk mitigation strategies~~
~~(e) Supporting Genius management in any and all legal and compliance matters involving investor communications/ requests~~
~~(f) Regulatory matters~~
~~(g) Responsible for legal support in the development of Genius businesses, policies and procedures~~

**Guaranteed Base Salary commencing ~~October 1~~March 5, ~~2019~~2020 through December 31, 2021**

Genius agrees to pay or cause to be paid to you for your services during the term of this Agreement an annual minimum base salary (the **"Base Salary"**) at the gross rate prior to all taxes and other withholdings of $~~550,000.00~~700,000.00 commencing ~~October 1~~March 5, ~~2019~~2020.

Your Base Salary will be subject to annual review and may be adjusted considering factors such as your performance, Genius' profitability and other pertinent factors; ***provided*** that your Base Salary for a) the pro-rated period of ~~October 1~~March 5, ~~2019~~2020 to December 31, ~~2019~~2020 and b) for the entirety of ~~the 2020 and~~ 2021 fiscal ~~years~~year is guaranteed to be no lower than $~~550,000~~700,000.   Your Base Salary shall be payable in accordance with Genius' customary payroll practices.

**~~2019~~2020 Signing Bonus**

Upon execution of this Agreement by both parties, you will receive a one- time signing bonus in the ~~gross~~ amount of $~~250,000 prior to all~~300,000 (**"2020 Signing Bonus"**) and reasonable reimbursement of moving expenses incurred to relocate family from NY to LA in April 2020

1

DocuSign Envelope ID: BEF21DB1-9CA7-4BCE-992C-69C992F71BDA

including security deposit and first month rent of new home not to exceed $30,000 net of applicable taxes and ~~other~~ withholdings to be paid with your ~~October 15~~March 30, ~~2019~~2020 paycheck ~~("**2019 Signing Bonus")**. The 2019 Signing Bonus is in lieu of any 2019 year-end bonus.~~.

2

**Annual Bonus**

The parties agree that ~~a) the 2019 Signing Bonus is in lieu of any 2019 annual bonus and b)~~ your annual bonus for the fiscal years ending on December 31, 2020 and December 31, 2021 is guaranteed to be no lower than ~~$250,000~~50% of your base salary for each respective year.

For the fiscal years beginning January 1, 2022, your annual bonus will be determined in the sole discretion of Genius.

**Genius Profit Participation**

You will be eligible to participate in any Genius Profit Participation plan as granted in the sole discretion of Genius.

**Guaranteed Severance Pay for Termination Prior to January 1, 2022**

1.  If your employment is terminated for any reason prior to December 31, 2020, other than **For Cause** (as defined below), Genius shall pay you severance pay (**"Severance Pay"**) equal to a) your guaranteed minimum $~~550,000~~700,000 Base Salary prorated for the period commencing on your termination date through December 31, 2021 plus b) any and all accrued sick and vacation days.

2.  If your employment is terminated for any reason after December 31, 2020 but prior to December 31, 2021, other than **For Cause** (as defined below), your Severance Pay will be equal a) your guaranteed minimum $~~550,000~~700,000 Base Salary prorated for the period commencing on your termination date through December 31, 2021 plus b) your minimum $~~250,000~~ annual bonus for 2021 pro-rated for the period beginning January 1, 2021 through your termination date plus c) any and all accrued sick and vacation days.

3.  "Cause" shall mean a determination in good faith by the Genius Directors that you (i) have been grossly negligent or engaged in willfully fraudulent or dishonest acts materially injurious to Genius; (ii) have materially breached Genius' policies and procedures and have failed to cure such breach within 30 days after receipt of Genius' notice of breach; or (iii) without due cause fail within 30 days after receipt of notice to follow any lawful order given by or under direction of Genius' Directors.

4.  Your Severance Pay will be paid in full upon execution of a Settlement and Release agreement customary with industry practices.

    **NOTWITHSTANDING THE GUARANTEED SEVERANCE PAYMENT TERMS SET FORTH ABOVE, YOUR EMPLOYMENT WILL BE AT-WILL, MEANING THAT YOU OR COMPANY MAY TERMINATE THE EMPLOYMENT RELATIONSHIP AT ANY TIME, WITH OR WITHOUT CAUSE, AND WITH OR WITHOUT NOTICE SUBJECT TO AND IN ACCORDANCE WITH THE PROVISIONS OF THIS AGREMENT**

**Benefits**

You will continue to be eligible to participate in benefit plans and programs in effect from time to time, including group medical, dental, and vision, and other fringe benefits as are made available to other similarly situated Genius employees, in accordance with and subject to the eligibility and other provisions of such plans and programs. You will continue to be subject to all applicable Genius employment and other policies, as outlined in Genius' Employee Handbook and elsewhere.

**Indemnification**

The parties agree that you shall be entitled to full indemnification as provided for in Schedule A.

3

DocuSign Envelope ID: BFF21DB1-9CA7-4BCE-992C-69C992F71BDA

**Other Agreements**

~~Your June 3, 2019 execution~~As a condition of this offer, you agree to execute Genius's (a) Mutual Agreement to Arbitrate Employment-Related Disputes; and (b) Confidentiality and Proprietary Rights Agreement continue to apply.

By accepting this offer, you confirm that you are able to accept this job and carry out the work involved without breaching any legal restrictions on your activities, such as restrictions imposed by a current or former employer. You also confirm that you have no contractual restrictions affecting your position with Genius.

You further confirm that you have not removed or copied any documents or proprietary data or materials of any kind, electronic or otherwise, with you from your former employer to Genius without written authorization from your former employer, nor will you use or disclose any such confidential information during the course and scope of your employment with Genius. If you have any questions about the ownership of particular documents or other information, discuss those questions with your former employer before removing or copying any documents or information.

~~If you have any questions about the above details, please call me immediately.~~ If you wish to accept this position, please sign below and return this letter agreement.

Yours sincerely,
Genius Fund I Inc. , on behalf of itself and its affiliates

By: _____
~~Ari Stiegler - Director~~
Goldhawk Investments Ltd.

By: _____
~~Gabriel Borden - Director~~
Goldhawk Investments Ltd., as Investor

I accept the offer of employment outlined above.

Signed ....................................................
Name: ~~Michelle Lynd~~Francis Racioppi
Date: ~~September 30, 2019~~

4

Schedule A Exculpation and Indemnification of the Officers

(a)  Subject to Section (b), no officer, affiliate of the foregoing or their respective officers, directors, trustees, direct or indirect members, partners or managers, employees, representatives, attorneys or agents (each individually, an "Indemnified Person") shall be liable, responsible or accountable in damages or otherwise to Genius, any third party or to any other person for (i) any act performed or omission within the scope of the authority conferred on the Indemnified Person by this Agreement except for the gross negligence, fraud, willful misconduct or dishonesty of any Indemnified Person in carrying out its obligations hereunder; (ii) the Indemnified Person's performance of, or failure to perform, any act on the reasonable reliance on advice of legal counsel to Genius; or (iii) fraud, willful misconduct, the negligence, dishonesty or bad faith of any agent, consultant or advisor of Genius selected, engaged or retained in good faith and with reasonable prudence.

(b)  Genius and the Investor shall, to the fullest extent permitted under the Act and other applicable law, indemnify and hold harmless each Indemnified Person against any and all losses, claims, damages or liabilities to which such Indemnified Person may become subject in connection with any matter arising from, related to, or in connection with, this Agreement or Genius's business, except for such losses, claims, damages or liabilities as are determined by final judgment of a court of competent jurisdiction to have resulted from such Indemnified Person's intentional gross negligence, willful misconduct, fraud or dishonesty. Genius  shall subject to the provisions of Section (b)from time to time, advance to any Indemnified Person the funds necessary for payment of reasonable expenses, including reasonable attorneys' fees, incurred in connection with any action, suit or proceeding, provided, however, that such advances shall be made only pursuant to a written agreement with such Indemnified Person that he or she will repay such amount(s) if a judgment or other final adjudication adverse to the Indemnified Person establishes that his acts or omissions (a) constitute a breach of his duty of loyalty to Genius or its Members, (b) were not in good faith, (c) involved a knowing violation of law, (d) resulted in his receiving an improper personal benefit, or (e) were otherwise of such a character that California law would require that such amount(s) be repaid. Genius shall not be liable to any Indemnified Person or third party for amounts due under any settlement effected by an Indemnified Person without Genius's consent.

(c)  Genius shall have the power to purchase and maintain insurance on behalf of any Indemnified Person against any liability asserted against such Person and incurred by such Indemnified Person in any such capacity, or arising out of such Indemnified Person's status, whether or not Genius would have the power to indemnify such Indemnified Person against such liability under the provisions herein or under applicable law.

(d)  The Exculpation and Indemnification provisions herein hall survive any termination of this Agreement or the dissolution of Genius.

(e)  Be binding upon and inure to the benefit of any successors, assigns, heirs and personal representatives of each Indemnified Person and any such Indemnified Persons;

(f)  Notwithstanding anything else contained in this Agreement, the indemnity obligations of Genius under paragraph (b) above shall be in addition to any liability that officers of Genius may otherwise have;  and

(g)   A determination as to whether indemnification of or advancement of expenses is permissible shall be made subject to the provisions of this Schedule and in good faith by special legal counsel to Genius as mutually agreed by the officers, Genius and the Investor.

Document comparison by Workshare 10.0 on Tuesday, March 3, 2020 8:52:36 PM

| Input: | |
|---|---|
| Document 1 ID | file://C:\Users\miche\Documents\Genius Templates\2019.10.2_Genius_ML_CLO_Employment.Agt.docx |
| Description | 2019.10.2_Genius_ML_CLO_Employment.Agt |
| Document 2 ID | file://C:\Users\miche\Documents\Genius Templates\2020.3.3FR.Employment.Agt.docx |
| Description | 2020.3.3FR.Employment.Agt |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 55 |
| Deletions | 50 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 105 |

DocuSign Envelope ID: BFF21DB1-9CA7-4BCE-992C-69C992F71BDA

# EXHIBIT 2

19- 627893



**Secretary of State**
**Statement of Information** ∧133,0∪
(California Stock, Agricultural
Cooperative and Foreign Corporations)

SI-550

**FILED**
Secretary of State
State of California

**JUN 0 7 2019**

*26/25/pc*
This Space For Office Use Only

**IMPORTANT** — Read instructions before completing this form.

**Fees (Filing plus Disclosure) – $25.00;**

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

Genius Fund I Inc.

**2. 7-Digit Secretary of State File Number**

C4208594

**3. Business Addresses**

| a. Street Address of Principal Executive Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 6960 S Centinela Ave | Culver City | CA | 90230 |
| b. Mailing Address of Corporation, if different than Item 3a | City (no abbreviations) | State | Zip Code |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State CA | Zip Code |

**4. Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. Chief Executive Officer/ | First Name | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|---|
| Ari | | | Stiegler | | |
| Address | | | City (no abbreviations) | State | Zip Code |
| 6960 S Centinela Ave | | | Culver City | CA | 90230 |
| b. Secretary | First Name | Middle Name | Last Name | | Suffix |
| Gabriel | | | Borden | | |
| Address | | | City (no abbreviations) | State | Zip Code |
| 6960 S Centinela Ave | | | Culver City | CA | 90230 |
| c. Chief Financial Officer/ | First Name | Middle Name | Last Name | | Suffix |
| Ari | | | Stiegler | | |
| Address | | | City (no abbreviations) | State | Zip Code |
| 6960 S Centinela Ave | | | Culver City | CA | 90230 |

**5. Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY: Item 5a: At least one name and address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| Address | | City (no abbreviations) | State | Zip Code |
| b. Number of Vacancies on the Board of Directors, if any | | | | |

**6. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL — Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State CA | Zip Code |

CORPORATION — Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| Corporation Service Company Which Will Do Business In California As CSC - Lawyers Incorporating Service C1592-199 |

**7. Type of Business**

Describe the type of business or services of the Corporation
Private Equity

**8. The information contained herein, including in any attachments, is true and correct.**

| 6/5/2019 | Benjamin D. Kingston | General Counsel | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)

EXHIBIT 3



**California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | GENIUS FUND I INC. |

| | |
|---|---|
| Entity (File) Number: | C4208594 |
| File Date: | 04/17/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GE95783 |

**Detailed Filing Information**

1. Entity Name:

   GENIUS FUND I INC.

2. Business Addresses:
   a. Street Address of Principal
      Office in California:

      255 W. Foothill Blvd, Suite 205
      Upland, California 91786
      United States of America

   b. Mailing Address:

      255 W. Foothill Blvd, Suite 205
      Upland, California 91786
      United States of America

   c. Street Address of Principal
      Executive Office:

      255 W. Foothill Blvd, Suite 205
      Upland, California 91786
      United States of America

3. Officers:
   a. Chief Executive Officer:

      Gary I Shinder
      255 W. Foothill Blvd, Suite 205
      Upland, California 91786
      United States of America

   b. Secretary:

      Gary I Shinder
      255 W. Foothill Blvd, Suite 205
      Upland, California 91786
      United States of America

Document ID: GE95783

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.   Chief Financial Officer:

Gary I Shinder
255 W. Foothill Blvd, Suite 205
Upland, California 91786
United States of America

4.   Director:

Not Applicable

Number of Vacancies on the Board of Directors:

Not Applicable

5.   Agent for Service of Process:

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA     AS CSC - LAWYERS INCORPORATING SERVICE (C1592400)

6.   Type of Business:

Private Equity

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:     Gary I. Shinder

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GE95783

EXHIBIT 4

1537830.1



**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

19-D52144

# FILED

In the office of the Secretary of State
of the State of California

**SEP 16, 2019**

**This Space For Office Use Only**

**IMPORTANT —** Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC.  If you registered in California using an alternate name, see instructions.)

HELI BIOTECH LLC

| 2.  12-Digit Secretary of State File Number | 3.   State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201831210351 | CALIFORNIA |

**4.  Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box 9928 Rancho Rd Building A | Adelanto | CA | 92301 |
| b. Mailing Address of LLC, **if different than item 4a** 6960 S Centinela Ave | Culver City | CA | 90230 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box 6960 S Centinela Ave | Culver City | CA | 90230 |

**5.  Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank).  If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank).  Note:  The LLC cannot serve as its own manager or member.  If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|

| b. Entity Name - Do not complete Item 5a |
|---|
| Genius Fund I Inc. |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 6960 S Centinela Ave | Culver City | CA | 90230 |

**6.  Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State CA | Zip Code |
|---|---|---|---|

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA      AS CSC - LAWYERS INCORPORATING SERVICE (C1592199) |

**7.  Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Manufacturing |

**8.  Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| Ari | | Stiegler | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 6960 S Centinela Ave | Culver City | CA | 90230 |

**9.  The Information contained herein, including any attachments, is true and correct.**

| 09/16/2019 | Benjamin D. Kingston | General Counsel | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐                    ⌐

Company:

Address:

City/State/Zip: ⌐                    ⌐

EXHIBIT 5

1537830.1

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

20-A89234

# FILED

In the office of the Secretary of State
of the State of California

**FEB 24, 2020**

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

| 1. Limited Liability Company Name (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.) |
|---|
| EAGLE ROCK HERBAL COLLECTIVE, LLC |

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201406410307 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>467 S La Brea Ave | Los Angeles | CA | 90036 |
| b. Mailing Address of LLC, **if different than item 4a**<br>6960 S Centinela Ave | Culver City | CA | 90230 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>6960 S Centinela Ave | Culver City | CA | 90230 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| Genius Retail Member Inc. |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 6960 S Centinela Ave | Culver City | CA | 90230 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA     AS CSC - LAWYERS INCORPORATING SERVICE (C1592199) |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Retail |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 02/24/2020 | Benjamin D. Kingston | General Counsel | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip: