EXHIBIT 11

1537830.1

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

19-C07316

# FILED

In the office of the Secretary of State
of the State of California

MAY 29, 2019

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

| 1. Limited Liability Company Name (Enter the exact name of the LLC.  If you registered in California using an alternate name, see instructions.) |
|---|
| GENIUS DELIVERY LLC |

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201833410249 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>6960 S Centinela Ave | Culver City | CA | 90230 |
| b. Mailing Address of LLC, **if different than item 4a**<br>6960 S Centinela Ave | Culver City | CA | 90230 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>6960 S Centinela Ave | Culver City | CA | 90230 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank).  If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank).  Note:  The LLC cannot serve as its own manager or member.  If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| Genius Fund I Inc. |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 6960 S Centinela Ave | Culver City | CA | 90230 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA       AS CSC - LAWYERS INCORPORATING SERVICE (C1592199) |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Retail delivery facilitator |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Gio | | Mancuso | ben@ |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 6960 S Centinela Ave | Culver City | CA | 90230 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 05/29/2019 | Benjamin Kingston | General Counsel | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

LLC-12 (REV 01/2017)

Page 1 of 1

2017 California Secretary of State
www.sos.ca.gov/business/be

EXHIBIT 12

1537830.1

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

LLC-12

20-B75378

# FILED

In the office of the Secretary of State
of the State of California

APR 22, 2020

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

| 1. Limited Liability Company Name (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.) |
|---|
| GENIUS DELIVERY LLC |

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201833410249 | CALIFORNIA |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 255 west foothill blvd suite 205 | upland | CA | 91786 |
| b. Mailing Address of LLC, **if different than item 4a** | City (no abbreviations) | State | Zip Code |
| 255 west foothill blvd suite 205 | upland | CA | 91786 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 255 west foothill blvd suite 205 | upland | CA | 91786 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|---|
| b. Entity Name - Do not complete Item 5a | | | | | |
| Genius Fund 1 INC | | | | | |
| c. Address | | City (no abbreviations) | | State | Zip Code |
| 255 west foothill blvd suite 205 | | upland | | CA | 91786 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|---|
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | | City (no abbreviations) | | State | Zip Code |
| | | | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA     AS CSC - LAWYERS INCORPORATING SERVICE (C1592199) |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Delivery Service |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|---|
| Gary | | | Shinder | | |
| b. Address | | City (no abbreviations) | | State | Zip Code |
| 255 west foothill blvd suite 205 | | upland | | CA | 91786 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 04/22/2020 | Gary  Shinder | CEO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

EXHIBIT 13

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

19-B36819

**FILED**

In the office of the Secretary of State
of the State of California

**APR 04, 2019**

**This Space For Office Use Only**

**IMPORTANT** — Read instructions before completing this form.

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

| 1. Limited Liability Company Name (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.) |
|---|
| PLANCK PROPERTIES LLC |

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201831810358 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1113 Electric Ave., #4 | Venice | CA | 90291 |
| b. Mailing Address of LLC, **if different than item 4a**<br>1113 Electric Ave., #4 | Venice | CA | 90291 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>1113 Electric Ave., #4 | Venice | CA | 90291 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| Genius Fund I Inc. |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1113 Electric Ave., #4 | Venice | CA | 90291 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA     AS CSC - LAWYERS INCORPORATING SERVICE (C1592199) |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Retail Operations |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 04/04/2019 | Benjamin D. Kingston | Authorized Signer | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

LLC-12 (REV 01/2017)

Page 1 of 1

EXHIBIT 14

1537830.1

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

**19-B34625**

**FILED**

In the office of the Secretary of State
of the State of California

**APR 03, 2019**

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC.  If you registered in California using an alternate name, see instructions.)

ARISTOTLE EQUIPMENT, LLC

| 2.  12-Digit Secretary of State File Number | 3.  State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201830010177 | CALIFORNIA |

**4.  Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1113 Electric Ave., #4 | Venice | CA | 90291 |
| b. Mailing Address of LLC, **if different than item 4a**<br>1113 Electric Ave., #4 | Venice | CA | 90291 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>1113 Electric Ave., #4 | Venice | CA | 90291 |

**5.  Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank).  If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank).  Note:  The LLC cannot serve as its own manager or member.  If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

b. Entity Name - Do not complete Item 5a
Genisu Sales LLC

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1113 Electric Ave., #4 | Venice | CA | 90291 |

**6.  Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA        AS CSC - LAWYERS INCORPORATING SERVICE (C1592199)

**7.  Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Equipment leasing

**8.  Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9.  The Information contained herein, including any attachments, is true and correct.**

| 04/03/2019 | Benjamin D. Kingston | Authorized Signer | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

EXHIBIT 15

1537830.1

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

20-B75270

# FILED

In the office of the Secretary of State
of the State of California

APR 22, 2020

**This Space For Office Use Only**

**IMPORTANT** — Read instructions before completing this form.

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

ARISTOTLE EQUIPMENT, LLC

| **2. 12-Digit Secretary of State File Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 201830010177 | CALIFORNIA |

**4. Business Addresses**

| | | City (no abbreviations) | State | Zip Code |
|---|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box | 1113 Electric Ave | Appt 4 | CA | 90291 |
| b. Mailing Address of LLC, **if different than item 4a** | 255 west foothill blvd suite 205 | upland | CA | 91786 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | 1113 Electric Ave | Appt 4 | CA | 90291 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| Genius Sales LLC |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 255 west foothill blvd suite 205 | upland | CA | 91786 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA      AS CSC - LAWYERS INCORPORATING SERVICE (C1592199) |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Private Equity |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Gary | | Shinder | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 255 west foothill blvd suite 205 | upland | CA | 91786 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 04/22/2020 | Gary  Shinder | CEO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐           ⌐

Company:

Address:

City/State/Zip: ∟           ⌡

LLC-12 (REV 01/2017)

Page 1 of 1

2017 California Secretary of State
www.sos.ca.gov/business/be