# EXHIBIT 16

1537830.1

**Secretary of State
Statement of Information
(Limited Liability Company)**

LLC-12

19-B36616

**FILED**

In the office of the Secretary of State
of the State of California

APR 04, 2019

**This Space For Office Use Only**

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

GENIUS SALES LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201904210213 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1113 Electric Ave., #4 | Venice | CA | 90291 |
| b. Mailing Address of LLC, **if different than item 4a**<br>1113 Electric Ave., #4 | Venice | CA | 90291 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>1113 Electric Ave., #4 | Venice | CA | 90291 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| Genius Fund I Inc. |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1113 Electric Ave., #4 | Venice | CA | 90291 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA    AS CSC - LAWYERS INCORPORATING SERVICE (C1592199)

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Sales

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 04/04/2019 | Benjamin D. Kingston | Authorized Signer | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌈                         ⌉
Company:
Address:
City/State/Zip: ⌊                         ⌋

LLC-12 (REV 01/2017)                Page 1 of 1                2017 California Secretary of State
                                                                www.sos.ca.gov/business/be

# EXHIBIT 17

1537830.1

 **California Secretary of State**
Electronic Filing



## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | GENIUS PRODUCTS T INC. |
| Entity (File) Number: | C4240771 |
| File Date: | 03/02/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GD61715 |

**Detailed Filing Information**

1. Entity Name: GENIUS PRODUCTS T INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
   6960 S Centinela Ave
   Culver City, California 90230
   United States of America

   b. Mailing Address:
   6960 S Centinela Ave
   Culver City, California 90230
   United States of America

   c. Street Address of Principal Executive Office:
   6960 S Centinela Ave
   Culver City, California 90230
   United States of America

3. Officers:
   a. Chief Executive Officer:
   ARI STIEGLER
   6960 S Centinela Ave
   Culver City, California 90230
   United States of America

   b. Secretary:
   ANDREY PIRUMOV
   6960 S Centinela Ave
   Culver City, California 90230
   United States of America

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GD61715

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:    ARI STIEGLER
                                                      6960 S Centinela Ave
                                                    Culver City, California 90230
                                                    United States of America

4.  Director:    ARI STIEGLER
                                6960 S Centinela Ave
                                Culver City, California 90230
                                United States of America

Number of Vacancies on the Board of Directors:    0

5.  Agent for Service of Process:    CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA     AS CSC - LAWYERS INCORPORATING SERVICE (C1592198)

6.  Type of Business:    Wholesale product development

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    BENJAMIN KINGSTON

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GD61715

# EXHIBIT 18

1537830.1

**California Secretary of State**
Electronic Filing



## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | GENIUS PRODUCTS NT INC. |
| Entity (File) Number: | C4240770 |
| File Date: | 03/02/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GD61753 |

**Detailed Filing Information**

1. Entity Name: GENIUS PRODUCTS NT INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
   6960 S Centinela Ave
   Culver City, California 90230
   United States of America

   b. Mailing Address:
   6960 S Centinela Ave
   Culver City, California 90230
   United States of America

   c. Street Address of Principal Executive Office:
   6960 S Centinela Ave
   Culver City, California 90230
   United States of America

3. Officers:
   a. Chief Executive Officer:
   ARI STIEGLER
   6960 S Centinela Ave
   Culver City, California 90230
   United States of America

   b. Secretary:
   ANDREY PIRUMOV
   6960 S Centinela Ave
   Culver City, California 90230
   United States of America

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GD61753

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

ARI STIEGLER
6960 S Centinela Ave
Culver City, California 90230
United States of America

4. Director:

ARI STIEGLER
6960 S Centinela Ave
Culver City, California 90230
United States of America

Number of Vacancies on the Board of Directors: 0

5. Agent for Service of Process:

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA     AS CSC - LAWYERS INCORPORATING SERVICE (C1592100)

6. Type of Business: Wholesale product development

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:     BENJAMIN KINGSTON

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GD61753

# EXHIBIT 19

1537830.1

Executive Order No. 3

I, Dmitry Bosov, being the ultimate beneficial owner of Genius Fund I LLC of California, the USA (through my indirect ownership of 86.57% in Goldhawk Investments Limited of Limassol, Cyprus, which in its turn owns 80% of the membership interest in Genius Fund I LLC), as well as Genius Fund I Inc. of California, the USA and all its subsidiaries and affiliated companies ("Genius Fund Group")

DO HEREBY inform you all of my resolutions as follows:

THAT as of today Mr. Gary I Shinder and Hon. Judge Eugine R Sullivan both shall be issued any and all requisite power of attorneys and furnished by any other legal documents of Genius Fund Group as may be necessary to implement and reinforce all the necessary Fund's restructuring procedures and legal matters which its authorities by me to the all applicable laws.

THAT the instructions set out in above-mentioned paragraphs are represent matters of highest priority starting immediately as of today.

Date: 02/24/2020                                                                                         Signature



# EXHIBIT 20

1537830.1

Executive Order Finale

Date: 03/14/2020

I, Dmitry Bosov, being the ultimate beneficial owner of Genius Fund I LLC of California, the USA (through my indirect ownership of 86.57% in Goldhawk Investments Limited of Limassol, Cyprus, which in its turn owns 80% of the membership interest in Genius Fund I LLC), as well as Genius Fund I Inc. of California, the USA and all its subsidiaries and affiliated companies ("Genius Fund Group")

DO HEREBY inform you all of my resolutions as follows:

THAT as of today Mr. Gary I Shinder is received the full ownership and full control of Genius Fund Group in order to implement and reinforce all the necessary Fund's restructuring procedures and legal matters according by the all applicable laws.

THAT as of today Mr. Gary I. Shinder is in solo charge of all prior, present and future of the Genius Fund Group and its all assets

Date: 03/14/2020                                                                 Signature: