# EXHIBIT 21

1537830.1

№ 021-059 / 111-07-23                                                                                    **March 24th, 2020**

## Genius Fund (GF) Board of Directors Executive Order in Direct Chain of Command

1. As of today to transfer management role of previous Genius Management to ESSMW LLC with an contract approval for direct audit all the Fund's entities from its Day 1 formation until 04.01.2020 up to 2 million USD $$ amount of contract.

2. To make all the necessary changes in the Corporate Bookkeeping System on Day-to-Day operations.

3. To make general analysis in all operational routines of all the Fund's entities in monthly and yearly operational perspectives.

4. To create a business plans on basis of daily operations until the end of the year of 2020.

5. To consolidate all the Fund's services in the Master Plan of 2020 in order to make it transparent, efficient and optimized.

*[signature: Eugene R Sullivan]*

Hon. Judge Eugene R. Sullivan _____

Eugene Sullivan II  *[signature]* _____

Gary I. Shinder / President  *[signature]* _____

# EXHIBIT 22

1537830.1

№ 021-059 / 111-07-21                                            **March 23rd, 2020**

## Genius Fund (GF) Board of Directors Creation & Structure

According to the Genius Fund (GF) Owner Order # 4 & 5 transferring power of control, ownership and management to the new owner we form the New GF Board of Directors for the purpose of legal transparency in management and operations.

The New GF Board of Directors will appoint three (3) active members:

1. Hon. Judge Eugene R. Sullivan / Federal Judge / Senior Status

2. Eugene Sullivan II / Criminal Investigator

3. Gary I. Shinder / GF President

As of today, March 23rd of 2020 all three members of the Board agree to incorporate this decision into the Corporate Minutes with the good faith and complete transparency.

Hon. Judge Eugene R. Sullivan  _Eugene R Sullivan_

Eugene Sullivan II  _Eugene R Sullivan II_

Gary I. Shinder / President  _[signature]_



# EXHIBIT 23

1537830.1

№ 021-059 / 111-07-22                                                                  **March 23rd, 2020**

## Genius Fund (GF) Board of Directors First Executive Order

1. From this moment on we ban any GF disposition of assets.

2. We ban and prohibit any payments for any counterparts of the Genius Fund or from any entities belonging to Genius Fund without written approval of Mr. Gary I. Shinder.

3. Establish full control of all the accounts of all entities of GF Holdings in any banks those accounts exist as well as open the Master General Cumulative Account.

4. Laying off 100% GF personnel starting March 27th 2020.

5. Direct audit of all the GF entities with outsourcing all the major Fund's services such as security, accounting, legal and others.

6. Considering severe deviations in Fund's financials, structural and management to order an independent investigation on subject of possible fraud and negligence.

*Eugene R Sullivan*

Hon. Judge Eugene R. Sullivan _____

Eugene Sullivan II _____

Gary I. Shinder / President _____



# EXHIBIT 24

1537830.1

№ 021-059 / 111-07-20                                                                                                  **March 23rd, 2020**

## URGENT / HIGH PRIORITY / EXECUTIVE ORDER # 6

Due to the COVID - 19 developing crisis & California State of Emergency Crisis it is not feasible to prolong and continue any Genius Fund (GF) activities as it is right now.

All existing staff, including employees and management will be laid off and let go on the date of March 27th 2020 completely and with no exception.

Gary I. Shinder / Chairman & President

Date 03/23/2020                                                          Signature _____

TANUJA N SHAH
Commission # 2341816
Notary Public, State of New Jersey
My Commission Expires
March 16, 2021

# EXHIBIT 25

1537830.1

№ 021-059 / 111-07-19                                   **March 23rd, 2020**

## URGENT / HIGH PRIORITY / EXECUTIVE ORDER # 5

As of today March 23rd, 2020 any payments from any counterparts of Genius Fund or any entities belonged to Genius Funs Holding prohibited without written approval of Mr. Gary I. Shinder.

Any contracts and / or agreements connected with the Sales of ANY assets tangible and not-tangible including licenses, vehicles , automobiles, land, property swaps, assets swaps, equipment, inventory, of finished products and goods, products in processing and so on., with an exception of retail sales of Melrose Shop and online retail orders of delivery.

Gary I. Shinder / Chairman & President

Date 03/23/2020                              Signature _____



TANUJA N SHAH
Commission # 2341816
Notary Public, State of New Jersey
My Commission Expires
March 16, 2021