# EXHIBIT 26

1537830.1

Wyoming Secretary of State
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only
Ed Murray, WY Secretary of State
FILED: Nov 28 2017  3:08PM
Original ID: 2017-000778112

# Limited Liability Company
# Articles of Organization

**I. The name of the limited liability company is:**

ESSMW - Earth Solar System Milky Way, LLC

**II. The name and physical address of the registered agent of the limited liability company is:**

MyCompanyWorks, Inc.
1603 Capitol Ave Ste 310
Cheyenne, WY 82001

**III. The mailing address of the limited liability company is:**

1603 Capitol Ave., Suite #310
Cheyenne, WY 82001

**IV. The principal office address of the limited liability company is:**

110 Lowell Ct., Apt. 7
Princeton, NJ 08540

**V. The organizer of the limited liability company is:**

MyCompanyWorks, Inc.
1603 Capitol Ave., Suite #310 Cheyenne, WY 82001

**VI.** Jamie Jensen is neither a Manager, Member nor Owner of ESSMW - Earth Solar System Milky Way, LLC and is only signing this document on behalf of MyCompanyWorks, Inc., the Organizer, and is only acting in the capacity of the individual causing this document to be executed and delivered to the Office of the Wyoming Secretary of State for filing of these Articles of Organization.

**VII.** This entity will be managed by its member(s) listed below:

Member #1: Igor Shinder - 110 Lowell Ct., Apt. 7, Princeton, NJ 08540

Signature: *Jamie Jensen*                              Date: **11/28/2017**

Print Name: Jamie Jensen

Title: Organizer

Email: orders@mycompanyworks.com

Daytime Phone #: (702) 362-2677

**Wyoming Secretary of State**
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☑ An Individual   ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | |
|---|---|---|
| Signature: | *Jamie Jensen* | Date: 11/28/2017 |
| Print Name: | Jamie Jensen | |
| Title: | Organizer | |
| Email: | orders@mycompanyworks.com | |
| Daytime Phone #: | (702) 362-2677 | |

Wyoming Secretary of State
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**MyCompanyWorks, Inc.**, whose registered office is located at **1603 Capitol Ave Ste 310, Cheyenne, WY 82001**, voluntarily consented to serve as the registered agent for **ESSMW - Earth Solar System Milky Way, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | |
|---|---|---|
| **Signature:** | *Jamie Jensen* | Date: **11/28/2017** |
| Print Name: | **Jamie Jensen** | |
| Title: | **Organizer** | |
| Email: | **orders@mycompanyworks.com** | |
| Daytime Phone #: | **(702) 362-2677** | |

Page 3 of 4

# STATE OF WYOMING
## Office of the Secretary of State

I, ED MURRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

**ESSMW - Earth Solar System Milky Way, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **28th** day of **November**, **2017** at **3:08 PM.**

Remainder intentionally left blank.

Secretary of State

Filed Date: 11/28/2017

Filed Online By:

Jamie Jensen

on 11/28/2017

# EXHIBIT 27

1537830.1

**NOTICE OF IMMEDIATE LAY-OFFS FOR ALL EMPLOYEES OF GENIUS MANAGEMENT LLC, GENIUS FUND I, INC. AND ALL SUBSIDIARIES AND AFFILIATES - INCLUDING (i) SPOTLIGHT OPERATIONS LLC, (ii) HELI VENTURES LLC AND (iii) FULL CIRCLE LLC (TOGETHER, "GENIUS FUND")**

**April 7, 2020**

Re:   NOTIFICATION PROVIDED PURSUANT TO US EXECUTIVE ORDER N-31-20 AND CALIFORNIA EXECUTIVE ORDER N-31-20 ("COVID-19 LAY-OFFS")

Dear Genius Fund Employees,

I sincerely regret to inform you that the continuing Federal, California and applicable municipal COVID-19 Executive Orders requiring the immediate shut-down of all non-essential businesses, has further substantially impaired all Genius Fund business operations.

This COVID-19 LAY-OFFS NOTICE (i) supersedes all prior Genius Fund notices provided pursuant to the California and Federal WARN Acts ("Prior WARN Notice") – including for those who received the Prior WARN Notice and (ii) <u>is effective as of April 8, 2020</u>.  Please note that in accordance with US Executive Order N-31-20 and California Executive Order N-31-20, the COVID-19 Executive Orders requiring shut-down of all non-essential businesses to prevent or mitigate effects of the COVID-19 pandemic were not reasonably foreseeable 60 days prior to April 8, 2020.

1. Accordingly, all Genius Fund employees are laid off as of April 8, 2020 including the following locations.
   -  Genius Fund Headquarters – 6960 S Centinela, Los Angeles, CA 90230
   - All Heli Ventures operations - 9928 and 9932 Rancho Road, Adelanto, CA 92301;
   - Full Circle LLC - 2651 E 45th St Vernon, California 90058
   - Melrose Genius Store-7569 Melrose Avenue, Los Angeles, CA 90046

2. The name and telephone number of the Genius Fund official to contact for further information is: Gary I. Shinder – (424) 222-9618 or gary.shinder@geniusfund.com.

3. The COVID-19 Lay-Offs are expected to be permanent. There are no bumping rights.

4. Please note that if you have lost your job or been laid off temporarily, you may be eligible for Unemployment Insurance (UI).  More information on UI and others resources available for workers is available at ca.gov/coronavirus2019.

5. Notices for COBRA benefits beginning May 1, 2020 and 401k termination distribution options will be sent out to you by the Payroll Providers directly.

I sincerely appreciate Genius Fund employee efforts and will do the best to assist during this extraordinary difficult period for you and your families.

Very truly yours,

**Genius Fund**

DocuSigned by:

*[signature]*

369DB1EFF7D541D...

**By: Mr. Gary I Shinder**

**Authorized Signatory**

Exhibit A

| | **Position** | |
|---|---|---|
| 1 | Chief of Staff | 6960 S Centinela Culver City, CA 90230 |
| 1 | Managing Partner | 6960 S Centinela Culver City, CA 90230 |
| 1 | Senior Legal Assistant Paraleg | 6960 S Centinela Culver City, CA 90230 |
| 1 | Controller | 6960 S Centinela Culver City, CA 90230 |
| 1 | Analyst | 6960 S Centinela Culver City, CA 90230 |
| 1 | Sr Designer | 6960 S Centinela Culver City, CA 90230 |
| 1 | Operations Center Manager | 6960 S Centinela Culver City, CA 90230 |
| 1 | Accountant | 6960 S Centinela Culver City, CA 90230 |
| 1 | IT Project Manager | 6960 S Centinela Culver City, CA 90230 |
| 1 | Analytics Associate | 6960 S Centinela Culver City, CA 90230 |
| 1 | General Counsel | 6960 S Centinela Culver City, CA 90230 |
| 1 | Chief Financial Officer | 6960 S Centinela Culver City, CA 90230 |
| 1 | Heli Consultant | 6960 S Centinela Culver City, CA 90230 |
| 1 | I.T. Manager | 6960 S Centinela Culver City, CA 90230 |
| 1 | Chief Legal Officer | 6960 S Centinela Culver City, CA 90230 |
| 1 | Physical Security Manager | 6960 S Centinela Culver City, CA 90230 |
| 1 | Physical Security Manager | 6960 S Centinela Culver City, CA 90230 |
| 1 | Analyst | 6960 S Centinela Culver City, CA 90230 |
| 1 | Recruiter & Sr. HR Gen | 6960 S Centinela Culver City, CA 90230 |
| 1 | Dir Consumer Operations | 6960 S Centinela Culver City, CA 90230 |
| 1 | Managing Partner and CCO | 6960 S Centinela Culver City, CA 90230 |
| 1 | Account Payable Manager | 6960 S Centinela Culver City, CA 90230 |
| 1 | Day Porter | 6960 S Centinela Culver City, CA 90230 |
| 1 | Director, Commodity Ops | 6960 S Centinela Culver City, CA 90230 |
| 1 | Managing Partner | 6960 S Centinela Culver City, CA 90230 |
| 1 | CIO | 6960 S Centinela Culver City, CA 90230 |
| 1 | Retail Security Manager | 6960 S Centinela Culver City, CA 90230 |
| 1 | Executive Assistant | 6960 S Centinela Culver City, CA 90230 |
| 1 | Assistant Controller | 6960 S Centinela Culver City, CA 90230 |
| 1 | Assistant Grower | 6960 S Centinela Culver City, CA 90230 |
| 1 | Director, Operations | 6960 S Centinela Culver City, CA 90230 |
| 1 | Assistant Grower | 6960 S Centinela Culver City, CA 90230 |
| 1 | Research Coordinator | 6960 S Centinela Culver City, CA 90230 |
| 1 | Director Cultivation | 6960 S Centinela Culver City, CA 90230 |
| 1 | Project Manager | 6960 S Centinela Culver City, CA 90230 |
| 1 | Analyst | 6960 S Centinela Culver City, CA 90230 |
| 1 | Co Chief Creative Officer | 6960 S Centinela Culver City, CA 90230 |
| 1 | Event Operations Mgr | 6960 S Centinela Culver City, CA 90230 |
| 1 | Account Executive, THC | 6960 S Centinela Culver City, CA 90230 |
| 1 | Co Chief Creative Officer | 6960 S Centinela Culver City, CA 90230 |
| 1 | Director Creative Development | 6960 S Centinela Culver City, CA 90230 |
| 1 | Director of Sales S California | 6960 S Centinela Culver City, CA 90230 |
| 1 | Community Manager | 6960 S Centinela Culver City, CA 90230 |
| 1 | Territory Sales Rep | 6960 S Centinela Culver City, CA 90230 |
| 1 | Director of Promotions Socal | 6960 S Centinela Culver City, CA 90230 |

| | | |
|---|---|---|
| 1 | Account Executive | 6960 S Centinela Culver City, CA 90230 |
| 1 | Brand Manager | 6960 S Centinela Culver City, CA 90230 |
| 1 | Territory Sales Rep | 6960 S Centinela Culver City, CA 90230 |
| 1 | Account Executive, THC | 6960 S Centinela Culver City, CA 90230 |
| 1 | Product Development Mgr | 6960 S Centinela Culver City, CA 90230 |
| 1 | Director of Sales South | 6960 S Centinela Culver City, CA 90230 |
| 1 | Director, Distribution | 6960 S Centinela Culver City, CA 90230 |
| 1 | Marketing Manager NT | 6960 S Centinela Culver City, CA 90230 |
| 1 | Sr Packaging Eng | 6960 S Centinela Culver City, CA 90230 |
| 1 | Head of Brand Day 1 | 6960 S Centinela Culver City, CA 90230 |
| 1 | VP, NT | 6960 S Centinela Culver City, CA 90230 |
| 1 | Project Manager | 6960 S Centinela Culver City, CA 90230 |
| 1 | Sr Designer | 6960 S Centinela Culver City, CA 90230 |
| 1 | VP Product Packaging | 6960 S Centinela Culver City, CA 90230 |
| 1 | Director, Product Develop | 6960 S Centinela Culver City, CA 90230 |
| 1 | Sr. Product Designer | 6960 S Centinela Culver City, CA 90230 |
| 1 | Sales Development Rep | 6960 S Centinela Culver City, CA 90230 |
| 1 | Manager, Sales Dev | 6960 S Centinela Culver City, CA 90230 |
| 1 | Account Executive | 6960 S Centinela Culver City, CA 90230 |
| 1 | Chief Sales Officer | 6960 S Centinela Culver City, CA 90230 |
| 1 | Sales Development Rep | 6960 S Centinela Culver City, CA 90230 |
| 1 | Sales Development Rep | 6960 S Centinela Culver City, CA 90230 |
| 1 | CEO, Genis Sales | 6960 S Centinela Culver City, CA 90230 |
| 1 | Account Executive | 6960 S Centinela Culver City, CA 90230 |
| 1 | Director of Client Services | 6960 S Centinela Culver City, CA 90230 |
| 1 | Account Executive | 6960 S Centinela Culver City, CA 90230 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Customer Service Rep | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver Manager | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Assistant Driver Manager | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | General Manager - LA | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | CTO of Delivery | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | VP Operations | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | CEO, Delivery | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Project Manager | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |

| Qty | Role | Address |
|---|---|---|
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Inventory Manager | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | UI UX Designer | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Driver | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Project Manager | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | HR Director | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 |  | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Budtender | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Budtender | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Budtender | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Budtender | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Budtender | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Budtender | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Budtender | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Budtender | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Budtender | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Sales Floor Lead | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Assistant Inventory Mgr | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Budtender | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Sales Floor Lead | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Assistant Store Manager | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Dispensary GM | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Budtender | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Sales Floor Lead | 7569 Melrose Avenue, Los Angeles 90046 |
| 1 | Associate Counsel | 6960 S Centinela Culver City, CA 90230 |
| 1 | Head of Government Relat | 6960 S Centinela Culver City, CA 90230 |
| 1 | Head of Expansion | 6960 S Centinela Culver City, CA 90230 |
| 1 | CEO | 2651 E 45th Street Vernon, CA 90058 |
| 1 | Head of HR, Sales, Admin | 2651 E 45th Street Vernon, CA 90058 |
| 1 | VP Operations | 2651 E 45th Street Vernon, CA 90058 |
| 1 | Lead Scientist | 2651 E 45th Street Vernon, CA 90058 |
| 1 | Scientist | 2651 E 45th Street Vernon, CA 90058 |
| 1 | Director, Engineering | 2651 E 45th Street Vernon, CA 90058 |
| 1 | Security | 2651 E 45th Street Vernon, CA 90058 |
| 1 | Operations Director | 2651 E 45th Street Vernon, CA 90058 |
| 5 | Machine Operators X5 | 2651 E 45th Street Vernon, CA 90058 |
| 1 | Lab manager | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Lab Asst. | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |

| | | |
|---|---|---|
| 1 | Lab/Operations | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Lab Asst | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Lab Tech 1 | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Lab Asst | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Lab manager | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Assistant | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Assistant | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Lab Asst. | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Facility/Maint | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Lab Tech 1 | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Lab manager | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Admin Asst | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Facility/Maint | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Lab Tech 2 | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Lab Tech 1 | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Head of Sales | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Director of Engineering | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Head of Operations | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Head of Operations | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Exc. Asst.Lab | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Lab Tech 1 | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Bookkeeper | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Bookkeeper | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Assistant | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Assistant/ Procurement | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Lab Asst. | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Head of compliance | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Facility/Maint | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Lab Tech 1 | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Lab manager | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |
| 1 | Assistant | 9928 and 9932 Rancho Road, Adelanto, CA 92301 |

TOTAL GENIUS FUND COVID-19 LAY-OFFS     174

4