# EXHIBIT 28

1537830.1

Dear: Michael O'Dowd

This is to inform you that Genius Management LLC, including all its affiliates Spotlight Operations LLC, Heli Ventures A LLC, and Full Circle LLC plans to initiate a mass lay-off and/or plant shutdown. The planned action is expected to be permanent. We expect that your job will be terminated no later than May 5, 2020. There are no bumping rights.

Until your termination date, if requested in writing by Francis Racciopi, Datesh Kshatriya or Michelle Lynd, the Company expects you to continue to provide satisfactory services in your current job position. Your employment remains terminable at will.

For others, you will not be expected to come to work and will be on paid leave, but we may need to call you in occasionally to work. You will continue to receive your salary and benefits for the next sixty days, unless you voluntarily terminate by accepting employment elsewhere. Please consider yourself "on call" during the next sixty days, and provide a telephone number and email where you may be reached. The Company will give you at least a day's advance notice of your need to report for work.

Unless expressly permissioned by Francis Racciopi, Datesh Kshatriya or Michelle Lynd, please return all computers, phones, badges and other company property no later than March 13, 2020. You will have to pay for any unreturned equipment. If you would like to pay for your equipment, please contact Michael Taylor at Mike@geniusfund.com. Please contact Michelle Lynd at michelle.lynd@geniusfund.com (646) 431-0969 with any further questions.

We are working with government agencies to try to further assist all affected employees. Please find attached information for unemployment insurance provided by the State of California Employment Department. For further information and assistance please visit:

https://www.edd.ca.gov/
https://www.edd.ca.gov/pdf_pub_ctr/de2320.pdf

We sincerely appreciate all our employee efforts and will do the best we can to assist during this difficult transition period for you and your families.

Very truly yours,

Genius Management LLC on behalf of its affiliates

Spotlight Operations LLC, Heli Ventures A LLC, and Full Circle LLC



255 W FOOTHILL BLVD #205
UPLAND, CA 91786

Michael O'Dowd

90034-130468