# EXHIBIT 29

 

**This page is part of your document - DO NOT DISCARD**



# 20191095170



**Pages:**
**0005**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**10/15/19 AT 08:00AM**

| | |
|---|---:|
| FEES: | 31.00 |
| TAXES: | 33,000.00 |
| OTHER: | 0.00 |
| PAID: | 33,031.00 |

 



**L E A D S H E E T**



**201910150240050**

**00017295920**



**010202321**

**SEQ:**
**01**

**SECURE - 8:00AM**



**THIS FORM IS NOT TO BE DUPLICATED**

*E464790*

**170_4735978_1__**

**RECORDING REQUESTED BY:**
Fidelity National Title

**AND WHEN RECORDED MAIL TO:**

LWBH Holdings LLC
C/O Venable LLP (ATTN: Matthew Portnoff) 2049
Century Park East, Suite 2300
Los Angeles, CA 90067

THIS SPACE FOR RECORDER'S USE ONLY

| Title Order No.: **212444** | Escrow No.: **05-53419-MAF** |
|---|---|

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)

## DOCUMENTARY TRANSFER TAX IS $33,000.00

☒ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale.
☐ unincorporated area:          ☒ City of **Beverly Hills**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Leonid Glosman and Natalie Glosman (A.K.A. Natalia Glosman), Co-Trustees of The Glosman Family Trust, dated July 25, 1985, as to an undivided 90.00% interest and Endorstream Exchange Company, LLC, a California Limited Liability Company, as to an undivided 10.00% interest**

hereby GRANT(S) to

**LWBH Holdings LLC, a Delaware Limited Liability Company**

the real property in the City of Beverly Hills, County of Los Angeles, State of California, described as:

Legal Description attached hereto and made a part hereof as Exhibit "A"

Commonly known as: ███████████ **Beverly Hills, CA  90210**

Parcel No. **4348-004-012**

**Dated: September 12, 2019**

**Signature page attached hereto
and made a part hereof**

MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS SHOWN ABOVE

Title Order No.: 212444          Escrow No.: 05-53419-MAF          APN:

## SIGNATURE PAGE

Title of Document: Grant Deed

Date of Document: September 12, 2019

The Glosman Family Trust, dated July 25, 1985

_____          _____
By: Leonid Glosman, Co-Trustee          By: Natalie Glosman (AKA Natalia Glosman), Co-Trustee

Endorstream Exchange Company, LLC

_____
By: Derek Phillips, Authorized Signer

Signed in Counterpart

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Los Angeles
On 9-12-2019
before me, Monica B. Palma,
A Notary Public personally appeared
Leonid Glosman and
Natalie Glosman
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MONICA B. PALMA
COMM. #2152660
Notary Public - California
Los Angeles County
My Comm. Expires June 8, 2020

Signature _____

(Seal)

Title Order No.: 212444         Escrow No.: 05-53419-MAF         APN:

## SIGNATURE PAGE

Title of Document: _____Grant Deed_____

Date of Document: _____9/12/19_____

The Glosman Family Trust, dated July 25, 1985

_____        _____
By: Leonid Glosman, Co-Trustee         By: Natalie Glosman (AKA Natalia Glosman), Co-Trustee

Endorstream Exchange Company, LLC

*C. Anthony Phillips*
_____
By: C. Anthony Phillips, Manager

**Signed in Counterpart**     **ACKNOWLEDGMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF _Los Angeles_
On _September 13 2019_
before me, _Rebecca Verdugo-Wong_ ,
A Notary Public personally appeared
_C. Anthony Phillips_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**
WITNESS my hand and official seal.

Signature _Rebecca Verdugo-Wong_         (Seal)

REBECCA VERDUGO-WONG
Notary Public - California
Los Angeles County
Commission # 2272245
My Comm. Expires Jan 12, 2023

# EXHIBIT A

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF BEVERLY HILLS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT 6, OF TRACT NO. 14213, IN THE CITY OF BEVERLY HILLS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 354, PAGES 15 AND 16 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

AN EASEMENT OVER LOT 5 OF THE BENEFIT OF LOT 6, FOR POWER VAULT AND WATERFALL PURPOSES THE POWER VAULT EASEMENT ON LOT 5 IS DESCRIBED AS FOLLOWS:

THAT PORTION OF LOT 5 OF TRACT NO. 14213, IN THE CITY OF BEVERLY HILLS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 354, PAGES 15 AND 16 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEASTERLY CORNER OF LOT 5, SAID TRACT NO. 14213; THENCE WESTERLY ALONG THE NORTHERLY LINE OF SAID LOT 5 SOUTH 89° 07' 29" WEST 13.00 FEET TO THE TRUE POINT OF BEGINNING; THENCE LEAVING SAID NORTHERLY LINE SOUTH 44° 07' 29" WEST 10.67 FEET, THENCE NORTH 45° 52' 31" WEST 10.67 FEET TO SAID NORTHERLY LINE OF LOT 5; THENCE EASTERLY ALONG SAID NORTHERLY LINE NORTH 89° 07' 29" EAST 15.09 FEET TO THE POINT OF BEGINNING.

THE WATERFALL EASEMENT ON LOT 5 IS DESCRIBED AS FOLLOWS:

THAT PORTION OF LOT 5 OF TRACT NO. 14213, IN THE CITY OF BEVERLY HILLS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 354, PAGES 16 AND 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOW:

BEGINNING AT THE SOUTHWESTERLY CORNER OF LOT 5 OF SAID TRACT NO. 14213; THENCE SOUTHERLY ALONG THE WESTERLY LINE OF SAID LOT 5 SOUTH 0° 52' 31" EAST 11.75 FEET, THENCE LEAVING SAID WESTERLY LINE NORTH 44° 20' 51" EAST 14.55 FEET, THENCE NORTH 89° 07' 29"EAST 14.34 FEET, THENCE SOUTH 42° 28' 05" EAST 7.02 FEET; THENCE NORTH 68° 06' 55" EAST 14.64 FEET, THENCE SOUTH 42° 45' LL" EAST 9.74 FEET, THENCE NORTH 89° 07' 29" EAST 1.75 FEET, THENCE NORTH 0° 52' 31" WEST 8.75 FEET TO THE NORTHERLY LINE OF SAID LOT 5, THENCE WESTERLY ALONG SAID NORTHERLY LINE SOUTH 89° 07' 29" WEST A DISTANCE OF 51.25 FEET TO THE POINT OF BEGINNING.

AS GRANTED IN THAT GRANT OF RECIPROCAL EASEMENTS RECORDED MARCH 23, 1984 AS INSTRUMENT NO. 1984-359631, OFFICIAL RECORDS.

APN: 4348-004-012

EXHIBIT 30

1537830.1

Delaware.gov

Governor | General Assembly | Courts | Elected Officials | State Agencies

[ Logout ]

**Department of State: Division of Corporations**

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

Loading...

View Search Results

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | 7626012 | Incorporation Date / Formation Date: | 9/25/2019 (mm/dd/yyyy) |
| Entity Name: | LWBH HOLDINGS LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |
| Status: | Good Standing | Status Date: | 9/25/2019 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 0 | Tax Due: | $ 0 |
| Annual Tax Assessment: | $ 300 | Total Authorized Shares: | |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | PARACORP INCORPORATED |
| Address: | 2140 S DUPONT HWY |
| City: | CAMDEN |
| County: | Kent |
| State: | DE |
| Postal Code: | 19934 |
| Phone: | 302-697-4590 |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | LLC | 1 | 9/25/2019 | 5:49 PM | 9/25/2019 |

[ Back to Entity Search ]   [ Email Status ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

EXHIBIT 31

1537830.1

**RECORDING REQUESTED BY:**
Orange Coast Title Company of Northern California

**When Recorded Mail Document To:**
Planck Properties, LLC, a Calfornia
limited liability company
0 Bolsa Road
Hollister, CA 95023

**Escrow No.:** 520-SCC-19103885-64 - SM
**Title No.:** 100-2057248-60

**2020-0004122**

JOE PAUL GONZALEZ
SAN BENITO CLERK RECORDER
Thursday, Apr 09, 2020 11:13:19 AM
Titles: 1                    Pages: 4
Fees:                        $24.00
CA SB2 Fee:                  $0.00
Taxes:                       $7040.00
Total:                       $7064.00

APN:  014-040-004-000 and 014-040-005-000        SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

The undersigned grantor(s) declare(s) The undersigned Grantor(s) declare(s) that the DOCUMENTARY TRANSFER TAX is:  $7,040.00, City tax is $0.00.

- ☒ computed on full value of property conveyed, or
- ☐ computed on full value less value of liens or encumbrances remaining at time of sale,
- ☒ The property is located in the City of Hollister

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,**

American Real Estate Group LLC, a California limited liability company

**hereby GRANT(S) to**

Planck Properties, LLC, a Calfornia limited liability company

**the following described real property in the County of San Benito, State of California:**

See Exhibit A attached hereto and made a part hereof.

Commonly known as:  0 Bolsa Road, Hollister, CA 95023

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

Page 1 of 2

APN: 014-040-004-000 and 014-040-005-000

Dated:  April 2, 2020

American Real Estate Group LLC, a California limited liability company

By: Central Balance, LLC, a California limited liability company

BY: _____

    Young Jacobsen,  President

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____ Santa Barbara _____

On _____ April 3, 2020 _____ before me, _____ Mary L. Ortega _____ , Notary Public,

personally appeared _____ Young Jacobsen _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ Mary L. Ortega _____ (Seal)

> MARY L. ORTEGA
> Notary Public - California
> Santa Barbara County
> Commission # 2268131
> My Comm. Expires Dec 17, 2022

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

Page 2 of 2 – 0 Bolsa Road, Hollister, CA 95023

Exhibit "A"
To Grant Deed

Legal Description

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF HOLLISTER IN THE COUNTY OF SAN BENITO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Parcel One:

That part of Lot H of the Rancho Bolsa De San Felipe, according to the Map thereof filed May 25, 1880 in Vol 1 of Maps, at Page 22, San Benito County Records, bounded and particularly described as follows:

Beginning at an iron pipe in the Northeasterly line of the Bolsa Road (State Highway V-SBT-119-F) distant thereof North 37° 48' 40" West 1479.60 feet from an iron pipe at the intersection of the line common to Lots H and L with the Northeasterly line of said road; thence along said Northeasterly line of road, North 37° 48' 40" West 654.95 feet to an iron pipe; thence North 52° 00' 00" East 3442.53 feet to an iron pipe in the line common to Lots H and I; thence along the line common to Lots H and I, South 18° 10' 00" East 696.23 feet to an iron pipe from which an iron pipe at the corner common to Lots H and L in the Westerly line of Lots I bears South 18° 10 00' East 1572.87 feet; thence parallel with the line common to Lots H and L, South 52° 00' 00" West 3276.66 feet to the point of beginning, as surveyed, monumented  and described by W. J. Hanna and Sons, Surveyors and being shown as Parcel II on Record of Survey filed February 11, 1957 in Vol. 5 of Maps, at Page 90, San Benito County Records.

Excepting therefrom, that portion of the above parcel of land conveyed by John Hogan and Oda Hogan, his wife, to the State of California, by Deed dated November 30, 1944 and recorded January 20, 1945, in Vol. 129 of Official Records, at Page 195, Recorders File No. 38261, San Benito County Records.

Also excepting therefrom that portion of land as granted to the Council of San Benito County Governments in that certain Grant Deed recorded September 19, 2006 as Instrument No. 2006-0014040, Official Records of San Benito County.

Parcel Two:

An undivided one-third interest in and to the well and pumping plant of land shown as Parcel IV, on said Record of Survey, and together with an undivided one-third interest in and to the well and pumping plant on the land shown as Parcel III, of said Record of Survey, and lying Southeasterly of land hereinabove described, together with the right to take water from said wells and pumping plants, and with rights of way to conduct water therefrom through ditches or other means, to the land hereinabove described.

Parcel Three:

ARE/Planck Grant Deed
Vacant Land

That part of Lot H of the Rancho Bolsa De San Felipe, according to the Map thereof filed May 25, 1880 in Vol. 1 of Maps, at Page 22, San Benito County Records, bounded and particularly described as follows:

Beginning at an iron pipe in the Northeasterly line of the Bolsa Road (State Highway V-SBt-119-F) distant thereon North 37° 48' 40" West 773.00 feet from an iron pipe at the intersection of the line common to Lots H and L with the Northeasterly line of said road; thence along the Northeasterly line of said road, North 37° 48' 40" West 706.60 feet to an iron pipe; thence North 52° 00' 00" East 3276.66 feet to an iron pipe in the line common to Lots H and I; thence along the line common to Lots H and I, South 18° 10' 00" East 751.14 feet to an iron pipe; from which an iron pipe at the corner common to Lots H and L, in the Westerly line of Lot I, bears South 18° 10' 00" East 821.73 feet; thence parallel with the line common to Lots H and L, South 52° 00' 00" West 2955.95 feet to the point of beginning, more or less, as surveyed, monumented and described by W. J. Hanna & Sons, Surveyors, and being shown as Parcel III on Record of Survey filed February 11, 1957 in Vol. 5 of Maps, at Page 90, San Benito County Records.

Excepting therefrom, that portion of the above parcel of land conveyed by John Hogan and Oda Hogan, his wife, to the State of California, by Deed dated November 30, 1944 and recorded January 20, 1945, in Vol. 129 of Official Records, at Page 195, Recorders File No. 38261, San Benito County Records.

Excepting therefrom that portion of land as granted to the Council of San Benito County Governments in that certain Grant Deed recorded 09-19-06 as Instrument No. 2006-0014038, Official Records of San Benito County.

Parcel Four:

An undivided one-third interest in and to the well and pumping plant of land shown as Parcel IV, on said Record of Survey, and together with an undivided one-third interest in and to the well and pumping plant on the land shown as Parcel III, of said Record of Survey, and lying Southeasterly of land hereinabove described, together with the right to take water from said wells and pumping plants, and with rights of way to conduct water therefrom through ditches or other means, to eh land hereinabove described.

Reserving to the grantors, an undivided two-thirds interest in and to the well and pumping plant on the land hereby conveyed, with the right of ingress to and egress from the same, and with the right of way conduct water therefrom through ditches or other means, to other lands in said Lot H, and also reserving right of way to conduct water across said land through ditch or other means, from the wells and pumping plant on land immediately Southeast of said land to land immediately Northwest of said land.

ARE/Planck Grant Deed
Vacant Land

EXHIBIT 32

1537830.1

**RECORDING REQUESTED BY:**
Fidelity National Title Company

**AND WHEN RECORDED MAIL TO:**

Planck Properties LLC
6960 S. Centinela Avenue
Culver City, CA  90230

Electronically
**Recorded in Official Records
County of San Bernardino
Bob Dutton
Assessor-Recorder-County Clerk**

**DOC# 2019-0358379**

| | | |
|---|---|---|
| 10/04/2019 | Titles: 1 | Pages: 3 |
| 12:37 PM | | |
| SAN | Fees | $20.00 |
| | Taxes | $7700.00 |
| G8293 | CA SB2 Fee | 0.00 |
| | **Total** | **$7720.00** |

THIS SPACE FOR RECORDER'S USE ONLY:

| | |
|---|---|
| **Title Order No.:** 00231462 | **Escrow No.:** 008982-HG |
| **AP#:** 0459-681-28, 0459-681-29 | **GRANT DEED** |

# THE UNDERSIGNED GRANTOR(S) DECLARE(S)

## DOCUMENTARY TRANSFER TAX is $7,700.00

[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[ ] Unincorporated area    [X]  City of Adelanto **AND**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Easy Realty and Loans Inc., a California Corporation**

hereby GRANT(s) to:

**Planck Properties LLC, a California Limited Liability Company**

the real property in the City of Adelanto, County of San Bernardino, State of California,
described as:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT 'A' AND MADE A PART HEREOF.

**Also Known as:**  9928 and 9932 Rancho Road, Adelanto, CA  92301

**Signature Page attached hereto
and made a part hereof**

MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS SHOWN ABOVE:

681-29

AP#: 0459-681-28, 0459-

## SIGNATURE PAGE

**Title of Document:  GRANT DEED**

**Date of Document: September 30, 2019**

Easy Realty and Loans Inc., a California Corporation

By: _____
       Benjamin Donel, President

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF _LOS ANGELES_____
On _OCTOBER 2, 2019_____
before me, _ALBERTO CAZARES_____,
A Notary Public personally appeared
_____BENJAMIN DONEL_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

Signature _____        (Seal)

> ALBERTO CAZARES
> Notary Public - California
> Orange County
> Commission # 2148073
> My Comm. Expires Apr 28, 2020

## EXHIBIT 'A'

PARCEL 1:

PARCEL 1 OF PARCEL MAP NO. 19900, IN THE CITY OF ADELANTO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 251, PAGES 50 AND 51 OR PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORD OF SAID COUNTY.

PARCEL 2:

PARCEL 2 OF PARCEL MAP NO. 19900, IN THE CITY OF ADELANTO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 251, PAGES 50 AND 51 OR PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORD OF SAID COUNTY.

EXHIBIT 33

1537830.1

**This page is part of your document - DO NOT DISCARD**



# 20190605412



**Pages:**
**0003**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**06/25/19 AT 08:00AM**

| | |
|---|---:|
| FEES: | 25.00 |
| TAXES: | 20,720.00 |
| OTHER: | 0.00 |
| PAID: | 20,745.00 |



**L E A D S H E E T**



201906250110031

**00016783632**



009918688

**SEQ:**
**28**

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

*E44231R*

T18

2

RECORDING REQUESTED BY:
Ticor Title Company

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO:

Planck Properties, LLC
6960 Centinela Avenue
Culver City, CA 90230
Attention: Benjamin Kingston, Esq.

06/25/2019

*20190605412*

Order No.: 00606187-007-BUI
Escrow No.: 606187
APN: 5526-013-024

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

# GRANT DEED CITY: $16,650.00

THE UNDERSIGNED GRANTOR(S) DECLARE(S): 

DOCUMENTARY TRANSFER TAX IS $ $4,070.00

__X__ Computed on full value of property conveyed, or

_____ Computed on full value less liens and encumbrances remaining at time of sale.

_____ Unincorporated area __x City of Los Angeles

For valuable consideration, receipt of which is hereby acknowledged, LIGHTLY HELD EQUITIES, LLC, a
California limited liability company

hereby GRANT(S) to PLANCK PROPERTIES, LLC, a Delaware limited liability company

the real property situated in the County of Los Angeles, State of California, more particularly described as
follows: commonly known as 7569 Melrose Ave., Los Angeles, CA 90046, as more particularly described on
Exhibit "A".

Dated: June __11__, 2019

Lightly Held Equities, LLC,
a California limited liability company

By: _____
Shereef Bishay, Manager

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF _____MARIN_____ } SS.

On June __11th__, 2019 before me, __Silver Clark__, Notary Public, personally

appeared __Shereef Bishay__,

who proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that
by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and
correct.

WITNESS my hand and official seal.

Signature _____Silver Clark_____

30769-00002/3189894.1

SILVER CLARK
Notary Public – California
Marin County
Commission # 2198615
My Comm Expires Jun 18, 2021

MAIL TAX STATEMENTS AS DIRECTED ABOVE

28

PRELIMINARY REPORT
YOUR REFERENCE:

Ticor Title Company of California 

## EXHIBIT "A"

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Lot 119 of Tract No. 5377, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 58, Page 34 of Maps, in the Office of the County Recorder of said County.

APN: **5526-013-024**

CLTA Preliminary Title Report
IPrelm (DSI Rev. 8/15/16)

Order No.: 00606187-007-DP-BU1

Order: QuickView_
Doc: 2019-605412

Page 3 of 3

Requested By: , Printed: 4/28/2020 9:44 AM