UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>DMITRY BORISOVICH BOSOV, *et al*,<br><br>            Defendants. | Case No. 2:20-cv-03797-FMO (JCx)<br><br>**[PROPOSED]** *EX PARTE* **RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT OR, ALTERNATIVELY, TEMPORARY PROTECTIVE ORDER** |

**NOTICE TO DEFENDANT:**

**FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

The Court has considered Plaintiff Francis J. Racioppi, Jr.'s *Ex Parte* Application for Right to Attach Order and Issuance of Writ of Attachment Or, Alternatively, Temporary Protective Order (the "Application").

## **FINDINGS**

The Court finds as follows:

1. Defendants:
   a. Defendant DMITRY BORISOVICH BOSOV is a natural person who does not reside in California;
   b. Defendant GARY I. SHINDER is a natural person who does not reside in California;
   c. Defendant GENIUS FUND I, INC. is a Delaware corporation qualified to do business in California;
   d. Defendant GENIUS FUND I, LLC is a Delaware limited liability company;
   e. Defendant RESTRUCTURE TRUST, LLC, is a limited liability company;
   f. Defendant ESSMW - EARTH SOLAR SYSTEM MILKY WAY, LLC is a Wyoming limited liability company;
   g. Defendant GOLDHAWK INVESTMENTS LTD. is a Cyprus Limited Company;
   h. Defendant ALLTECH GROUP is a Russian company;
   i. Defendant HELI BIOTECH LLC is a California limited liability company;
   j. Defendant DR. KUSH WORLD COLLECTIVE LLC is a limited liability company;
   k. Defendant EAGLE ROCK HERBAL COLLECTIVE LLC is a California limited liability company;
   l. Defendant GENIUS PRODUCTS LLC is a California limited

liability company;

m. Defendant FULL CIRCLE LABS LLC is a California limited liability company;

n. Defendant NATURE'S HOLIDAY LLC is a California limited liability company;

o. Defendant VARIANT HEMP SOLUTIONS LLC is a California limited liability company;

p. Defendant GENIUS DELIVERY LLC is a California limited liability company;

q. Defendant PLANCK PROPERTIES LLC is a California limited liability company;

r. Defendant ARISTOTLE EQUIPMENT LLC is a California limited liability company;

s. Defendant GENIUS SALES LLC is a California limited liability company;

t. Defendant GENIUS PRODUCTS T INC. is a California Corporation qualified to do business in California;

u. Defendant GENIUS PRODUCTS NT INC. is a California Corporation qualified to do business in California;

v. Defendant GENIUS PRODUCTS INC. is a California Corporation qualified to do business in California;

w. Defendant FULL CIRCLE INDUSTRIES is an unincorporated association.

2. The claim upon which the application is based is one upon which an attachment may be issued under Code of Civil Procedure section 483.010;

3. Plaintiff has established the probable validity of the claims upon which the application for the attachment is based;

4. The attachment is not sought for a purpose other than the recovery on

the claim upon which the application is based;

5. The amount to be secured by the attachment is greater than zero;

6. The affidavit or declaration accompanying the application shows that the property sought to be attached, or the portions thereof to be specified in the writ, are not exempt from attachment;

7. The portion of the property sought to be attached described in item 3b is not exempt from attachment;

8. An undertaking in the amount of $_____ is required before a writ shall issue;

9. Great or irreparable injury will result to the plaintiff if issuance of the order is delayed until the matter can be heard on notice because there is a danger that the property sought to be attached would be concealed, substantially impaired in value, or otherwise made unavailable to levy; and

10. The requirements of California Code of Civil Procedure section 485.220 are otherwise satisfied.

## RIGHT TO ATTACH ORDER AND
## ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT

The Court therefore **GRANTS** Plaintiff's Application and **ORDERS** as follows:

11. Plaintiff has a right to attach all property for which a method of levy is provided for each of the following non-natural Defendants in the following amounts:

- Genius Fund I, Inc. – $3,745,613.68;
- Genius Fund I, LLC – $3,745,613.68;
- Restructure Trust LLC – $3,745,613.68;
- ESSMW – Earth Solar System Milky Way, LLC – $3,745,613.68;
- Goldhawk Investments Ltd. – $3,745,613.68;
- Alltech Group – $3,745,613.68;
- Heli Biotech LLC – $3,745,613.68;

- Dr. Kush World Collective LLC – $3,745,613.68;
- Eagle Rock Herbal Collective LLC – $3,745,613.68;
- Genius Products LLC – $3,745,613.68;
- Full Circle Labs LLC – $3,745,613.68;
- Nature's Holiday LLC – $3,745,613.68;
- Variant Hemp Solutions LLC – $3,745,613.68;
- Genius Delivery LLC – $3,745,613.68;
- Planck Properties LLC – $3,745,613.68;
- Aristotle Equipment LLC – $3,745,613.68;
- Genius Sales LLC – $3,745,613.68;
- Genius Products T, Inc. – $3,745,613.68;
- Genius Products NT, Inc. – $3,745,613.68;
- Genius Products, Inc. – $3,745,613.68;
- Full Circle Industries – $3,745,613.68;

12. Plaintiff has a right to attach all real property, personal property, equipment, motor vehicles, chattel paper, negotiable and other instruments, securities, deposit accounts, safe deposit boxes, accounts receivable, general intangibles, property subject to pending actions, final money judgments and personalty in estates of decedents of each of the following natural Defendants in the following amounts:

- Dmitry Borisovich Bosov / LBHV LLC – $3,745,613.68;
- Gary I. Shinder – $3,745,613.68.

13. Plaintiff has a right to attach one or more of the following real properties in an amount up to $3,745,613.68, and Defendants are **ORDERED** not to transfer such interest in the following properties for a period of 40 days or until the property/ies have been levied, whichever is earlier:

- 9924/9928 Rancho Road, Adelanto, CA 92301 (owner: Planck Properties LLC);
- 7569 Melrose Avenue, Los Angeles, CA 90046 (owner: Planck

Properties LLC);

- 0 Bolsa Road, Hollister, CA 95023 (owner: Planck Properties LLC); and

- Residential property in Beverly Hills, California, owned by LBHV LLC (ultimate beneficial owner being Defendant Bosov).

14. Plaintiff shall file a proposed writ of attachment for the foregoing properties and assets, which the Clerk shall issue forthwith.

**OR**

## TEMPORARY PROTECTIVE ORDER

The Court finds that a Temporary Protective Order should issue, instead of an Ex Parte Right to Attach Order and Order for Issuance of Writ of Attachment.

THE COURT ORDERS that each of the following Defendants, including their agents, assigns, alter-egos, subsidiaries, employees, and all persons or entities acting at their direction or on their behalf—including, but not limited to, Chris Finelli, Liam Palmieri, Ari Stiegler, Gabriel Borden, Daniel Righi, Michael Andrews, Charles Sharpe, and August Wagener—shall not transfer, directly or indirectly, any interest in the property described below:

- Dmitry Borisovich Bosov – monies or properties in the amount of $3,745,613.68.

- Gary I. Shinder – monies in the amount of $3,745,613.68;

- Genius Fund I, Inc. – monies in the amount of $3,745,613.68

- Genius Fund I, LLC – monies in the amount of $3,745,613.68;

- Restructure Trust LLC – monies in the amount of $3,745,613.68;

- ESSMW – Earth Solar System Milky Way, LLC – monies in the amount of $3,745,613.68;

- Spotlight Operations, LLC – monies in the amount of $3,745,613.68;

- Goldhawk Investments Ltd. – monies in the amount of $3,745,613.68;

- ALLTECH Group – monies in the amount of $3,745,613.68;
- Heli Biotech LLC – monies in the amount of $3,745,613.68
- Dr. Kush World Collective LLC – monies in the amount of $3,745,613.68;
- Eagle Rock Herbal Collective LLC – monies in the amount of $3,745,613.68;
- Genius Products LLC – monies in the amount of $3,745,613.68;
- Full Circle Labs LLC – monies in the amount of $3,745,613.68;
- Nature's Holiday LLC – monies in the amount of $3,745,613.68;
- Variant Hemp Solutions LLC – monies in the amount of $3,745,613.68;
- Genius Delivery LLC – monies in the amount of $3,745,613.68;
- Planck Properties LLC – monies in the amount of $3,745,613.68;
- Aristotle Equipment LLC – monies in the amount of $3,745,613.68;
- Genius Sales LLC – monies in the amount of $3,745,613.68;
- Genius Products T, Inc. – monies in the amount of $3,745,613.68;
- Genius Products NT, Inc. – monies in the amount of $3,745,613.68;
- Genius Products, Inc. – monies in the amount of $3,745,613.68;
- Full Circle Industries – monies in the amount of $3,745,613.68;
- 9924/9928 Rancho Road, Adelanto, CA 92301 (owner: Planck Properties LLC);
- 7569 Melrose Avenue, Los Angeles, CA 90046 (owner: Planck Properties LLC);
- 0 Bolsa Road, Hollister, CA 95023 (owner: Planck Properties LLC); and
- Residential property in Beverly Hills, California, owned by LBHV LLC (ultimate beneficial owner being Defendant Bosov).

This Order will expire at the earliest of the following times: (a) when the Plaintiffs levy upon specific property described in this Order; (b) after

1  _____; or (c) 40 days after the issuance of this Order.

2      Plaintiffs must file an undertaking in the amount of $_____

3 before this Temporary Protective Order will take effect.  Immediately upon the

4 filing of the undertaking, this Order will be in full force and effect.

**IT IS SO ORDERED.**

Dated: _____  _____
                                          Hon. Jacqueline Chooljian
                                          United States Magistrate Judge