BROWNE GEORGE ROSS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
Jennie Wang VonCannon (State Bar No. 233392)
  jvoncannon@bgrfirm.com
David J. Carroll (State Bar No. 291665)
  dcarroll@bgrfirm.com
Nathan F. Brown (State Bar No. 317300)
  nbrown@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

Attorneys for Plaintiff
Francis J. Racioppi, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., | Case No. 2:20-cv-03797-FMO (JCx) |
| Plaintiff, | **NOTICE OF ERRATA** |
| vs. | |
| DMITRY BORISOVICH BOSOV, *et al.*, | |
| Defendants. | Trial Date: None Set |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that on April 28, 2020, Plaintiff Francis J. Racioppi, Jr. filed an incorrect version of the Declaration of David J. Carroll in support of Plaintiff's *Ex Parte* Application for a Right to Attach Order and Issuance of Writ of Attachment or, Alternatively, a Temporary Protective Order (ECF No. 10-2).  Attached hereto is the correct version of the Declaration of David J. Carroll in support of Plaintiff's *Ex Parte* Application for a Right to Attach Order and Issuance of Writ of Attachment or, Alternatively, a Temporary Protective Order.

DATED:  April 29, 2020           Respectfully submitted,

                                        BROWNE GEORGE ROSS LLP
                                            Thomas P. O'Brien
                                            Jennie Wang VonCannon
                                            David J. Carroll
                                            Nathan F. Brown

                                 By:   /s/ Thomas P. O'Brien
                                            Thomas P. O'Brien
                               Attorneys for Plaintiff Francis J. Racioppi, Jr.