BROWNE GEORGE ROSS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
Jennie Wang VonCannon (State Bar No. 233392)
  jvoncannon@bgrfirm.com
David J. Carroll (State Bar No. 291665)
  dcarroll@bgrfirm.com
Nathan F. Brown (State Bar No. 317300)
  nbrown@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

Attorneys for Plaintiff
Francis J. Racioppi, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., | Case No. 2:20-cv-03797-FMO (JCx) |
| Plaintiff, | **DECLARATION OF DAVID J. CARROLL** |
| vs. | |
| DMITRY BORISOVICH BOSOV *et al.*, | |
| Defendants. | Trial Date:  None Set |

## <u>DECLARATION OF DAVID J. CARROLL</u>

I, David J. Carroll, declare as follows:

1.      I am an attorney licensed to practice in the State of California, and I am admitted to practice in this Court.  I am an associate with the law firm Browne George Ross LLP, and I am counsel of record for Plaintiff Francis J. Racioppi, Jr.  I make this declaration in support of Plaintiff's *ex parte* application for a right to attach order and writ of attachment or, in the alternative, a temporary protective order.

2.      Attached hereto as **Exhibit 2** is a true and correct copy of the June 2019 Statement of Information for Defendant Genius Fund I, Inc. that is available on the California Secretary of State's website.

3.      Attached hereto as **Exhibit 3** is a true and correct copy of the April 2020 Statement of Information for Defendant Genius Fund I, Inc. that is available on the California Secretary of State's website.

4.      Attached hereto as **Exhibit 4** is a true and correct copy of the September 2019 Statement of Information for Defendant Heli Biotech LLC that is available on the California Secretary of State's website.

5.      Attached hereto as **Exhibit 5** is a true and correct copy of the February 2020 Statement of Information for Defendant Eagle Rock Herbal Collective LLC that is available on the California Secretary of State's website.

6.      Attached hereto as **Exhibit 6** is a true and correct copy of the April 2019 Statement of Information for Defendant Genius Products LLC that is available on the California Secretary of State's website.

7.      Attached hereto as **Exhibit 7** is a true and correct copy of the June 2019 Statement of Information for Defendant Full Circle Labs LLC that is available on the California Secretary of State's website.

8.      Attached hereto as **Exhibit 8** is a true and correct copy of the April 2020 Statement of Information for Defendant Full Circle Labs LLC that is available

on the California Secretary of State's website.

9. Attached hereto as **Exhibit 9** is a true and correct copy of the April 2019 Statement of Information for Defendant Nature's Holiday LLC that is available on the California Secretary of State's website.

10. Attached hereto as **Exhibit 10** is a true and correct copy of the December 2019 Statement of Information for Defendant Variant Hemp Solutions LLC that is available on the California Secretary of State's website.

11. Attached hereto as **Exhibit 11** is a true and correct copy of the May 2019 Statement of Information for Defendant Genius Delivery LLC that is available on the California Secretary of State's website.

12. Attached hereto as **Exhibit 12** is a true and correct copy of the April 2020 Statement of Information for Defendant Genius Delivery LLC that is available on the California Secretary of State's website.

13. Attached hereto as **Exhibit 13** is a true and correct copy of the April 2019 Statement of Information for Defendant Planck Properties LLC that is available on the California Secretary of State's website.

14. Attached hereto as **Exhibit 14** is a true and correct copy of the April 2019 Statement of Information for Defendant Aristotle Equipment LLC that is available on the California Secretary of State's website.

15. Attached hereto as **Exhibit 15** is a true and correct copy of the April 2020 Statement of Information for Defendant Aristotle Equipment LLC that is available on the California Secretary of State's website.

16. Attached hereto as **Exhibit 16** is a true and correct copy of the April 2019 Statement of Information for Defendant Genius Sales LLC that is available on the California Secretary of State's website.

17. Attached hereto as **Exhibit 17** is a true and correct copy of the March 2019 Statement of Information for Defendant Genius Products T, Inc. that is available on the California Secretary of State's website.

18.     Attached hereto as **Exhibit 18** is a true and correct copy of the March 2019 Statement of Information for Defendant Genius Products NT, Inc. that is available on the California Secretary of State's website.

19.     Attached hereto as **Exhibit 26** is a true and correct copy of the November 2017 Articles of Incorporation for Defendant ESSMW – Earth Solar System Milky Way LLC that is available on the Wyoming Secretary of State's website.

20.     On April 2, 2020, my office sent a letter to Defendant Gary I. Shinder and the Genius Fund Group's then-Chief Legal Officer Michelle Lynd demanding payment of the remaining sums due on Plaintiff's employment contract within 14 days.  My office did not receive a response indicating whether or not the Genius Fund Group would pay the sums demanded.  On April 17, 2020, my office sent a further letter to Defendant Shinder, Ms. Lynd, and Defendant Bosov.  This second letter included a copy of a draft of the complaint and made clear that the complaint would be filed by April 24, 2020, if the matter was not resolved to Plaintiff's satisfaction.  To date, we have not received any response to this letter.

21.     Attached hereto as **Exhibit 29** is a true and correct copy of the most recent grant deed for a residential property located in Beverly Hills, CA 90210, which is the same property referenced in paragraph 44 of Plaintiff's declaration.[1]

22.     Attached hereto as **Exhibit 30** is a true and correct copy of the information provided by the Delaware Secretary of State for the entity LWBH LLC, which states that the entity was created in October 2019.

23.     Attached hereto as **Exhibit 31** is a true and correct copy of the most recent grant deed for the property located at 0 Bolsa Road, Hollister, CA 95023.

24.     Attached hereto as **Exhibit 32** is a true and correct copy of the most

---

[1] Because this is a residential property, reference to the property's street address is omitted.  *See* C.D. Cal. L.R. 5.2-1.

recent grant deed for the property located at 9924/9928 Rancho Road, Adelanto, CA 92301.

25.     Attached hereto as **Exhibit 33** is a true and correct copy of the most recent grant deed for the property located at 7569 Melrose Ave, Los Angeles, CA 90046.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2020, at Los Angeles, California.

/s/ David J. Carroll
David J. Carroll