# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-03797-FMO-JC | Date | April 29, 2020 |
|---|---|---|---|
| Title | Francis J. Racioppi, Jr. v. Dmitry Borisovich Bosov, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge |
|---|---|

| Kerri Hays | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS)**

**ORDER DIRECTING PLAINTIFF TO MAKE FURTHER SUBMISSION**

   The Magistrate Judge is in the process of reviewing Plaintiff's Ex Parte Application. In the course of doing so, the Court has observed that the employment contract – which is the subject of the breach of contract claim upon which the potential entitlement to a writ of attachment is predicated – called for Plaintiff to execute a "Mutual Agreement to Arbitrate Employment-Related Disputes." It is not clear to the Court whether Plaintiff actually executed any such arbitration agreement or if so, whether any such agreement may impact the resolution of Plaintiff's Ex Parte Application. Accordingly, as soon as practicable, but not later than May 4, 2020, Plaintiff is directed to make a further submission which: (1) addresses whether or not any such arbitration agreement to which Plaintiff is a party exists; (2) if so, attaches a copy thereof; and (3) addresses any impact the existence of such agreement has on the Court's resolution of Plaintiff's Ex Parte Application (*e.g.*, whether, if it calls for arbitration of Plaintiff's breach of contract claim, this bears on the Court's ability to issue a writ of attachment predicated on such claim).

   IT IS SO ORDERED.