# Exhibit 41

# Exhibit 41

## Kurt Ramlo

| | |
|---|---|
| **From:** | Kurt Ramlo |
| **Sent:** | Tuesday, May 5, 2020 8:39 AM |
| **To:** | Kurt Ramlo |
| **Subject:** | FW: GF Business Strategies |
| **Attachments:** | Genius Next Steps.pdf |

--------- Forwarded message ---------
From: **Fran Racioppi** <fran@geniusfund.com>
Date: Sun, Mar 22, 2020, 21:34
Subject: GF Business Strategies
To: GLS <glspear@gmail.com>
Cc: Fran Racioppi <fran@geniusfund.com>

Hi Gary-

As requested, please see attached restructuring plan and business strategies for the viable entities in Genius Fund, as well as opportunities to realize revenue from asset sales. I believe this is a CEO-led initiative that requires executive command with input and detailed continuous analysis from legal and financial channels. I trust we will align on a strategic course of action from which we will execute a tactical-level plan. This industry is dynamic, ripe with risk and uncertainty, while providing massive opportunity for market domination.

Additionally, as requested please see the most recent cash flow summary prepared by Datesh. It will show the following:

Current Bank Balance: redacted
Total aged A/P: redacted
Immediate A/P (this week): redacted

You also have access to the 13-week cash flow which includes these numbers as well as projections moving forward based on assumptions of full payment vs a dynamic approach.

As discussed today, only Melrose Retail and Delivery will be in operation until further notice. Please let me know if you have any questions or would like to discuss further. Thank you.

v/r,

Fran

Fran Racioppi
Chief Executive Officer l Genius Fund
fran@geniusfund.com
617-694-6321 (c)

2020



# OUR MISSION

## To strategically dominate the cannabis industry through innovation and creativity








CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# GENIUS FUND CORE VALUES

**Creativity drives opportunity**

**Collaboration with individual accountability**

**Question everything**

**Details matter**

**Do what's right, always**

**Commit to being the best**

*Reading the values will make us good...Living them will make us great...*



# Genius Restructure Strategy

| Initiative | Action |
|---|---|
| Enhance Focus | redacted |
| Reduce Corporate SG&A | redacted |
| Improve Current Businesses | redacted |
| Limit Cash Outlays | redacted |
| Optimize Capital Structure | redacted |
| Management and Corporate Governance | redacted |

*This restructure strategy and following business plans MUST be CEO-led*

CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Genius Fund 2020 Q2-Q4 Revenue & Goals



| Genius Fund Q2-Q4 2020 Revenue Projections | | | | |
|---|---|---|---|---|
| | Q2 | Q3 | Q4 | Total |

redacted

redacted

CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Genius Fund Revenue vs Expenses*





CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Genius Management 2020 Q2-Q4 Expenses & Timeline



CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# COVID-19 Will Affect ALL GF Operations

● CA Stay at Home Order issued 3/19/20 closing all non-essential/non-exempt businesses as per Federal Critical Infrastructure

● CA Essential Critical Infrastructure Workers issued 3/20/20 clarifying guidance exempting:
  ○ Workers supporting cannabis retailers (pg 1) and dietary supplement retailers (pg 4)
  ○ Employees supporting food, feed, and beverage distribution (pg 4)
  ○ Employees engaged in the production of chemicals, medicines, vaccines, and other substances used by the food and agriculture industry, including pesticides, herbicides, fertilizers, minerals, enrichments (pg 4)
  ○ Workers necessary for the manufacturing of materials and products needed for food & agriculture and chemical manufacturing (pg 11)

  ○ This order defines the Chemical Sector as "composed of a complex, global supply chain - converts various raw materials into diverse products that are essential to modern life. Based on the end product produced, the sector can be divided into five main segments, each of which has distinct characteristics, growth dynamics, markets, new developments, and issues: Basic chemicals, Specialty chemicals, Agricultural chemicals; Pharmaceuticals; Consumer products (pg 13)
    ○ Workers in laboratories, workers at distribution facilities, workers who transport basic raw chemical materials to the producers of industrial and consumer goods, including...food and food additives, pharmaceuticals…(pg 13)

CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Adelanto CBD Production

# Adelanto 2020 Revenue & Goals

| 2020 Revenue Projections (Q2-Q4) | |
| --- | --- |
| Isolate produced | |
| Isolate projected sales | |
| Isolate sales price (avg) | |
| T-Free distillate produced | |
| T-Free distillate projected sales | |
| T-Free sales price (avg) | |
| **Revenue projection from isolate** | |
| **Revenue projection from T-Free distillate** | |
| **Total revenue** | |

redacted



redacted



CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Q2-Q4 2020 Expenses Breakdown



| Adelanto Q2-Q4 Total Projected Expenses | | | | |
|---|---|---|---|---|
| | Q2 | Q3 | Q4 | % of total costs (Q2-Q4) |
| **COGS** | redacted | | | |
| **SG&A** | | | | |
| Salary, Payroll & Benefits | | | | |
| Security & Utilities | | | | |
| Travel, Auto & Lodging | | | | |
| Computer & IT | | | | |
| Repairs & Supplies | | | | |
| Other (GMP, Waste removal) | | | | |
| **Sales SG&A** | | | | |
| Payroll | | | | |
| Commissions | | | | |
| Other | | | | |
| **Total COGS & SG&A projection** | | | | |
| **Total projected expenses** | | | | |

*\*OpEx efficiencies to be leveraged as production increases*

\*\*Costs of Q3/Q4 T-free remediation TBD

CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Adelanto 2020 CBD Revenue vs Expenses

### *Monetize all portions of the facility: biomass, isolate, distillate, finished goods*



■ Revenue projection    ▬ COGS & SG&A

CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Top Client Preview



CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Certifications

 —  — 

**Q3 2020**
USDA Organic

**Q4 2020**
**GMP 110/111 supplements & food**
**GMP 210/211 Pharmaceuticals**

**Q1 2021**
ISO 9001
Regulatory Compliance

## Strategy:

- Implement ISO 9001 quality management systems audit / certification
- Incorporate US-GMP Parts 111 and 211, and UK-GMP as part of ISO certification
- Gap assessment with ISOReady Inc within 3 weeks
- Finish audit within 3 to 6 months
- Final timeline determined by the speed with which we complete the required material (extensive)

redacted

 CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# COVID-19 Business Impact Assessment: Adelanto

- ***Closed pending business decision based on risk vs reward***

redacted

 CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

[ 15 ]



# Equipment Transfer List

| ITEM | LOCATION | CONDITION | Relocate to Adelanto |
|------|----------|-----------|----------------------|
| redacted | | | |



CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Exit Roadmap



redacted

CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Retail & Delivery



CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# COVID-19 Business Impact Assessment: Retail

- <u>Melrose Retail and Delivery:</u> ***Fully Operational***
  - ○ Consideration Factors
    - ■ Cannabis retail deemed ***"essential"*** by CA Stay at Home Orders; maintaining cleanliness and social distancing requirements

redacted

  - ○ Business Opportunities

redacted

CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

[ 21 ]

# Melrose Q2-Q4 2020 Revenue & Goals

| 2020 Revenue Projections (Q2-Q4) | | | | |
|---|---|---|---|---|
| | Q2 | Q3 | Q4 | Total |
| Avg customers/day | | | | |
| Avg transaction size | | | | |
| **Melrose projected revenue** | | | | |



redacted



redacted

CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.



CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Melrose Q2-Q4 Projected Expenses

| Melrose Q2-Q4 Total Projected Expenses | | | | |
|---|---|---|---|---|
| | Q2 | Q3 | Q4 | % of total costs (Q2-Q4) |
| **COGS** | redacted | | | |
| **SG&A** | | | | |
| Salary, Payroll & Benefits | | | | |
| Security | | | | |
| Computer & IT | | | | |
| Professional expense | | | | |
| **Other (repair, travel, utilities)** | | | | |
| Other SG&A | | | | |
| Advertising | | | | |
| Business license & property tax | | | | |
| **Total COGS & Opex projection** | | | | |
| **Capex projection** | | | | |
| **Q2-Q4 Total projected expenses** | | | | |



CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

## *One Genius Brand!*

# gen!us







- **Product collaborations**
- **Influencers**
- **Partner dispensary buildouts**
- **Earned Media**
- ***Be the highest selling product at Genius dispensaries***

- **THC & Non-THC store collaborations**
- **In-store programming**
- **Artist residency**
- **Community & neighborhood relations**
- **Rewards program**
- **Local paid advertising**

- **Service local community; know local culture**
- **Extension of the brand and retail experience**

CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

## *Genius Melrose: the world's top cannabis destination!*

**Flagship cannabis partnerships
Connect with the cannabis community**

















CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# *Genius Melrose: the world's top cannabis destination!*

**Non-cannabis partnerships and collaborations**

- In-store pop up shops

- Limited edition collaborative merch
  (gen!us x mister green)

- Artist residencies - in-store mural, meet
  and greets, limited edition collab prints
  (gen!us x Jen Stark)

**Results**: community building, earned media,
exposure outside of cannabis industry.





mister green



CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Community Involvement & Earned Media

**Example Headline: "The New Melrose"**

Showcase the evolution of the iconic Melrose area from fashion, music, and now cannabis

Genius as the most collaborative and innovative brand in cannabis

**Genius as the top "experience" in cannabis (retail, brand, delivery)**

Distribute via cannabis and traditional media









CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# La Brea Construction

redacted



CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Social Equity Los Angeles

redacted



CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Social E_uity Economics

**Property Rental Expenses:**

| Entity | Sq Ft | P/sf | Rent | Upfront Cost | Contingency | Expiration |
|--------|-------|------|------|--------------|-------------|------------|
| redacted | | | | | | |

**Property Purchase Expenses:**

| Entity | Sq Ft | P/sf | Price | Upfront Cost | Leaseback | Contingency | Expiration |
|--------|-------|------|-------|--------------|-----------|-------------|------------|
| redacted | | | | | | | |

**Partner Expenses (if license awarded):**

| SEP | ¯ct¯ve / Pass¯ve | Role | Salary |
|-----|------------------|------|--------|
| redacted | | | |



CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Stepping Stones for Delivery Integration into Retail

redacted

CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Delivery Revenue Growth & Projections



| 2020 Revenue Projections (Q2-Q4) | | | | |
|---|---|---|---|---|
| | **Q2** | **Q3** | **Q4** | **Total** |
| Weedmaps sales | | | | |
| Website sales | | | | |
| **Delivery projected sales** | | | | |

redacted



CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Delivery Q2-Q4 Projected Expenses



| Delivery Q2-Q4 Total Projected Expenses | | | | |
|---|---|---|---|---|
| | Q2 | Q3 | Q4 | % of total costs (Q2-Q4) |
| COGS | redacted | | | |
| SG&A | | | | |
| Salary, Payroll & Benefits | | | | |
| Security | | | | |
| Computer & IT | | | | |
| Other (office, insurance, auto) | | | | |
| Other SG&A | | | | |
| Advertising | | | | |
| Total COGS & Opex projection | | | | |
| Capex projection | | | | |
| Q2-Q4 Total projected expenses | | | | |

 CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.



CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Marketing Initiatives

| Current |
| --- |
| ● Promo cards, fliers, and stickers<br>  ○ Hand out at farmers markets, malls, and shopping centers<br>  ○ Mail to target demographics<br>  ○ Place on front doors and windshields |
| ● Advertise on WeedMaps |
| ● Text blast past customers with website link and promo code |

| Upcoming |
| --- |

redacted





CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.





**Executive Summary**

**Day One is positioned to lead the market in the rapidly growing CBD category.**

**Our superior taste, quality, aggressive go-to-market strategy, best-in-class marketing, and experienced team are scaling nationally and internationally.**

redacted





**The Brand**

Mission
**To offer a simple, refreshing and effective beverage balancing and renewing the mind and body, allowing anyone to reach their true potential.**

Ethos
**Day One is a state of mind.**
**Anything is possible.**
**One day or Day One? You decide.**

**The Product**

## We filled our cans with natural ingredients...and bubbles.
## Day One brings balance and renewal for immediate refreshment.







The Opportunity

## The CBD category is expected to be $20B+ by 2024

- 2018-2024 CAGR of 49%.
- 15% of US adults are consuming CBD.
- Majority of growth will come from new users.

- Ingestibles will be 38% of the category.
- Beverages are expected to be half of ingestibles, representing a $3.8B sub-category.



**Market Size & Projections (Billions)**

Source: BDS Analytics CBD Market Monitor & Quartz Harris Poll - Spring 2019

**Projected CBD Usage by 2024**

Ingestibles 37.9%
Pet Care 3.9%
Inhalables 7.1%
Sublingual 8.8%
Pharmeceuticals 12.1%
Topicals 30.2%

**Growth Timeline**

## Our expansion into new markets with best-in-class DSD partners has increased



| August '19 | September '19 | October '19 | November '19 | December '19 | January '20 | February '20 | Current |



# Brand Values

| Determination | Courage | Inclusiveness | Resilience |
|---|---|---|---|

**Maximize everyday**

**Do your thing**

**Everyone can be their best**

**Never stop**









And don't forget to hav

# When you're balanced, you're present.





**Consumer Profile**

Age
**18-34**
**Millennial + Gen Z**

Gender
**50% Female / 50% Male**

Interests
**Health & Wellness Oriented**
**Adventurous**
**Socially/Culturally Active**
**On-Trend**
**Active/Busy**
**Lifestyle**
**Entrepreneurial**





| | Great Tasting | CBD Qty | Zero Calorie | No Added Sugar | Lifestyle Brand |
|---|---|---|---|---|---|
| Day One | ✓ | 20mg | ✓ | ✓ | ✓ |
| Recess | | 10mg | | | ✓ |
| Vybes | ✓ | 25mg | | | ✓ |
| Weller | | 25mg | ✓ | ✓ | |
| DayTrip | | 10mg | | ✓ | |
| Sprig | | 20mg | ✓ | | |
| Mad Tasty | | 20mg | | ✓ | ✓ |

Day One vs. Competition

**Day One is positioned to win due to its better-for-you approach, refreshing taste and branding.**

**Millennials and Gen Z's seek healthier beverage alternatives, that fit their everyday lifestyle.**

**Day One is not just a beverage, it's a state of mind. Anything is possible.**

## Media Exposure

2020
Press

| | Reach |
|---|---|
| **Buzzfeed** | **148M** |
| https://www.buzzfeed.com/kodiotrick/buzzfeeds-favorite-snacks-and-drinks-to-kick-off-18cb9eqqs | |
| **Thrillist** | **14.5M** |
| https://www.thrillist.com/eat/nation/best-weed-edibles-valentines-day | |
| **Outside** | **4.1M** |
| https://www.outsideonline.com/2404479/canned-cbd-drinks#close | |
| **Benzinga** | **2.23M** |
| https://www.benzinga.com/markets/cannabis/20/02/15392693/hemp-week-in-cannabis-corporate-turmoil-mergers-layoffs-and-stocks-to-eat | |
| **BevNet** | **206K** |
| https://www.bevnet.com/news/2020/day-one-adds-two-new-fruit-infused-flavors-to-product-lineup | |
| **Los Angeles Business Journal** | **74K** |
| (print) | |
| **Endurance Sportswire** | **26K** |
| https://www.endurancesportswire.com/day-one-adds-two-new-fruit-infused-flavors-to-product-lineup/ | |
| **Winsi_ht Grocery Business** | **20K** |
| https://www.winsightgrocerybusiness.com/cpg/4-trends-watch-cbd-mar_et | |

### 2020 Activations







| April 2020 | August 2020 | September |
|---|---|---|
| 2.5M | 500K | 2020  200K |
| Viewers | Attendees | Attendees |



# Category Leader

## Accelerate Brand Awareness  Cans In Hands

**Be the #1 CBD beverage in the United States.**



redacted

redacted

Category Leader

# Accelerate Brand
# Awareness Cans In Hands

### Trade Marketing            Advertising            Digital            Press



**POS**
**Branded Coolers**
**Displays**

**Mobile Billboards**
**Wild Postings**

**Social Media**
**Influencer Collabs**
**Targeted Ads**

**Public Relations**
**Media Opportunities**

# Category Leader
# Accelerate Brand
# Awareness **Cans In Hands**

### Sampling      Demos      Events      Experiential



# COVID-19 Business Im_act Assessment: Da_ One

- Day One CBD Sparkling Water: ***Work from home until further notice***
  - ○ Consideration Factors

  redacted

  - ○ Business Decision

  redacted



CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Day One 2020 Revenue & Goals

**Exclusive of COVID-19 impact**

| 2020 Revenue Projections (Q2-Q4) | | | | |
|---|---|---|---|---|
| | **Q2** | **Q3** | **Q4** | **Total** |
| Projected units sold | redacted | | | |
| Projected unit price (wholesale) | | | | |
| **Day One projected sales** | | | | |



redacted

CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Day One 2020: Q2-Q4 Expenses & Timeline



| Day One Q2-Q4 Total Projected Expenses | | | |
|---|---|---|---|
| | Q2 | Q3 | Q4 | % of total costs (Q2-Q4) |
| **COGS** | | | |
| **SG&A** | | | |
| Salary, Payroll & Benefits | | | |
| Research expense | | | |
| Professional expense | | | |
| Travel | | | |
| Other (postage, supplies, dues) | | | |
| **Other SG&A** | | | |
| Advertising | | | |
| **Total COGS & Opex projection** | | | |
| **Capex projection** | | | |
| **Q2-Q4 Total projected expenses** | | | |

CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Day One 2020: Economics

## Revenue vs Expenses



## Unit Economics



CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Other relevant updates

**Sales & Distribution:**



**Regulatory**

- ○ Congress submitted bill to legalize CBD across all categories including edibles.

**Packaging**





CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

[ 57 ]



# Natural Hemp Company

# NHC 2020

redacted





CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

[ 60 ]

# NHC 2020: Sales and Distribution



redacted

CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Other Monetization Opportunities



redacted

CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

# Other Monetization Opportunities



redacted



CONFIDENTIALITY STATEMENT: THIS PRESENTATION CONTAINS INFORMATION THAT IS HIGHLY SENSITIVE AND CONFIDENTIAL. THE INFORMATION PROVIDED IN THIS PRESENTATION IS FOR THE CONFIDENTIAL USE OF ONLY THOSE PERSONS TO WHOM IT IS PROVIDED. BY YOUR ACCEPTANCE OF THIS INFORMATION, YOU AGREE THAT YOU WILL NOT TRANSMIT, REPRODUCE, OR MAKE AVAILABLE TO ANYONE, OTHER THAN YOUR PROFESSIONAL ADVISERS, THE INFORMATION CONTAINED IN THIS PRESENTATION.

2020

