Exhibit 42

Exhibit 42



Fran Racioppi <fran@geniusfund.com>

**redacted**
9 messages

---

**Patrick Conley** <pconley@franklinglobal.net>          Tue, Mar 24, 2020 at 5:31 PM
To: "Robert.Barton@hklaw.com" <Robert.Barton@hklaw.com>, Fran Racioppi <fran@geniusfund.com>
Cc: "Rebecca.Canamero@hklaw.com" <Rebecca.Canamero@hklaw.com>, "Jesus.Cuza@hklaw.com" <Jesus.Cuza@hklaw.com>

Robbie, Rebecca and Jesus please meet Fran Racioppi from the Genius Fund. I spoke with Fran earlier today regarding you recent lawsuit against **redacted**. He agreed to speak with you regarding their matter and any overlap with your new lawsuit. Please let me know if you want to schedule a conference call to discuss these matters.

**Best,**

**Patrick**

**Patrick M. Conley | CEO | Franklin Global, Inc.**

11693 San Vicente Boulevard, Suite 336 | Los Angeles, CA 90049  .

w: 310.933.3336 | f: 310.402.2118 | m: 805.390.9913

pconley@franklinglobal.net



---

**Jesus.Cuza@hklaw.com** <Jesus.Cuza@hklaw.com>          Tue, Mar 24, 2020 at 6:13 PM
To: pconley@franklinglobal.net
Cc: Robert.Barton@hklaw.com, fran@geniusfund.com, Rebecca.Canamero@hklaw.com

Thank you, Patrick.  Can we have a conference call tomorrow at 9:00 am PST?  Robbie and Rebecca, does this work for you?

Thx again,

Jesus

Sent from my iPhone.  Please excuse typographical errors.

On Mar 24, 2020, at 8:31 PM, Patrick Conley <pconley@franklinglobal.net<mailto:pconley@franklinglobal.net>> wrote:

[External email]
Robbie, Rebecca and Jesus please meet Fran Racioppi from the Genius Fund. I spoke with Fran earlier today regarding you recent lawsuit against redacted  He agreed to speak with you regarding their matter and any overlap with your new lawsuit. Please let me know if you want to schedule a conference call to discuss these matters.

Best,
Patrick

Patrick M. Conley | CEO | Franklin Global, Inc.
11693 San Vicente Boulevard, Suite 336 | Los Angeles, CA 90049
w: 310.933.3336 | f: 310.402.2118 | m: 805.390.9913
pconley@franklinglobal.net<mailto:pconley@franklinglobal.net>

<image001.png><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.franklinglobal.net_&d=DwMGaQ&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=XgPvT7cHCyJnX82dbRADKh-x3D4BcRdRVqcM0LbSyDI&m=IyS_8SuDQgdOsc6QhG9f4mQmdicDGS0x4e1tkPpPHhM&s=OqlXGb8nEZ2H3s5y-3GUKkEHHoxoYhxsUmOJ3GGv-yc&e=>

_____

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.


**image001.png**
82K

---

**Rebecca.Canamero@hklaw.com** <Rebecca.Canamero@hklaw.com>   Tue, Mar 24, 2020 at 6:18 PM
To: Jesus.Cuza@hklaw.com
Cc: pconley@franklinglobal.net, Robert.Barton@hklaw.com, fran@geniusfund.com

I am available.

On Mar 24, 2020, at 9:13 PM, Cuza, Jesus E (MIA - X27513) <Jesus.Cuza@hklaw.com> wrote:

 Thank you, Patrick.  Can we have a conference call tomorrow at 9:00 am PST?  Robbie and Rebecca, does this work for you?
[Quoted text hidden]

---

**Patrick Conley** <pconley@franklinglobal.net>   Tue, Mar 24, 2020 at 6:22 PM
To: "Rebecca.Canamero@hklaw.com" <Rebecca.Canamero@hklaw.com>, "Jesus.Cuza@hklaw.com" <Jesus.Cuza@hklaw.com>
Cc: "Robert.Barton@hklaw.com" <Robert.Barton@hklaw.com>, "fran@geniusfund.com" <fran@geniusfund.com>

Works for me.


Sent from my Verizon, Samsung Galaxy smartphone
[Quoted text hidden]
[Quoted text hidden]

---

**Fran Racioppi** <fran@geniusfund.com>   Tue, Mar 24, 2020 at 6:27 PM
To: Patrick Conley <pconley@franklinglobal.net>

Cc: "Jesus.Cuza@hklaw.com" <Jesus.Cuza@hklaw.com>, "Rebecca.Canamero@hklaw.com" <Rebecca.Canamero@hklaw.com>, "Robert.Barton@hklaw.com" <Robert.Barton@hklaw.com>

Yes that works for me. Please send dial in. Thanks.

Fran
[Quoted text hidden]
--
v/r,

Fran

Fran Racioppi
Co-Chief Executive Officer I Genius Fund
Fran@geniusfund.com
617-694-6321 (c)

---

**Jesus.Cuza@hklaw.com** <Jesus.Cuza@hklaw.com>    Tue, Mar 24, 2020 at 6:30 PM
To: fran@geniusfund.com
Cc: pconley@franklinglobal.net, Rebecca.Canamero@hklaw.com, Robert.Barton@hklaw.com

Thx everyone.  We will send dial in number and calendar invite.

Jesus

Sent from my iPhone.  Please excuse typographical errors.

On Mar 24, 2020, at 9:27 PM, Fran Racioppi <fran@geniusfund.com<mailto:fran@geniusfund.com>> wrote:

[External email]
Yes that works for me. Please send dial in. Thanks.

Fran

On Tue, Mar 24, 2020 at 9:22 PM Patrick Conley <pconley@franklinglobal.net<mailto:pconley@franklinglobal.net>> wrote:
Works for me.


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: Rebecca.Canamero@hklaw.com<mailto:Rebecca.Canamero@hklaw.com>
Date: 3/24/20 6:18 PM (GMT-08:00)
To: Jesus.Cuza@hklaw.com<mailto:Jesus.Cuza@hklaw.com>
Cc: Patrick Conley <pconley@franklinglobal.net<mailto:pconley@franklinglobal.net>>, Robert.Barton@hklaw.com<mailto:Robert.Barton@hklaw.com>, fran@geniusfund.com<mailto:fran@geniusfund.com>
Subject: Re: redacted

I am available.

On Mar 24, 2020, at 9:13 PM, Cuza, Jesus E (MIA - X27513) <Jesus.Cuza@hklaw.com<mailto:Jesus.Cuza@hklaw.com>> wrote:

 Thank you, Patrick.  Can we have a conference call tomorrow at 9:00 am PST?  Robbie and Rebecca, does this work for you?

Thx again,

Jesus

Sent from my iPhone. Please excuse typographical errors.

On Mar 24, 2020, at 8:31 PM, Patrick Conley <pconley@franklinglobal.net<mailto:pconley@franklinglobal.net><mailto:pconley@franklinglobal.net<mailto:pconley@franklinglobal.net>>> wrote:

[External email]
Robbie, Rebecca and Jesus please meet Fran Racioppi from the Genius Fund. I spoke with Fran earlier today regarding you recent lawsuit against redacted   He agreed to speak with you regarding their matter and any overlap with your new lawsuit. Please let me know if you want to schedule a conference call to discuss these matters.

Best,
Patrick

Patrick M. Conley | CEO | Franklin Global, Inc.
11693 San Vicente Boulevard, Suite 336 | Los Angeles, CA 90049<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.google.com_maps_search_11693-2BSan-2BVicente-2BBoulevard-2C-2BSuite-2B336-2B-257C-2BLos-2BAngeles-2C-2BCA-2B90049-3Fentry-3Dgmail-26source-3Dg&d=DwMFaQ&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=XgPvT7cHCyJnX82dbRADKh-x3D4BcRdRVqcM0LbSyDI&m=_Ssj0pwt7NBvsxxB-UIsW-WvQUbcMAjS-usSpPtgjgc&s=WUPC708LrB6gp3_l7zq-Bksu4cf5qwbB_ZY2GABZAWw&e=>
w: 310.933.3336 | f: 310.402.2118 | m: 805.390.9913
pconley@franklinglobal.net<mailto:pconley@franklinglobal.net><mailto:pconley@franklinglobal.net<mailto:pconley@franklinglobal.net>>

<image001.png><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.franklinglobal.net_&d=DwMGaQ&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=XgPvT7cHCyJnX82dbRADKh-x3D4BcRdRVqcM0LbSyDI&m=IyS_8SuDQgdOsc6QhG9f4mQmdicDGS0x4e1tkPpPHhM&s=OqlXGb8nEZ2H3s5y-3GUKkEHHoxoYhxsUmOJ3GGv-yc&e=>

_____

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.
--
v/r,

Fran

Fran Racioppi
Co-Chief Executive Officer I Genius Fund
Fran@geniusfund.com<mailto:Fran@geniusfund.com>
617-694-6321 (c)

---

**Jesus.Cuza@hklaw.com** <Jesus.Cuza@hklaw.com>  Fri, Mar 27, 2020 at 10:59 AM
To: fran@geniusfund.com, pconley@franklinglobal.net
Cc: Rebecca.Canamero@hklaw.com, Robert.Barton@hklaw.com

Good morning, Fran and Patrick.  We will be emailing you shortly a draft of a Common Interest Agreement.  Our clients are up to speed and are in favor of working with Fran in an effort to accomplish both parties' goals and objectives.   Thus, we are good to go at our end.

Look forward to conversing with you again later today, if you are still available.

Best,

Jesus

**Jesus Cuza | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7513 | Fax 305.679.6311
jesus.cuza@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Fran Racioppi <fran@geniusfund.com>
**Sent:** Tuesday, March 24, 2020 9:27 PM
**To:** Patrick Conley <pconley@franklinglobal.net>
**Cc:** Cuza, Jesus E (MIA - X27513) <Jesus.Cuza@hklaw.com>; Canamero, Rebecca J (MIA - X27533) <Rebecca.Ca_____law.com>; Barton, Robert (LAX - X52503) <Robert.Barton@hklaw.com>
**Subject:** Re: redacted

*[External email]*

[Quoted text hidden]

---

**Fran Racioppi** <fran@geniusfund.com>                                   Fri, Mar 27, 2020 at 11:01 AM
To: Jesus.Cuza@hklaw.com
Cc: Rebecca.Canamero@hklaw.com, Robert.Barton@hklaw.com, pconley@franklinglobal.net
Bcc: Fran Racioppi <fran@frsix.com>

Yes I am available
[Quoted text hidden]

---

**Jesus.Cuza@hklaw.com** <Jesus.Cuza@hklaw.com>                            Fri, Mar 27, 2020 at 12:18 PM
To: fran@geniusfund.com
Cc: Rebecca.Canamero@hklaw.com, Robert.Barton@hklaw.com, pconley@franklinglobal.net

Fran, please see attached.

I have two calls this afternoon.  Please send me an email after you have reviewed and I will call you as soon as I am done with the calls.

Thank you,

[Quoted text hidden]

---

📄 redacted    **Common Interest Agreement March 27, 2020.docx**
28K