# Exhibit 47

# Exhibit 47



Michelle Lynd <michelle.lynd@geniusfund.com>

## Re: Operations Inquiry | Please advise
1 message

**Fran Racioppi** <fran@geniusfund.com>  Wed, Apr 1, 2020 at 12:18 PM
To: Michelle Lynd <michelle.lynd@geniusfund.com>
Cc: Swan Lee <swan.lee@geniusproducts.com>, Datesh Kshatriya <datesh@geniusfund.com>, Hank Chhay <hank.chhay@geniusfund.com>, Shinder Igor <glspear@gmail.com>

> redacted

v/r,

Fran

Fran Racioppi
Chief Executive Officer l Genius Fund
fran@geniusfund.com
617-694-6321 (c)

> On Wed, Apr 1, 2020 at 2:30 PM Michelle Lynd <michelle.lynd@geniusfund.com> wrote:
>> Privileged Confidential Legal Communication
>>
>> redacted
>>
>> Thank you.
>>
>> Kind regards,
>>
>> Michelle Lynd
>>
>> On Wed, Apr 1, 2020 at 11:28 AM Swan Lee <swan.lee@geniusproducts.com> wrote:
>>> Hi Michelle,
>>>
>>> redacted
>>>
>>> Hope this sheds some light. Please let me know if there's any additional info I can help provide.
>>>
>>> Thanks!
>>>
>>> Best,
>>>
>>> On Wed, Apr 1, 2020 at 11:12 AM Michelle Lynd <michelle.lynd@geniusfund.com> wrote:
>>>> Privileged Confidential Legal Communication

Thank you Swan

redacted

Working quickly as possible on all. Your assistance is greatly appreciated.

Kind regards,

Michelle

On Wed, Apr 1, 2020 at 11:04 AM Swan Lee <swan.lee@geniusproducts.com> wrote:
> Hi Michelle,
>
> Will do. Thank you.
>
> redacted
>
> Thank you!
>
> Best,
>
> On Wed, Apr 1, 2020 at 10:26 AM Michelle Lynd <michelle.lynd@geniusfund.com> wrote:
>> Hi Swan
>>
>> redacted
>>
>> Kind regards
>>
>> Michelle
>>
>> On Wed, Apr 1, 2020 at 9:43 AM Swan Lee <swan.lee@geniusproducts.com> wrote:
>>> Hi Michelle & Fran,

redacted

Thank you

Best,
--

### Swan Lee
**Head of Brand & General Manager**
gen!us products   gen!us thc

--

### Swan Lee
**Head of Brand & General Manager**
gen!us products   gen!us thc

--

### Swan Lee
**Head of Brand & General Manager**
gen!us products   gen!us thc