# Exhibit 48

# Exhibit 48



Michelle Lynd <michelle.lynd@geniusfund.com>

## Re: redacted Executed Agreement - please help
1 message

**Fran Racioppi** <fran@geniusfund.com>  Thu, Apr 2, 2020 at 6:20 AM
To: Michelle Lynd <michelle.lynd@geniusfund.com>
Cc: Datesh Kshatriya <datesh@geniusfund.com>, Shinder Igor <glspear@gmail.com>

redacted

On Thu, Apr 2, 2020 at 2:36 AM Michelle Lynd <michelle.lynd@geniusfund.com> wrote:
> Privileged Confidential Legal Communication
>
> redacted

Thank you.

Kind regards,

Michelle Lynd

On Wed, Apr 1, 2020 at 8:32 PM Michelle Lynd <michelle.lynd@geniusfund.com> wrote:

> Privileged Confidential Legal Communication
>
> redacted

Kind regards,

Michelle Lynd

On Wed, Apr 1, 2020 at 7:51 PM Michelle Lynd <michelle.lynd@geniusfund.com> wrote:

> Privileged Confidential Legal Communication --
>
> redacted
>
> ---------- Forwarded message ---------
> From: **Michelle Lynd** <michelle.lynd@geniusfund.com>
> Date: Wed, Apr 1, 2020 at 7:42 PM
> Subject: Re: reda Executed Agreement - please help

To: Ben Kingston <ben@geniusfund.com>
Cc: Datesh Kshatriya <datesh@geniusfund.com>, Fran Racioppi <fran@geniusfund.com>, Shinder Igor <glspear@gmail.com>

Privileged Confidential Legal Communication

redacted

Thank you.

Kind regards,

Michelle

On Wed, Apr 1, 2020 at 7:25 PM Ben Kingston <ben@geniusfund.com> wrote:
> redacted
>
> On Wed, Apr 1, 2020 at 7:21 PM Michelle Lynd <michelle.lynd@geniusfund.com> wrote:
>> redacted
>>
>>> Thank you.
>>>
>>> Kind regards,
>>>
>>> Michelle
>
> --
> Benjamin D. Kingston, Esq.
> General Counsel | Genius Fund
> ben@geniusfund.com | 310.403.7022
>
> Sent from a very tiny computer. Please excuse typos/spellos.

--
v/r,

Fran

Fran Racioppi
Co-Chief Executive Officer l Genius Fund
Fran@geniusfund.com
617-694-6321 (c)