# Exhibit 52

Exhibit 52

# Retail and Delivery suspend operations immediately

email: "fran@geniusfund.com Fran Racioppi"          Saturday, March 28, 2020 at 8:50:28 AM Pacific Daylight Time
To: email: "gio@geniusfund.com Gio Mancuso" , email: "jami@geniusfund.com Jami Todd" , email: "michael.odowd@geniusfund.com Michael O\'Dowd" , email: "noah@geniusfund.com Noah Friedman"
Cc: email: "datesh@geniusfund.com Datesh Kshatriya" , email: "michelle.lynd@geniusfund.com Michelle Lynd"

Hi Mike, Gio, Jami and Noah-

The decision has been made by new ownership to cease ALL GF operations effective immediately to include Retail and Delivery. Please remain closed at this time and remain so until further notice. Please contact me with any questions or concerns. I will reach out with further direction as I receive them.

Thanks for your corporation and understanding.

Fran
--
v/r,

Fran

Fran Racioppi
Co-Chief Executive Officer l Genius Fund
Fran@geniusfund.com
617-694-6321 (c)



Saturday, March 28, 2020 at 9:14:00 AM Pacific Daylight Time