# Exhibit 53

Exhibit 53

5/12/2020                                                  Google Vault - Demand for Information

# Demand for Information

---

email: "fran@geniusfund.com Fran Racioppi"                Tuesday, March 31, 2020 at 11:19:40 AM Pacific Daylight Time
To: email: "glspear@gmail.com GLS" , email: "judgesullivan@freehgroup.com Judge Sullivan"
Cc: email: "michelle.lynd@geniusfund.com Michelle Lynd" , email: "datesh@geniusfund.com Datesh Kshatriya"

Board of Directors,

I am writing today to demand information and decisions on the future of Genius Fund, all entities and all employees. As per documents signed by the board on 3/23/20 and released to the Genius Fund executive staff on 3/26/20 all control and decision making has been centralized at the board level. Prior to this, as per directives issued on 3/20/20 all financial and operational control was taken by Gary Shinder on such date.

Executive Order #6 signed by Gary on 3/23/20 orders the complete closure of all GF entities and activities effective 3/27/20 without exception. As per discussions with Gary on 3/26/20 and 3/27/20, Gary indicated that a legal roadmap was in development for release to the company leadership no later than 3/29/20 and all employees were to remain in place without lay-off until further notice.

On 3/29/20, Gary directed all further decision making centralized to the CLO, Michelle Lynd and the board of directors. Gary also directed a complete shut down and lay off immediately pending

v/r,

Fran

Fran Racioppi
Chief Executive Officer | Genius Fund
fran@geniusfund.com
617-694-6321 (c)