# Exhibit 54

# Exhibit 54

5/12/2020 Google Vault - Please advise on next steps

## Please advise on next steps

email: "fran@geniusfund.com Fran Racioppi"  Tuesday, March 31, 2020 at 12:06:54 PM Pacific Daylight Time
To: email: "glspear@gmail.com GLS"
Bcc: email: "fran@frsix.com Fran Racioppi"

Gary-

As per your directives on 3/29 and 3/30, all GF employees were to be laid off immediately pending legal documentation to be drafted by Michelle and your outside legal team. These were subsequent to your 3/23 signed orders for 100% layoff effective 3/27. At this time, I have received no further communication as to the status of this documentation, a timeline for its release nor a coherent plan for consolidation of all assets. As per your directives dated 3/20/20 and 3/23/20 all legal, financial and operational decision making has been centralized to yourself and the board of directors. Each day this continues in this manner, further employee liability and increased costs accrue.

Additionally, I have immediate decisions to make regarding my family and any relocation to CA from NYC. As per our contract signed 3/4/20, a signing bonus of $300,000 was due to be included in my 3/30/2020 paycheck which has not yet been received; this was in addition to the agreed upon moving expenses as per the same contract up to $30,000 net of taxes. I have submitted an expense report on 3/25 for reimbursement of $12,463 which has yet to be approved and disbursed.

I am requesting an immediate update as to your intentions of the company, its employees, my future status with the company, and your intent to honor the terms of my contract.

v/r,

Fran

Fran Racioppi
Chief Executive Officer | Genius Fund
fran@geniusfund.com
617-694-6321 (c)