# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DMITRY BORISOVICH BOSOV, et al.,<br><br>Defendants. | Case No. 2:20-cv-03797-FMO-JC<br><br>**Order Deeming Papers Timely Filed under Local Rule 5-4.6.2 in Opposition to Plaintiff's Ex Parte Application for Right to Attach Order, Order for Issuance of Writ of Attachment, and Temporary Protective Order (DE 10)**<br><br>Hearing:<br>Date: May 21, 2020<br>Time: 2:00 p.m.<br><br>United States Magistrate Judge Jacqueline Chooljian |

The Court has considered the *Unopposed Ex Parte Application to Deem Papers Timely Filed under Local Rule 5-4.6.2 in Opposition to Plaintiff's Ex Parte Application for Right to Attach Order, Order for Issuance of Writ of Attachment, and Temporary Protective Order* (the "**Application**").  Good cause appearing, IT IS HEREBY ORDERED that:  (1) the Application is granted; and (2) the *Opposition to Ex Parte Application for Right to Attach Order, Order for Issuance of Writ of Attachment, and Temporary Protective Order* (DE 24) is deemed timely filed.

Dated: May 15, 2020

/s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE