BROWNE GEORGE ROSS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
Jennie Wang VonCannon (State Bar No. 233392)
  jvoncannon@bgrfirm.com
David J. Carroll (State Bar No. 291665)
  dcarroll@bgrfirm.com
Nathan F. Brown (State Bar No. 317300)
  nbrown@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

Attorneys for Plaintiff
Francis J. Racioppi, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>DMITRY BORISOVICH BOSOV, *et al*,<br><br>            Defendants. | Case No. 2:20-cv-03797-FMO (JCx)<br><br>**TABLE OF EXHIBITS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SUPPLEMENTAL OPPOSITION RE: ATTACHMENT** |

| Ex. | Description |
|---|---|
| 1 | Plaintiff's Signed Employment Agreement, dated March 5, 2020 |
| 2 | Genius Fund I, Inc. June 2019 Statement of Information |
| 3 | Genius Fund I, Inc. April 2020 Statement of Information |
| 4 | Heli Biotech LLC September 2019 Statement of Information |
| 5 | Eagle Rock Herbal Collective LLC February 2020 Statement of Information |
| 6 | Genius Products LLC April 2019 Statement of Information |
| 7 | Full Circle Labs LLC June 2019 Statement of Information |
| 8 | Full Circle Labs LLC April 2020 Statement of Information |
| 9 | Nature's Holiday LLC April 2019 Statement of Information |
| 10 | Variant Hemp Solutions LLC December 2019 Statement of Information |
| 11 | Genius Delivery LLC May 2019 Statement of Information |
| 12 | Genius Delivery LLC April 2020 Statement of Information |
| 13 | Planck Properties LLC April 2019 Statement of Information |
| 14 | Aristotle Equipment LLC April 2019 Statement of Information |
| 15 | Aristotle Equipment LLC April 2020 Statement of Information |
| 16 | Genius Sales LLC April 2019 Statement of Information |
| 17 | Genius Products T, Inc. March 2020 Statement of Information |
| 18 | Genius Products NT, Inc. March 2020 Statement of Information |
| 19 | Executive Order Issued by Defendant Bosov on February 24, 2020 |
| 20 | "Executive Order Finale" Issued by Defendant Bosov on March 14, 2020 |
| 21 | Executive Order No. 021-059 / 111-07-23 Issued on March 23, 2020 |
| 22 | Executive Order No. 021-059 / 111-07-21 Issued on March 23, 2020 |

| Ex. | Description |
|---|---|
| 23 | Executive Order No. 021-059 / 111-07-22 Issued on March 23, 2020 |
| 24 | Executive Order No. 021-059 / 111-07-20 Issued on March 23, 2020 |
| 25 | Executive Order No. 021-059 / 111-07-19 Issued on March 23, 2020 |
| 26 | ESSMW – Earth Solar System Milky Way, LLC's Articles of Incorporation |
| 27 | Termination Notice Provided to All GFG Employees |
| 28 | WARN Act Notice Provided to Former GFG Employees |
| 29 | Grant Deed for Property Located in Beverly Hills, California |
| 30 | Information from Delaware Secretary of State's website re: LWBH LLC |
| 31 | Grant Deed for 0 Bolsa Road, Hollister, CA 95023 |
| 32 | Grant Deed for 9924/9928 Rancho Road, Adelanto, CA 92301 |
| 33 | Grant Deed for 7569 Melrose Ave, Los Angeles, CA 90046 |
| 34 | April 2019 Arbitration Agreement Plaintiff Signed Upon Becoming GFG Chief Security Officer |
| 35-40 | [Unused] |
| 40 | Plaintiff's April 26, 2019 Employment Offer Letter |
| 41 | March 22, 2020 Email from Plaintiff Regarding His Restructuring Plan and Business Strategies |
| 42 | March 24-27, 2020 Email Chain Between Plaintiff and Law Firm Regarding Potential Lawsuit |
| 43 | March 27-28, 2020 Emails Between Plaintiff and Company Personnel |
| 44 | March 27 and 30, 2020 Emails Between Plaintiff and Company Personnel |
| 45 | March 29, 2020 Google Calendar Invitation for HR Meeting Accepted by Plaintiff |

| Ex. | Description |
|---|---|
| 46 | March 30, 2020 Google Calendar Invitation for HR Meeting Accepted by Plaintiff |
| 47 | April 1, 2020 Emails Between Plaintiff and Company Personnel |
| 48 | April 1-2, 2020 Emails Between Plaintiff and Company Personnel |
| 49 | Demand Letter from Plaintiff's Counsel |
| 50 | Litigation Hold Request from Plaintiff's Counsel |
| 51 | February 19, 2020 Email to from Company to Plaintiff Informing Him of Creation of a Restructuring Committee |
| 52 | March 28, 2020 Email from Plaintiff to Company Managers |
| 53 | March 31, 2020 Email from Plaintiff to Company's Board of Directors Regarding the Company's Future |
| 54 | March 31, 2020 Email from Plaintiff to Defendant Shinder Regarding the Company's Future |
| 55 | Plaintiff's March 31, 2020 Paystub |
| 56 | April 2, 2020 Email Chain Between Michelle Lynd and Plaintiff's Counsel |
| 57 | December 4, 2019 "As Is" Appraisal of Property on Bolsa Road, Hollister, California |
| 58 | Assumption Agreement Evidencing First Priority Lien on Bolsa Road Property |
| 59 | December 4, 2019 "As Is" Appraisal of Property on Aerostar Drive, Hollister, California |
| 60 | April 3, 2020 Closing Statements for Bolsa Road and Aerostar Drive Properties |
| 61 | Text Messages from Plaintiff and Defendant Shinder between March 24-26, 2020 Indicating Attempts to Discuss Company Matters |

| Ex. | Description |
|---|---|
| 62 | Text Messages from Defendant Shinder to Plaintiff Regarding Board Directives and Executive Order Terminating All GFG Personnel |
| 63 | Text Messages from Plaintiff to Michelle Lynd and Datesh Kshatriya Regarding Board Directives and Executive Order Terminating All GFG Personnel |
| 64 | Flight Itinerary for Plaintiff's Flight to Los Angeles on March 26, 2020 |
| 65 | Text Messages Between Plaintiff and Defendant Shinder on March 27, 2020, Regarding Defendant Shinder's Whereabouts |
| 66 | Plaintiff's Telephone Bill Indicating a 29-Minute Call to Defendant Shinder on March 27, 2020 at 2:37 p.m. and a Conference Call at 4:00 p.m. |
| 67 | Plaintiff's Telephone Bill Indicating an 11-Minute Call to Defendant Shinder on April 1, 2020 at 11:41 p.m. |
| 68 | Coldwell Banker Realty Printout of 0 Bolsa Road Sale Price from May 17, 2017 |
| 69 | Emails and Letters Exchanged Between BGR, Michelle Lynd, Defendant Shinder, and other GFG-related Persons Between April 2, 2020 and April 21, 2020 |

Dated: May 20, 2020

BROWNE GEORGE ROSS LLP
    Thomas P. O'Brien
    Jennie Wang VonCannon
    David J. Carroll
    Nathan F. Brown

By:    /s/ Thomas P. O'Brien
        Thomas P. O'Brien
Attorneys for Plaintiff Francis J. Racioppi, Jr.