BROWNE GEORGE ROSS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
Jennie Wang VonCannon (State Bar No. 233392)
  jvoncannon@bgrfirm.com
David J. Carroll (State Bar No. 291665)
  dcarroll@bgrfirm.com
Nathan F. Brown (State Bar No. 317300)
  nbrown@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

Attorneys for Plaintiff
Francis J. Racioppi, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR.,<br><br>    Plaintiff,<br><br>  vs.<br><br>DMITRY BORISOVICH BOSOV, *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-03797-FMO (JCx)<br><br>**NOTICE OF ERRATA RE: EVIDENTIARY OBJECTIONS**<br><br>Judge:  Hon. Jacqueline Chooljian<br><br>Trial Date:  None Set |

Case No. 2:20-cv-03797-FMO (JCx)
NOTICE OF ERRATA

**TO THE HONORABLE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that on May 20, 2020, Plaintiff Francis J. Racioppi, Jr. inadvertently filed an incorrect document as part of his response to Defendants' supplemental opposition re: attachment. That is, Plaintiff inadvertently filed a version of Plaintiff's Table of Exhibits as ECF Docket No. 28-4 rather than Plaintiff's Evidentiary Objections as labeled on the Court's CM/ECF docket. Plaintiff hereby attaches the Evidentiary Objections that was intended to be filed. Plaintiff apologizes to the Court and counsel for any resulting confusion.

DATED: May 21, 2020              Respectfully submitted,

                                 BROWNE GEORGE ROSS LLP
                                     Thomas P. O'Brien
                                     Jennie Wang VonCannon
                                     David J. Carroll
                                     Nathan F. Brown


                                 By:    /s/ Thomas P. O'Brien
                                            Thomas P. O'Brien
                                 Attorneys for Plaintiff Francis J. Racioppi, Jr.