1  David B. Golubchik (SBN 185520)
2  Kurt Ramlo (SBN 166856)
   LEVENE, NEALE, BENDER,
3    YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
4  Los Angeles, California 90067
   Telephone:  (310) 229-1234
5  Facsimile:  (310) 229-1244
   Email: DBG@LNBYB.com; KR@LNBYB.com

6  Attorneys for Defendants Gary I. Shinder; Genius
   Fund I, Inc.; Genius Fund I, LLC; ESSMW – Earth
7  Solar System Milky Way, LLC; Heli Biotech LLC;
   Dr. Kush World Collective LLC; Eagle Rock
8  Herbal Collective LLC; Genius Products LLC;
   Full Circle Labs LLC; Nature's Holiday LLC;
9  Variant Hemp Solutions LLC; Genius Delivery
   LLC; Planck Properties LLC; Aristotle Equipment
10 LLC; Genius Sales LLC; Genius Products T, Inc.;
   Genius Products NT, Inc.; and Genius Products,
11 Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>DMITRY BORISOVICH BOSOV, et al.,<br><br>          Defendants. | Case No. 2:20-cv-03797<br><br>**Response to Plaintiff's Evidentiary Objections Submitted in Reply Re Ex Parte Application for Right to Attach Order, Order for Issuance of Writ of Attachment, and Temporary Protective Order (DE 10)**<br><br>Date:  May 21, 2020<br>Time: 2:00 p.m. |

The defendants listed above ("**Defendants**") reply to late-filed *Plaintiff's Evidentiary Objections* (DE 29) submitted in support of Plaintiff's *Ex Parte Application for Right to Attach Order, Order for Issuance of Writ of Attachment, and Temporary Protective Order* (DE 10, filed April 28, 2020), as follows:

| | Testimony | Objection | Response |
|---|---|---|---|
| 1. | ¶ 16: "Plaintiff, however, failed to participate in the all-hands telephonic meeting scheduled for later that day." | Lacks foundation and personal knowledge. Defendant Shinder does not state that he participated in this telephone call and therefore has no basis on which to make this statement. | The testimony itself states that it was an all-hands call. Shinder was there. The foundation is sufficient. |
| 2. | ¶ 26: "Based on that appraisal and my knowledge of the property, it is my opinion that the current 'as is' fair market value of the Planck Property is in excess of $5,500,000." | Fed. R. Civ. 701, 702<br><br>Defendant Shinder has not qualified as a real estate appraisal expert, which requires specialized knowledge and expertise, and therefore cannot opine on the fair market value of this property. | The testimony of the Defendants' CEO is admissible under the long-standing doctrine that a corporate property owner's authorized representative is qualified to testify about the value of property owned by the business entity. *Universal Pictures Co. v. Harold Lloyd Corp.*, 162 F.2d 354, 369 (9th Cir. 1947) (owner's president on value of literary property); *United States v. 10,031.98 Acres of Land*, 850 F.2d 634, 639-41 (10th Cir. 1988) (reversible error to exclude testimony by president of landowner); *South Cent. Livestock Dealers, Inc. v. Security State Bank*, 614 F.2d 1056, 1061-62 (5th Cir. 1080) (owner's chief financial officer); *In re Geyer*, 203 B.R. 726, 727-28 (Bankr. S.D. Cal. 1996) (debtors' valuation of residence)." |
| 3. | ¶ 28: "Based on that appraisal and my knowledge of the property, it is my opinion that the 'as is' fair market value of the Aerostar Drive Property is in excess of $500,000." | Fed. R. Civ. 701, 702 Defendant Shinder has not qualified as a real estate appraisal expert, which requires specialized knowledge and expertise, and therefore cannot opine on the fair market value of this property. | Shinder's testimony on value is admissible. See above. |
| 4. | ¶ 30: "[T]he two properties have an aggregative | Fed. R. Civ. 701, 702 Defendant Shinder has not qualified as a real estate appraisal expert, which requires | Shinder's testimony on value is admissible. See above. |

1

| Testimony | Objection | Response |
|---|---|---|
| value of at least $6,000,000." | specialized knowledge and expertise, and therefore cannot opine on the fair market value of these properties. | |

Dated: May 21, 2020        LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.


By: _/s/ Kurt Ramlo_
       DAVID B. GOLUBCHIK
       KURT RAMLO
Attorneys for Defendants Gary I. Shinder; Genius Fund I, Inc.; Genius Fund I, LLC; ESSMW – Earth Solar System Milky Way, LLC; Heli Biotech LLC; Dr. Kush World Collective LLC; Eagle Rock Herbal Collective LLC; Genius Products LLC; Full Circle Labs LLC; Nature's Holiday LLC; Variant Hemp Solutions LLC; Genius Delivery LLC; Planck Properties LLC; Aristotle Equipment LLC; Genius Sales LLC; Genius Products T, Inc.; Genius Products NT, Inc.; and Genius Products, Inc.