| | |
|---|---|
| 1 | David B. Golubchik (SBN 185520) |
| 2 | Kurt Ramlo (SBN 166856) |
|   | LEVENE, NEALE, BENDER, |
|   |   YOO & BRILL L.L.P. |
| 3 | 10250 Constellation Boulevard, Suite 1700 |
|   | Los Angeles, California 90067 |
| 4 | Telephone: (310) 229-1234 |
|   | Facsimile: (310) 229-1244 |
| 5 | Email: DBG@LNBYB.com; KR@LNBYB.com |
| 6 | Attorneys for Defendants Gary I. Shinder; Genius Fund I, Inc.; Genius Fund I, LLC; ESSMW – Earth Solar System Milky Way, LLC; Heli Biotech LLC; Dr. Kush World Collective LLC; Eagle Rock Herbal Collective LLC; Genius Products LLC; Full Circle Labs LLC; Nature's Holiday LLC; Variant Hemp Solutions LLC; Genius Delivery LLC; Planck Properties LLC; Aristotle Equipment LLC; Genius Sales LLC; Genius Products T, Inc.; Genius Products NT, Inc.; and Genius Products, Inc. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., | Case No. 2:20-cv-03797-FMO-JC |
|  Plaintiff, | **Stipulation to Extend Time to Respond to Initial Complaint by Not More than 30 days (L.R. 8-3)** |
|  vs. | First Amended Complaint served: May 21, 2020 |
| DMITRY BORISOVICH BOSOV, et al., | Current response date: June 4, 2020 |
|  Defendants. | New response date: July 2, 2020 |

The defendants listed above ("**Genius Fund Defendants**") and Plaintiff Francis J. Racioppi, Jr., stipulate to extend the Genius Fund Defendants' time to respond to the initial complaint served on them (the *First Amended Complaint for*

*Damages*, DE 36) to July 2, 2020, which is not more than 30 days from the current response deadline.

DATED: June 10, 2020        BROWNE GEORGE ROSS LLP

By:    */s/ Thomas P. O'Brien*
       Thomas P. O'Brien
Attorneys for Plaintiff Francis J. Racioppi, Jr.

DATED: June 10, 2020        LEVENE, NEALE, BENDER, YOO & BRILL LLP

By:    */s/ Kurt Ramlo*
       David B. Golubchik
       Kurt Ramlo
Attorneys for Defendants Gary I. Shinder, Genius Fund I Inc., Genius Fund I LLC, ESSMW – Earth Solar System Milky Way LLC, Heli Biotech LLC, Dr. Kush World Collective LLC, Eagle Rock Herbal Collective LLC; Genius Products LLC, Full Circle Labs LLC, Nature's Holiday LLC, Variant Hemp Solutions LLC, Genius Delivery LLC, Planck Properties LLC, Aristotle Equipment LLC, Genius Sales LLC, Genius Products T Inc., Genius Products NT Inc., and Genius Products Inc.

1  I attest that all signatories listed, on whose behalf this filing is submitted,
2  have authorized the filing and concur with its contents. C.D. Cal. L.R. 5-
3  4.3.4(a)(2)(i).

5  DATED: June 10, 2020        /s/ Kurt Ramlo
6                               Kurt Ramlo