Eugene Rome, Esq. (SBN 232780)
Email: erome@romeandassociates.com
Brianna Dahlberg, Esq. (SBN 280711)
Email: bdahlberg@romeandassociates.com
Jennifer Cho, Esq. (SBN 322995)
Email: jcho@romeandassociates.com
ROME & ASSOCIATES, A.P.C.
2029 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 282-0690
Facsimile: (310) 282-0691

*Attorneys for Proposed Intervenor-Defendants*
*EVAN KAGAN and HELI HOLDINGS LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DMITRY BORISOVICH BOSOV, an individual; GARY I. SHINDER, also known as "Igor Shinder," an individual; GENIUS FUND I, INC., a Delaware Corporation; GENIUS FUND I, LLC, a Delaware Limited Liability Company; RESTRUCTURE TRUST LLC, a Limited Liability Company; ESSMW – EARTH SOLAR SYSTEM MILKY WAY, LLC, a Wyoming Limited Liability Company; GOLDHAWK INVESTMENTS LTD., a Cyprus Limited Company; ALLTECH GROUP, a Russian company; HELI BIOTECH LLC, a California Limited Liability Company; DR. KUSH WORLD COLLECTIVE LLC, a Limited Liability Company; EAGLE ROCK HERBAL COLLECTIVE LLC, a California Limited Liability Company; GENIUS PRODUCTS LLC, | CASE NO. 2:20-CV-03797 FMO (JCx)<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE** |

| | |
|---|---|
| 1 | a California Limited Liability Company; FULL CIRCLE LABS LLC, |
| 2 | a California Limited Liability Company; NATURE'S HOLIDAY |
| 3 | LLC, a California Limited Liability Company; VARIANT HEMP |
| 4 | SOLUTIONS LLC, a California Limited Liability Company; GENIUS |
| 5 | DELIVERY LLC, a California Limited Liability Company; PLANCK |
| 6 | PROPERTIES LLC, a California Limited Liability Company; |
| 7 | ARISTOTLE EQUIPMENT LLC, a California Limited Liability Company; |
| 8 | GENIUS SALES LLC, a California Limited Liability Company; GENIUS |
| 9 | PRODUCTS T, INC., a California Corporation; GENIUS PRODUCTS |
| 10 | NT, INC., a California Corporation; GENIUS PRODUCTS, INC., a |
| 11 | California Corporation; FULL CIRCLE INDUSTRIES; and DOES 1 through 50, inclusive, |
| 12 | |
| 13 | Defendants. |

NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Proposed Intervenor-Defendants Evan Kagan and Heli Holdings, LLC hereby withdraw their motion to intervene (Dkt. 31) in the above-entitled action.

DATED: June 18, 2020     ROME & ASSOCIATES, A.P.C.


By: *s/ Eugene Rome*
EUGENE ROME
Attorneys for Proposed Intervenors
Evan Kagan and Heli Holdings LLC

---

NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE