| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Thomas P. O'Brien (State Bar No. 166369)<br>801 S. Figueroa Street, Suite 2000<br>Los Angeles, California 90017<br>TELEPHONE NO.: (213) 725-9800<br>E-MAIL ADDRESS *(Optional)*: tobrien@bgrfirm.com     FAX NO. *(Optional)*: (213) 725-9808<br>ATTORNEY FOR *(Name)*: Francis J. Racioppi, Jr. | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 255 E. Temple Street
MAILING ADDRESS: 255 E. Temple Street
CITY AND ZIP CODE: Los Angeles, CA, 90012
BRANCH NAME: Western Division

PLAINTIFF: Francis J. Racioppi, Jr.

DEFENDANT: Dmitry Borisovich Bosov, et al.

| WRIT OF ATTACHMENT<br>☐ AFTER HEARING    ☑ EX PARTE | CASE NUMBER:<br>2:20-cv-03797 |
|---|---|

1. ☐ TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

2. ☐ To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. ☑ To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.

4. This writ is to attach property of defendant (name and last known address):
   Dmitry Borisovich Bosov, 1091 Laurel Way, Beverly Hills, CA 90210

   and the attachment is to secure:  $ 3,745,613.68

5. Name and address of plaintiff: Francis J. Racioppi, Jr.
   c/o Browne George Ross LLP
   801 S. Figueroa Street, Suite 2000
   Los Angeles, CA 90017

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter)*:
   1091 Laurel Way, Beverly Hills, CA 90210 (legal description attached as Exhibit 1)

   ☑ This information is on an attached sheet.

7. ☑ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name: LWBH Holdings LLC
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:
      Agent for Service of Process: Paracorp Incorporated, 2140 Dupont Hwy, Camden, DE 19934

8. ☐ The real property on which the
      ☐ crops described in item 6 __ are growing
      ☐ timber described in item 6 __ to be cut is standing stands upon the records of the county in the name of
      a. Name:
      b. Address:

[SEAL]

Date:                          Clerk, by _____, Deputy

Page 1 of 1

CV-04D (05/18)
(AT-135 [Rev. January 1, 2003])

**WRIT OF ATTACHMENT**
*(Attachment)*

Code of Civ. Proc., § 488.010

# Exhibit 1

# EXHIBIT A
# LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF BEVERLY HILLS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT 6, OF TRACT NO. 14213, IN THE CITY OF BEVERLY HILLS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 354, PAGES 15 AND 16 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

AN EASEMENT OVER LOT 5 OF THE BENEFIT OF LOT 6, FOR POWER VAULT AND WATERFALL PURPOSES THE POWER VAULT EASEMENT ON LOT 5 IS DESCRIBED AS FOLLOWS:

THAT PORTION OF LOT 5 OF TRACT NO. 14213, IN THE CITY OF BEVERLY HILLS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 354, PAGES 15 AND 16 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEASTERLY CORNER OF LOT 5, SAID TRACT NO. 14213; THENCE WESTERLY ALONG THE NORTHERLY LINE OF SAID LOT 5 SOUTH 89° 07' 29" WEST 13.00 FEET TO THE TRUE POINT OF BEGINNING; THENCE LEAVING SAID NORTHERLY LINE SOUTH 44° 07' 29" WEST 10.67 FEET, THENCE NORTH 45° 52' 31" WEST 10.67 FEET TO SAID NORTHERLY LINE OF LOT 5; THENCE EASTERLY ALONG SAID NORTHERLY LINE NORTH 89° 07' 29" EAST 15.09 FEET TO THE POINT OF BEGINNING.

THE WATERFALL EASEMENT ON LOT 5 IS DESCRIBED AS FOLLOWS:

THAT PORTION OF LOT 5 OF TRACT NO. 14213, IN THE CITY OF BEVERLY HILLS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 354, PAGES 16 AND 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOW:

BEGINNING AT THE SOUTHWESTERLY CORNER OF LOT 5 OF SAID TRACT NO. 14213; THENCE SOUTHERLY ALONG THE WESTERLY LINE OF SAID LOT 5 SOUTH 0° 52' 31" EAST 11.75 FEET, THENCE LEAVING SAID WESTERLY LINE NORTH 44° 20' 51" EAST 14.55 FEET, THENCE NORTH 89° 07' 29" EAST 14.34 FEET, THENCE SOUTH 42° 28' 05" EAST 7.02 FEET; THENCE NORTH 68° 06' 55" EAST 14.64 FEET, THENCE SOUTH 42° 45' LL" EAST 9.74 FEET, THENCE NORTH 89° 07' 29" EAST 1.75 FEET, THENCE NORTH 0° 52' 31" WEST 8.75 FEET TO THE NORTHERLY LINE OF SAID LOT 5, THENCE WESTERLY ALONG SAID NORTHERLY LINE SOUTH 89° 07' 29" WEST A DISTANCE OF 51.25 FEET TO THE POINT OF BEGINNING.

AS GRANTED IN THAT GRANT OF RECIPROCAL EASEMENTS RECORDED MARCH 23, 1984 AS INSTRUMENT NO. 1984-359631, OFFICIAL RECORDS.

APN: 4348-004-012