| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Thomas P. O'Brien (State Bar No. 166369)<br>801 S. Figueroa Street, Suite 2000<br>Los Angeles, California 90017<br>TELEPHONE NO.: (213) 725-9800<br>E-MAIL ADDRESS *(Optional)*: tobrien@bgrfirm.com   FAX NO. *(Optional)*: (213) 725-9808<br>ATTORNEY FOR *(Name)*: Francis J. Racioppi, Jr. | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 255 E. Temple Street
MAILING ADDRESS: 255 E. Temple Street
CITY AND ZIP CODE: Los Angeles, CA, 90012
BRANCH NAME: Western Division

PLAINTIFF: Francis J. Racioppi, Jr.

DEFENDANT: Dmitry Borisovich Bosov, et al.

**WRIT OF ATTACHMENT**
☑ AFTER HEARING    ☐ EX PARTE

CASE NUMBER: 2:20-cv-03797

1. ☐ TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

2. ☐ To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. ☑ To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.

4. This writ is to attach property of defendant (name and last known address):
   See Attachment 1

   and the attachment is to secure: $ 3,745,613.68 per Defendant

5. Name and address of plaintiff: Francis J. Racioppi, Jr.
   c/o Browne George Ross LLP
   801 S. Figueroa Street, Suite 2000
   Los Angeles, CA 90017

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter)*:
   Any property of the defendants for which a method of levy is provided, including (but not limited to):
   A. 7569 Melrose Avenue, Los Angeles, CA 90046 (legal description attached as Exhibit 1)
   B. 9928 and 9932 Rancho Road, Adelanto, CA 92301 (legal description attached as Exhibit 2)
   C. 0 Bolsa Road, Hollister, CA 95023 (legal description attached as Exhibit 3)

   ☑ This information is on an attached sheet.

7. ☑ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name: Robert Moskowitz & Jeannette Stern, Beasley Family Trust, Horsley Defined Retirement Contribution Trust & Stolich Reversible Trust
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:
   c/o PLM Lender Services, Inc., 46 N. Second Street, Campbell, CA 95008

8. ☐ The real property on which the
   ☐ crops described in item 6 __ are growing
   ☐ timber described in item 6 __ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: _____   Clerk, by _____, Deputy

Page 1 of 1

CV-04D (05/18)
(AT-135 [Rev. January 1, 2003])

**WRIT OF ATTACHMENT**
(Attachment)

Code of Civ. Proc., § 488.010

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FRANCIS J. RACIOPPI, JR., v. DMITRY BORISOVICH BOSOV *et al.*
2:20-cv-03797

[PROPOSED] WRIT OF ATTACHMENT

## ATTACHMENT #1

### ITEM #4 – DEFENDANTS WHOSE PROPERTY IS TO BE ATTACHED

1. Defendant GENIUS FUND I, INC. — 255 West Foothill Blvd., Suite 205, Upland, CA 9178

2. Defendant GENIUS FUND I, LLC — 255 West Foothill Blvd., Suite 205, Upland, CA 9178

3. Defendant HELI BIOTECH LLC — 255 West Foothill Blvd., Suite 205, Upland, CA 9178

4. Defendant EAGLE ROCK HERBAL COLLECTIVE LLC — 255 West Foothill Blvd., Suite 205, Upland, CA 91786

5. Defendant GENIUS PRODUCTS LLC — 255 West Foothill Blvd., Suite 205, Upland, CA 9178

6. Defendant FULL CIRCLE LABS LLC — 255 West Foothill Blvd., Suite 205, Upland, CA 91786

7. Defendant NATURE'S HOLIDAY LLC — 255 West Foothill Blvd., Suite 205, Upland, CA 9178

8. Defendant VARIANT HEMP SOLUTIONS LLC — 255 West Foothill Blvd., Suite 205, Upland, CA 9178

9. Defendant GENIUS DELIVERY LLC — 255 West Foothill Blvd., Suite 205, Upland, CA 91786

1606447.2

10. Defendant PLANCK PROPERTIES LLC — 255 West Foothill Blvd., Suite 205, Upland, CA 9178

11. Defendant ARISTOTLE EQUIPMENT LLC — 255 West Foothill Blvd., Suite 205, Upland, CA 91786

12. Defendant GENIUS SALES LLC — 255 West Foothill Blvd., Suite 205, Upland, CA 9178

13. Defendant GENIUS PRODUCTS T INC. — 255 West Foothill Blvd., Suite 205, Upland, CA 9178

14. Defendant GENIUS PRODUCTS NT INC. — 255 West Foothill Blvd., Suite 205, Upland, CA 9178

# Exhibit 1

PRELIMINARY REPORT
YOUR REFERENCE:

Ticor Title Company of California



# EXHIBIT "A"

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Lot 119 of Tract No. 5377, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 58, Page 34 of Maps, in the Office of the County Recorder of said County.

APN: **5526-013-024**

# Exhibit 2

# EXHIBIT 'A'

PARCEL 1:

PARCEL 1 OF PARCEL MAP NO. 19900, IN THE CITY OF ADELANTO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 251, PAGES 50 AND 51 OR PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORD OF SAID COUNTY.

PARCEL 2:

PARCEL 2 OF PARCEL MAP NO. 19900, IN THE CITY OF ADELANTO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 251, PAGES 50 AND 51 OR PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORD OF SAID COUNTY.

# Exhibit 3

Exhibit "A"
To Grant Deed

Legal Description

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF HOLLISTER IN THE COUNTY OF SAN BENITO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Parcel One:

That part of Lot H of the Rancho Bolsa De San Felipe, according to the Map thereof filed May 25, 1880 in Vol 1 of Maps, at Page 22, San Benito County Records, bounded and particularly described as follows:

Beginning at an iron pipe in the Northeasterly line of the Bolsa Road (State Highway V-SBT-119-F) distant thereof North 37° 48' 40" West 1479.60 feet from an iron pipe at the intersection of the line common to Lots H and L with the Northeasterly line of said road; thence along said Northeasterly line of road, North 37° 48' 40" West 654.95 feet to an iron pipe; thence North 52° 00' 00" East 3442.53 feet to an iron pipe in the line common to Lots H and I; thence along the line common to Lots H and I, South 18° 10' 00" East 696.23 feet to an iron pipe from which an iron pipe at the corner common to Lots H and L in the Westerly line of Lots I bears South 18° 10 00' East 1572.87 feet; thence parallel with the line common to Lots H and L, South 52° 00' 00" West 3276.66 feet to the point of beginning, as surveyed, monumented and described by W. J. Hanna and Sons, Surveyors and being shown as Parcel II on Record of Survey filed February 11, 1957 in Vol. 5 of Maps, at Page 90, San Benito County Records.

Excepting therefrom, that portion of the above parcel of land conveyed by John Hogan and Oda Hogan, his wife, to the State of California, by Deed dated November 30, 1944 and recorded January 20, 1945, in Vol. 129 of Official Records, at Page 195, Recorders File No. 38261, San Benito County Records.

Also excepting therefrom that portion of land as granted to the Council of San Benito County Governments in that certain Grant Deed recorded September 19, 2006 as Instrument No. 2006-0014040, Official Records of San Benito County.

Parcel Two:

An undivided one-third interest in and to the well and pumping plant of land shown as Parcel IV, on said Record of Survey, and together with an undivided one-third interest in and to the well and pumping plant on the land shown as Parcel III, of said Record of Survey, and lying Southeasterly of land hereinabove described, together with the right to take water from said wells and pumping plants, and with rights of way to conduct water therefrom through ditches or other means, to the land hereinabove described.

Parcel Three:

ARE/Planck Grant Deed
Vacant Land

That part of Lot H of the Rancho Bolsa De San Felipe, according to the Map thereof filed May 25, 1880 in Vol. 1 of Maps, at Page 22, San Benito County Records, bounded and particularly described as follows:

Beginning at an iron pipe in the Northeasterly line of the Bolsa Road (State Highway V-SBt-119-F) distant thereon North 37° 48' 40" West 773.00 feet from an iron pipe at the intersection of the line common to Lots H and L with the Northeasterly line of said road; thence along the Northeasterly line of said road, North 37° 48' 40" West 706.60 feet to an iron pipe; thence North 52° 00' 00" East 3276.66 feet to an iron pipe in the line common to Lots H and I; thence along the line common to Lots H and I, South 18° 10' 00" East 751.14 feet to an iron pipe; from which an iron pipe at the corner common to Lots H and L, in the Westerly line of Lot I, bears South 18° 10' 00" East 821.73 feet; thence parallel with the line common to Lots H and L, South 52° 00' 00" West 2955.95 feet to the point of beginning, more or less, as surveyed, monumented and described by W. J. Hanna & Sons, Surveyors, and being shown as Parcel III on Record of Survey filed February 11, 1957 in Vol. 5 of Maps, at Page 90, San Benito County Records.

Excepting therefrom, that portion of the above parcel of land conveyed by John Hogan and Oda Hogan, his wife, to the State of California, by Deed dated November 30, 1944 and recorded January 20, 1945, in Vol. 129 of Official Records, at Page 195, Recorders File No. 38261, San Benito County Records.

Excepting therefrom that portion of land as granted to the Council of San Benito County Governments in that certain Grant Deed recorded 09-19-06 as Instrument No. 2006-0014038, Official Records of San Benito County.

Parcel Four:

An undivided one-third interest in and to the well and pumping plant of land shown as Parcel IV, on said Record of Survey, and together with an undivided one-third interest in and to the well and pumping plant on the land shown as Parcel III, of said Record of Survey, and lying Southeasterly of land hereinabove described, together with the right to take water from said wells and pumping plants, and with rights of way to conduct water therefrom through ditches or other means, to eh land hereinabove described.

Reserving to the grantors, an undivided two-thirds interest in and to the well and pumping plant on the land hereby conveyed, with the right of ingress to and egress from the same, and with the right of way conduct water therefrom through ditches or other means, to other lands in said Lot H, and also reserving right of way to conduct water across said land through ditch or other means, from the wells and pumping plant on land immediately Southeast of said land to land immediately Northwest of said land.

ARE/Planck Grant Deed
Vacant Land