| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Thomas P. O'Brien (State Bar No. 166369)<br>801 S. Figueroa Street, Suite 2000<br>Los Angeles, California 90017<br>TELEPHONE NO.: (213) 725-9800<br>E-MAIL ADDRESS *(Optional)*: tobrien@bgrfirm.com      FAX NO. *(Optional)*: (213) 725-9808<br>ATTORNEY FOR *(Name)*: Francis J. Racioppi, Jr. | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 255 E. Temple Street
MAILING ADDRESS: 255 E. Temple Street
CITY AND ZIP CODE: Los Angeles, CA, 90012
BRANCH NAME: Western Division

PLAINTIFF: Francis J. Racioppi, Jr.

DEFENDANT: Dmitry Borisovich Bosov, et al.

| **WRIT OF ATTACHMENT**<br>☐ AFTER HEARING   ☑ EX PARTE | CASE NUMBER:<br>2:20-cv-03797 |
|---|---|

1. ☐ TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

2. ☐ To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. ☑ To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.

4. This writ is to attach property of defendant (name and last known address):
   See Attachment 1

   and the attachment is to secure: $ 3,745,613.68 per Defendant

5. Name and address of plaintiff: Francis J. Racioppi, Jr.
   c/o Browne George Ross LLP
   801 S. Figueroa Street, Suite 2000
   Los Angeles, CA 90017

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter)*:
   Any property of the defendants for which a method of levy is provided.

   ☐ This information is on an attached sheet.

7. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:

8. ☐ The real property on which the
   ☐ crops described in item 6 __ are growing
   ☐ timber described in item 6 __ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: _____   Clerk, by _____, Deputy

Page 1 of 1

CV-04D (05/18)
(AT-135 [Rev. January 1, 2003])

**WRIT OF ATTACHMENT**
*(Attachment)*

Code of Civ. Proc., § 488.010

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FRANCIS J. RACIOPPI, JR., v. DMITRY BORISOVICH BOSOV *et al.*
2:20-cv-03797

[PROPOSED] WRIT OF ATTACHMENT

## ATTACHMENT #1

### ITEM #4 – DEFENDANTS WHOSE PROPERTY IS TO BE ATTACHED

1. Defendant RESTRUCTURE TRUST — 255 West Foothill Blvd., Suite 205, Upland, CA 91786

2. Defendant GOLDHAWK INVESTMENTS — Chalkidikis 4, 4043 Germasogeiam Lemesos - Cyprus

3. Defendant FULL CIRCLE INDUSTRIES — 255 West Foothill Blvd., Suite 205, Upland, CA 91786

1609599.2