BROWNE GEORGE ROSS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
Jennie Wang VonCannon (State Bar No. 233392)
  jvoncannon@bgrfirm.com
David J. Carroll (State Bar No. 291665)
  dcarroll@bgrfirm.com
Nathan F. Brown (State Bar No. 317300)
  nbrown@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

Attorneys for Plaintiff
Francis J. Racioppi, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR.,<br><br>           Plaintiff,<br><br>      vs.<br><br>DMITRY BORISOVICH BOSOV *et al.*,<br><br>           Defendants. | Case No. 2:20-cv-03797-FMO (JCx)<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO FILE REPLY DOCUMENT PARTIALLY UNDER SEAL**<br><br>Judge:   Hon. Jacqueline Chooljian |

**TO THE HONORABLE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 79-5.2.2, Plaintiff Francis J. Racioppi, Jr. applies *ex parte* for an order permitting him to file the following document partially under seal:

1. Plaintiff's Reply in Support of *Ex Parte* Application to Certify Facts Constituting Contempt, to Set an Order to Show Cause Hearing re: Contempt, and for Other Relief ("Reply").

The Reply should be filed partially under seal because it references details from the Genius Fund's balance sheets. Those balance sheets contain confidential financial information of the Defendants who have appeared in this case, were provided to Plaintiff's counsel on a confidential basis for counsel's eyes only, ECF No. 74, and were previously ordered to be filed under seal by this Court. ECF No. 95. Because the Reply references specific asset valuations from Genius Fund's balance sheets, *see* Reply at 5–6, this Court should file that portion of the Reply under seal.[1] Concurrent with the filing of this application, Plaintiff has publicly filed a version of the Reply that redacts only this confidential information.

On October 13, 2020, Plaintiff's counsel emailed the various counsel for the Genius Fund Defendants, Heli Holdings LLC, and Joseph Ohayon regarding the relief sought in this application and inquired whether they intended to oppose. Declaration of David J. Carroll in Support of *Ex Parte* Application for Leave to File Documents Under Seal ¶ 4. As of the filing of this application, counsel for some of the Genius Fund Defendants responded that they did not oppose this relief. *Id.* ¶ 5. Counsel for the remaining Genius Fund Defendants have not responded. *Id.* Counsel for Heli Holdings and Mr. Ohayon responded that he would tentatively

---

[1] Because the Right to Attach Order appears to preclude Plaintiff from providing information from the Genius Fund balance sheets to any non-party, Plaintiff has not served the unredacted copy of his Reply on counsel for Heli Holdings LLC and Mr. Ohayon.

1  agree to Plaintiff filing portions of the Reply under seal without service to him at
2  this time, but would reserve the right to later challenge the sealing if the sealed
3  information materially affected his clients' position.  *Id.*
4        This *ex parte* application is made pursuant to Local Rule 79-5.2.2, and is
5  based on this memorandum of points and authorities, and the accompanying
6  declaration of David J. Carroll and its exhibits.

DATED:  October 13, 2020      Respectfully submitted,

BROWNE GEORGE ROSS LLP
   Thomas P. O'Brien
   Jennie Wang VonCannon
   David J. Carroll
   Nathan F. Brown

By:    /s/ Thomas P. O'Brien
       Thomas P. O'Brien
Attorneys for Plaintiff Francis J. Racioppi, Jr.