UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-3797 FMO (JCx) | Date | October 14, 2020 |
|---|---|---|---|
| Title | Francis J. Racioppi, Jr. v. Dmitry Borisovich Bosov, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Service of Complaint

Having reviewing the briefing filed with respect to plaintiff's Ex Parte Application for an Order Authorizing Alternative Service on Defendant Bosov's Successor (Dkt. 80, "Application"), the court concludes that oral argument is not necessary to resolve the Application, see Fed. R. Civ. P. 78(b); Local Rule 7-15; Willis v. Pac. Mar. Ass'n, 244 F.3d 675, 684 n. 2 (9th Cir. 2001), and concludes as follows.

On April 24, 2020, plaintiff Francis J. Racioppi, Jr. ("plaintiff") brought this action against 23 defendants. Defendant Dmitry Borisovich Bosov ("the decedent") passed away approximately 11 days after the action was filed, (see Dkt. 64, Response to Order to Show Cause Re: Dismissal at 4); (id., Declaration of David J. Carroll at ¶ 6), and on August 21, 2020, plaintiff moved to substitute the decedent with his successor, Katerina Bosov. (See Dkt. 81, Motion for Substitution of Defendant ("Motion for Substitution")). The court granted plaintiff's Motion for Substitution on October 13, 2020. (See Dkt. 103, Court's Order of October 13, 2020, at 2). At the same time that plaintiff filed his Motion for Substitution, he also filed the instant Application, seeking an order authorizing service on Bosov, who is located in Russia, by email and registered mail. (See Dkt. 80, Application at 1).

Having reviewed and considered the Application, IT IS ORDERED THAT plaintiff's Ex Parte Application for an Order Authorizing Alternative Service on Defendant Bosov's Successor **(Document No. 80)** is **granted in part** and **denied in part** for the reasons set forth in the Court's Order of October 13, 2020. (See Dkt. 105, Court's Order of October 13, 2020, at 2-3). Plaintiff shall serve Bosov by email and file proof of such service no later than **October 21, 2020**.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |