UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-03797-FMO-JC | Date | October 14, 2020 |
|---|---|---|---|
| Title | Francis J. Racioppi, Jr. v. Dmitry Borisovich Bosov, et al. | | |

Present: The Honorable  Jacqueline Chooljian, United States Magistrate Judge

| Kerri Hays | CS 10/14/20 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney (Telephonically) Present for Plaintiff: | Attorney (Telephonically) Present for Defendants/Third Parties: |
|---|---|
| Thomas P. O'Brien<br>Jennie Wang VonCannon<br>David J. Carroll<br>Nathan Brown | David G, Golubchik[1]<br>Kurt Ramlo<br><br>Alex Lowder[2]<br><br>Jimmy Taus[3] |

**Proceedings:**   (TELEPHONIC) HEARING ON PLAINTIFF'S EX PARTE APPLICATION [90]

Case called. Counsel made their appearances.[4] The Court heard from counsel on the Ex Parte Application.

The Court set a further telephonic hearing/status conference for November 18, 2020 at 1:30 p.m. and directed counsel to file status reports by November 13, 2020.

---

[1]Mr, Golubchik and Mr. Ramlo appeared on behalf of Defendants Gary Shinder and Earth Solar System Milky Way, LLC (as to whom they indicated they have a conflict and plan to seek withdrawal) and on behalf of third party entity Genius Fund I ABC LLC.

[2]Mr. Lowder appeared on behalf of Genius Fund I Inc., Genius Fund I, LLC, Genius Delivery LLC, Genius Sales LLC, Genius Products T, Inc., Genius Products NT, Inc., and Genius Products, Inc. Mr. Lowder also indicated that he would be substituting in for and was appearing on behalf of the following entities (as to whom Mr. Golubchik and Mr. Ramlo are currently counsel of record): Heli Biotech LLC, Dr. Kush World Collective LLC, Eagle Rock Herbal Collective LLC, Full Circle Labs, LLC, Nature's Holiday LLC, Variant Hemp Solutions LLC, Planck Properties LLC and Aristotle Equipment LLC.

[3]Mr. Taus appeared on behalf of third parties Joseph Ohayon and Heli Holdings LLC (the latter of which assertedly holds 100% of the shares of Planck Properties LLC, Dr. Kush World Collective LLC, and Eagle Rock Herbal Collective LLC).

[4]No appearance was made on behalf of Defendant Goldhawk Investments Ltd.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-03797-FMO-JC | Date | October 14, 2020 |
|---|---|---|---|
| Title | Francis J. Racioppi, Jr. v. Dmitry Borisovich Bosov, et al. | | |

The Court issued an order immediately (1) freezing all assets – except the inventory in the possession of Heli Holdings LLC – that are/were the subject of the Right to Attach Order [47, 74] that are currently held by Defendant Planck Properties LLC, Defendant Goldhawk Investments Ltd., Defendant Dr. Kush World Collective LLC, Defendant Eagle Rock Herbal Collective LLC, Defendant Aristotle Equipment LLC, Defendant Genius Fund I, Inc., Defendant Gary Shinder, and third parties/third party entities Joseph Ohayon, Heli Holdings LLC and Genius Fund I ABC LLC (collectively, "Subjects"); (2) freezing all proceeds of any disposition of any assets that are/were the subject of the Right to Attach Order – including the proceeds of the disposition of the inventory in the possession of Heli Holdings LLC – that are currently held by the Subjects and directing that such proceeds be segregated in one or more escrow account(s); and (3) directing Genius Fund I, Inc., Genius Fund I ABC LLC, Heli Holdings LLC, and Mr. Ohayon to provide an accounting regarding the assets/proceeds that are/were the subject of the Right to Attach Order.

The Court directed Plaintiff's counsel to prepare and all counsel forthwith to confer regarding a (Proposed) Order to be lodged along with a verification that all counsel agree as to its form and content by Friday, October 16, 2020.

The Court granted the Ex Parte Application to the extent it sought the above-referenced relief and deferred ruling on the outstanding portions of the Ex Parte Application pending further meet and confer sessions between counsel for the parties/Subjects and consideration of the above-referenced status reports.

|  | 1 | : | 25 |
|---|---|---|---|
| Initials of Clerk | | KLH | |