BROWNE GEORGE ROSS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
Jennie Wang VonCannon (State Bar No. 233392)
  jvoncannon@bgrfirm.com
David J. Carroll (State Bar No. 291665)
  dcarroll@bgrfirm.com
Nathan F. Brown (State Bar No. 317300)
  nbrown@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

Attorneys for Plaintiff
Francis J. Racioppi, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR.,<br><br>       Plaintiff,<br><br>   vs.<br><br>DMITRY BORISOVICH BOSOV, *et al.*,<br><br>       Defendants. | Case No. 2:20-cv-03797-FMO (JCx)<br><br>**PROOF OF SERVICE FOR DEFENDANT ALLTECH GROUP**<br><br>Hon. Fernando M. Olguin<br><br>Trial Date: October 5, 2021 |

PLEASE TAKE NOTICE THAT, Plaintiff Francis J. Racioppi, Jr., by and through his counsel of record, hereby files this Proof of Service and accompanying Declaration of Jeanne Arias indicating service of documents on Defendant Alltech Group through alternative means as ordered by this Court. (Dkt. 105).

DATED: October 16, 2020          Respectfully submitted,

BROWNE GEORGE ROSS LLP
  Thomas P. O'Brien
  Jennie Wang VonCannon
  David J. Carroll
  Nathan F. Brown


By: _____/s/ Thomas P. O'Brien_____
       Thomas P. O'Brien
Attorneys for Plaintiff Francis J. Racioppi, Jr.

## DECLARATION OF JEANNE ARIAS

I, Jeanne Arias, declare as follows:

1. I am a Legal Assistant at the firm Browne George Ross LLP. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa Street, Suite 2000, Los Angeles, CA 90017.

3. On October 16, 2020, I served true copies of the following document on the interested parties in this action as follows:

(1) First Amended Complaint (ECF 36);

(2) Nunc Pro Tunc Right to Attach Order (ECF 74);

(3) Writ of Attachment Re: Dmitry Bosov (ECF 75);

(4) Writ of Attachment Re: Genius Fund Entities (ECF 76);

(5) Writ of Attachment Re: Goldhawk (ECF 77);

(6) Order Permitting Alternative Service on Alltech & Goldhawk (ECF 105);

(7) Judge Olguin's Initial Standing Order (ECF 13);

(8) Scheduling and Case Management Order (ECF 87);

(9) Order Re Summary Judgment Motions (ECF 88);

(10) Minute Order re Hearing on Contempt (ECF 114);

(11) Summons (ECF 9).

## SERVICE LIST

| | |
|---|---|
| Defendant Alltech Group | By email to: (1) Alltech Group's general corporate email address: alltech@alltech.ru; and (2) Alltech Group's Chief Executive Officer Dmitry Aga: daga@alltech.ru. |

4.    On October 16, 2020, based on a court order to permit service by alternative method (ECF 105), I caused the documents to be sent from e-mail address jarias@bgrfirm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. **Exhibit 1** is a true and accurate copy of the email I sent to Defendant Alltech Group.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 16, 2020, at Los Angeles, California.

*/s/ Jeanne Arias*
Jeanne Arias

# Exhibit 1

## Jeanne Arias

| | |
|---|---|
| **From:** | Jeanne Arias |
| **Sent:** | Friday, October 16, 2020 9:29 AM |
| **To:** | daga@alltech.ru; alltech@alltech.ru |
| **Cc:** | Thomas P. O'Brien; Jennie Wang VonCannon; David Carroll (dcarroll@bgrfirm.com); Nate Brown |
| **Subject:** | SERVICE OF A LAWSUIT AS AUTHORIZED BY A U.S. FEDERAL JUDGE [IWOV-DOCSLA.FID358000] |
| **Attachments:** | 1. First Amended Complaint.pdf; 2. Right to Attach Order.pdf; 3. Bosov Writ of Attachment.pdf; 4. GF Writ of Attachment.pdf; 5. Goldhawk Writ of Attachment.pdf; 6. Alltech & Goldhawk Alternative Service.pdf; 9. Judge Olguin's Initial Standing Order.pdf; 10. Scheduling and Case Management Order.pdf; 11. Order Re Summary Judgment Motions.pdf; 12. Order re Hearing on Contempt.pdf; 13. Summons.pdf |

DO NOT DELETE THIS EMAIL. You are receiving this email because a United States federal judge has authorized that the summons and complaint in a civil lawsuit pending in the United States District Court for the Central District of California, entitled *Francis J. Racioppi, Jr. v. Dmitry Borisovich Bosov et al.,* Case No. 2:20-cv- 3797, be served on Defendant Alltech Group in the following manner:

1. By email to Alltech Group's general corporate email address: alltech@alltech.ru; and
2. By email to Alltech Group's Chief Executive Officer Dmitry Aga: daga@alltech.ru.

This email therefore constitutes formal service of the attached documents on you on behalf of Defendant Alltech Group. As further explained in the summons, you have 21 days to file a response to the complaint in the court where this action is pending. If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.

**Jeanne Arias**
Legal Assistant to Thomas O'Brien,
  Ivy Wang, Jennie Wang VonCannon
  and Nate Brown
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Main 213.725.9800 | Fax 213.725.9808
jarias@bgrfirm.com
www.bgrfirm.com