UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-3797 FMO (JCx) | Date | October 20, 2020 |
|---|---|---|---|
| Title | Francis J. Racioppi, Jr. v. Dmitry Borisovich Bosov, et al. | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    (In Chambers) Order Re: Referral of Ex Parte Application for Contempt

    Having reviewed the Ex Parte Application for Contempt (Dkt. 90, "Application") which concerns alleged noncompliance with the Magistrate Judge's May 28, 2020, order, IT IS ORDERED THAT the Application is referred to the Magistrate Judge for further proceedings. The Magistrate Judge should consider whether it's appropriate to treat the Application as a regular, noticed motion for sanctions.

    00 : 00

Initials of Preparer     vdr