1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., | ) CASE NO.: 2:20-CV-03797-FMO-JC |
| Plaintiff, | ) |
| v. | ) **[PROPOSED] ORDER GRANTING MOTION TO JOIN AND TO DISMISS THIS ACTION IN FAVOR OF ARBITRATION** |
| DMITRY BORISOVICH BOSOV, et al., | ) |
| Defendants. | ) |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Having considered Defendants Katerina Bosov's, Alltech Investments Ltd.'s, and Goldhawk Investments Ltd.'s ("Defendants") Motion to Join the Genius Fund Defendants' Motion to Compel Arbitration and to Dismiss This Action in Favor of Arbitration, the memorandum of points and authorities in support thereof, the files and records in this action, the arguments of counsel, and all such matters the Court may properly consider, IT IS HEREBY ORDERED THAT:

1. Defendants' request for relief from the waiting period set by Civil Local Rule 7-3 is GRANTED;

2. Defendants' request to join the Genius Fund Defendants' Motion to Compel Arbitration (ECF 53) is GRANTED, and the Court permits Defendants to adopt the arguments made by the Genius Fund Defendants;

3. The Genius Fund Defendants' Motion to Compel Arbitration pursuant to the Federal Arbitration Act—which the Court has now permitted Defendants to join—is GRANTED and Plaintiff is COMPELLED to present his claims to arbitration in accordance with the terms of the Mutual Agreement to Arbitrate Employment-Related Disputes; and

4. This action is DISMISSED in favor of arbitration.

IT IS SO ORDERED.

_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT COURT