| | |
|---|---|
| 1 | JASON D. RUSSELL (SBN 169219) |
| | jason.russell@skadden.com |
| 2 | MATTHEW E. SLOAN (SBN 1651650 |
| | matthew.sloan@skadden.com |
| 3 | RAZA RASHEED (SBN 306722) |
| | raza.rasheed@skadden.com |
| 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue, Suite 3400 |
| 5 | Los Angeles, California 90071-3144 |
| | Telephone:  (213) 687-5000 |
| 6 | Facsimile:   (213) 687-5600 |

*Attorneys for Defendants
Katerina Bosov,
Alltech Investments Ltd., and
Goldhawk Investments Ltd.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., | CASE NO.: 2:20-CV-03797-FMO-JC |
| Plaintiff, | **DEFENDANTS KATERINA BOSOV'S, ALLTECH INVESTMENTS LTD.'S, AND GOLDHAWK INVESTMENTS LTD.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND NOTICE OF INTERESTED PARTIES** |
| v. | |
| DMITRY BORISOVICH BOSOV, et al., | |
| Defendants. | |
| | Judge:  Hon. Fernando M. Olguin |
| | Complaint Filed:  April 24, 2020 |
| | First Am. Compl. Filed:  May 21, 2020 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Alltech Investments Ltd. and Goldhawk Investments Ltd. state that:

1. Defendant Alltech Investments Ltd.'s parent corporation is Averiko Holdings Limited, a company organized under the laws of the Republic of Cyprus;

2. Defendant Goldhawk Investments Ltd. does not have any parent corporation, and no publicly traded company owns 10% or more of its stock.

Pursuant to Civil Local Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned counsel for Defendants Katerina Bosov, representative of the Estate of Dmitry Borisovich Bosov, Alltech Investments Ltd., and Goldhawk Investments Ltd. ("Defendants") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable to the Court to evaluate possible disqualification or recusal.

1. Averiko Holdings Limited.

In making this disclosure, the Defendants do not waive any jurisdictional defenses that may be available under the Federal Rules of Civil Procedure or other statutory or common law defenses that may be available to the Defendants. Defendants reserve the right to supplement this disclosure should changed facts or circumstances, or additional information, warrant such supplementation.

DATED: October 21, 2020

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        By:   */s/ Jason D. Russell*
                Jason D. Russell
              Attorneys for Defendants
              KATERINA BOSOV,
            ALLTECH INVESTMENTS LTD., and
            GOLDHAWK INVESTMENTS LTD.