BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
Jennie Wang VonCannon (State Bar No. 233392)
  jvoncannon@bgrfirm.com
David J. Carroll (State Bar No. 291665)
  dcarroll@bgrfirm.com
Nathan F. Brown (State Bar No. 317300)
  nbrown@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

Attorneys for Plaintiff
Francis J. Racioppi, Jr.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., | Case No. 2:20-cv-03797-FMO (JCx) |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | Judge:   Hon. Jacqueline Chooljian |
| | Date:    November 18, 2020 |
| DMITRY BORISOVICH BOSOV *et al.*, | Time:    1:30 p.m. |
| | Crtrm.:  750 (Telephonic) |
| Defendants. | Trial Date:  October 5, 2021 |

Pursuant to this Court's order at the October 14, 2020 hearing on Plaintiff Francis J. Racioppi, Jr.'s *Ex Parte* Application to Certify Facts Constituting Contempt, to Set an Order to Show Cause re: Contempt, and Other Relief ("Application"), some (but not all) parties subject to the Application submit this joint report regarding the status of the matters raised in the Application.[1]

## I.   Accounting of Assets

On October 20, 2020, this Court issued an order freezing the assets of certain Defendants and interested non-parties and requiring an accounting of those parties' assets.  ECF No. 122.  On October 26, 2020, Third Party Genius Fund I ABC LLC, which is the assignee for the Genius Fund Group's attempted assignment for the benefit of creditors, circulated an accounting of its assets subject to the Right to Attach Order, ECF No. 47, and *Nunc Pro Tunc* Right to Attach Order, ECF No. 74 (collectively "Right to Attach Order").[2]  On October 28, 2020, Third Parties Joseph Ohayon and Heli Holdings LLC circulated their accounting of assets.  Counsel for Heli Holdings and Plaintiff subsequently met and conferred regarding the sufficiency of the accounting, and Heli Holdings provided a revised accounting on November 4, 2020.

---

[1] This joint status report is being submitted by: (1) Plaintiff Francis J. Racioppi, Jr.; (2) Defendants Alltech Investments Ltd., Goldhawk Investments Ltd., and Katerina Bosov; and (3) Defendant Gary Shinder, Defendant ESSMW – Earth Solar System Milky Way LLC, and Third Party Genius Fund I ABC LLC.  Counsel for Defendants Genius Fund I, Inc., Genius Fund I, LLC, Genius Delivery LLC, Genius Sales LLC, Genius Products T, Inc., Genius Products NT, Inc., and Genius Products, Inc. stated that they intended to submit a separate status report.  Counsel for Third Party Joseph Ohayon and Heli Holdings LLC did not respond to the draft joint status report that Plaintiff's counsel circulated on Friday, November 13.

[2] Counsel for Defendant Genius Fund I, Inc. represented that the accounting provided by Third Party Genius Fund I ABC LLC included all assets owned by Genius Fund I, Inc., and thus the parties agreed that Genius Fund I, Inc. did not need to provide a separate accounting of its assets.

## II.   <u>Service on Defendant Goldhawk Investments Ltd.</u>

On October 13 and 14, 2020, the District Judge issued orders granting Plaintiff's motions to substitute Katerina Bosov as the successor-in-interest to Defendant Dmitry Bosov and to serve Defendants Bosov, Alltech Investments Ltd., and Goldhawk Investments Ltd. by e-mail and/or regular mail.  ECF Nos. 103, 105, 113.  On October 16, 2020, Plaintiff served these parties with the summons, complaint, the Right to Attach Order and *Nunc Pro Tunc* Right to Attach Order, and other documents.  ECF Nos. 115–17.  In particular, Plaintiff served Defendant Goldhawk Investments Ltd. with this Court's October 14, 2020 Minute Order freezing assets held by this Defendant that are or were subject to the Right to Attach Order.  ECF No. 117.  On October 21, 2020, Defendants Bosov, Alltech Investments Ltd., and Goldhawk Investments Ltd. moved to dismiss the First Amended Complaint and compel arbitration.  ECF No. 123.  On November 6, 2020, these Defendants refiled that motion.  ECF No. 136.  That motion remains pending before the District Judge and is set for hearing on December 10, 2020.

## III.   <u>Further Proceedings on Application</u>

On October 21, 2020, Plaintiff's counsel circulated to all counsel a proposed resolution to the issues raised in the Application.  As of the filing of this report, the parties have been unable to agree on a resolution.  The parties take the following positions with respect to how the Court should now proceed on the Application.

### A.   <u>Plaintiff's Position</u>

The Court should proceed with the hearing on the Application on November 18, 2020, as currently scheduled.

### B.   <u>Defendants' Positions</u>

#### 1.   <u>Defendant Gary Shinder, Defendant ESSMW – Earth Solar System Milky Way LLC</u>

As ordered the Court, Levene, Neale, Bender, Yoo & Brill L.L.P. served a copy of the freezing order on Gary Shinder by registered mail (and by email).

1   Mr. Shinder and ESSMW – Earth Solar System Milky Way LLC have not

2   responded to those communications.

3          2.      **Defendants Alltech Investments Ltd., Goldhawk Investments Ltd., and Katerina Bosov's Position**

4          Plaintiff and some of the Defendants in this action, including Defendants

5   Alltech Investments Ltd. ("Alltech"), Goldhawk Investments Ltd. ("Goldhawk"),

6   and Katerina Bosov ("Bosov"), are in advanced stages of negotiations for a partial

7   resolution of the issues raised by the Application.  Defendants Alltech, Goldhawk

8   and Bosov therefore respectfully request the Court to continue the November 18,

9   2020 telephonic hearing for 14 days and direct the parties to file a further status

10  report on or before November 20, 2020.   As noted above, Defendants Alltech,

11  Goldhawk and Bosov were not served with the summons, complaint, the Right to

12  Attach Order and *Nunc Pro Tunc* Right to Attach Order, until on or about October

13  16, 2020 (ECF Nos. 115–17), long after the conduct at issue in the Plaintiff's

14  Application.

15

16                             Respectfully submitted,

17

18  DATED:  November 13, 2020        BROWNE GEORGE ROSS
                                     O'BRIEN ANNAGUEY & ELLIS LLP
19                                        Thomas P. O'Brien
                                          Jennie Wang VonCannon
20                                        David J. Carroll
                                          Nathan F. Brown
21

22

23                             By:      /s/ Thomas P. O'Brien
24                                      Thomas P. O'Brien
                               Attorneys for Plaintiff Francis J. Racioppi, Jr.
25

26  / / /

27  / / /

28  / / /

1   DATED:  November 13, 2020          SKADDEN, ARPS, SLATE, MEAGHER &
2                                      FLOM LLP
                                            Jason D. Russell
3                                           Matthew E. Sloan
                                            Raza Rasheed
4

5
                                       By:      /s/ Matthew E. Sloan
6                                      _____
                                                Matthew E. Sloan
7                                      Attorneys for Defendants Alltech Investments
                                       Ltd., Goldhawk Investments Ltd., and Katerina
8                                      Bosov
9

10  DATED:  November 13, 2020          LEVENE, NEALE, BENDER, YOO & BRILL
11                                     LLP
                                            David B. Golubchik
12                                          Kurt Ramlo

13

14                                     By:      /s/ Kurt Ramlo
                                       _____
15                                              Kurt Ramlo
                                       Attorneys for Defendant Gary Shinder,
16                                     Defendant ESSMW – Earth Solar System Milky
                                       Way LLC, and Third Party Genius Fund I ABC
17                                     LLC
18

19          I attest that all signatories listed, on whose behalf this filing is submitted, have

20  authorized the filing and concur with its contents. C.D. Cal. L.R. 5-4.3.4(a)(2)(i).

21

22                                          /s/ David J. Carroll
                                       _____
23                                          David J. Carroll

24

25

26

27

28