**JIMMY C. TAUS, ESQ. (200312)**
**LAW OFFICES OF JIMMY C. TAUS, APC**
**1999 AVE. OF THE STARS, SUITE 1100**
**LOS ANGELES, CALIFORNIA 90067**
**TELEPHONE (424) 246-8287**
**FACSIMILE (310)861-1811**
**E-MAIL: jimmy@tauslaw.com**

Attorney For Third Parties Joseph Ohayon & Heli Holdings

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., <br><br> Plaintiff, <br> vs. <br> DMITRY BORISOVICH BOSOV, et al. <br><br> Defendants. | Case No. 2:20-cv-03797-FMO (JCx) <br><br> **THIRD PARTIES JOSEPH OHAYON AND HELI HOLDINGS, LLC'S, SUPPLEMENT TO JOINT STATUS REPORT** <br><br> Judge: Hon. Jacqueline Chooljian <br> Date: November 18, 2020 <br> Time: 1:30 p.m. <br> Crtrm.: 750 (Telephonic) <br><br> Trial Date: October 5, 2021 |

COMES NOW Third parties Joseph Ohayon and Heli Holdings, LLC, and submit the following SUPPLEMENT TO JOINT STATUS REPORT.

Third Parties Joseph Ohayon and Heli Holdings, LLC, concur with all matters relevant to these parties in sections I and II of the Joint Status Report submitted by counsel for Plaintiff Francis J. Racioppi, Jr. and provides the following supplement to section III B of the Joint Status Report.

///

1

**THIRD PARTIES JOSEPH OHAYON AND HELI HOLDINGS, LLC'S, SUPPLEMENT TO JOINT STATUS REPORT**

III. **Further Proceedings on Application**
    **B. Heli Holdings, LLC's and Joseph Ohayon's Position**

Joseph Ohayon and Heli Holdings, LLC believe that a further hearing as to any transfers to Joseph Ohayon and/or Heli Holdings, LLC of assets subject to this Court's initial Right to Attach Order have been accounted for and continue to be held in trust for the benefit of Plaintiff pursuant to the Right to Attach Order. As such, no further proceedings as they relate to these third parties are needed.

                                              Respectfully submitted,

DATE: November 14, 2020                       LAW OFFICES OF JIMMY C. TAUS, APC


                                              BY:_____/s/ Jimmy C. Taus_____
                                                  Jimmy C. Taus, Esq., Attorney for
                                                  Joseph Ohayon and Heli Holdings, LLC