Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
A. Alexander Lowder (SBN 269362)
alowder@larsonllp.com
Emilie J. Zuccolotto (SBN 291388)
ezuccolotto@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendants Genius Products NT Inc., Genius Products Inc., Genius Fund I LLC, Genius Delivery LLC, Genius Products T Inc., Genius Sales LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR.,, <br><br> Plaintiff, <br><br> vs. <br><br> DMITRY BORISOVICH BOSOV et al.,, <br><br> Defendant. | Case No. 2:20-cv-03797-FMO (JCx) <br><br> **PARTIAL OPPOSITION TO *EX PARTE* APPLICATION TO CONTINUE HEARING ON PLAINTIFF'S CONTEMPT MOTION** <br><br> Judge:   Fernando M. Olguin <br><br> Trial Date:         None |

## PARTIAL OPPOSITION TO *EX PARTE* APPLICATION

Defendants Genius Products NT Inc., Genius Products Inc., Genius Fund I LLC, Genius Delivery LLC, Genius Products T Inc., and Genius Sales LLC ("Defendants) hereby submit this partial opposition to Heli Holdings, LLC's ("Heli") December 4, 2020 *Ex Parte* Application.  (Doc. 153.)  Defendants oppose Heli's request to compel production of a confidential settlement agreement absent entry of a protective order limiting its disclosure.  In its *Ex Parte* Application, Heli failed to justify either of its objections to the protective order proposed by the parties to the agreement—a protective order based on this Court's model protective order.  While, Heli objects to the "attorney eyes only" designation, the parties to the confidential settlement agreement advised Heli that the confidential settlement agreement would not be designated as "attorney's eyes only".  (Doc. 156; Declaration of David. J. Carroll, ¶¶ 5-8.)  Thus, Heli will not suffer any prejudice by the "attorney's eyes only" designation.  Furthermore, Heli has failed to offer any justification for its objection to the provision limiting disclosure of the confidential settlement agreement to this lawsuit.  Accordingly, Defendants respectfully request that the Court deny Heli's request to compel unrestricted disclosure of the confidential settlement agreement.

Defendants take no position on Heli Holdings' request to continue the hearing date on Plaintiff Francis J. Racioppi Jr.'s Contempt Motion.

Dated: December 7, 2020              LARSON LLP

By:     /s/ A. Alexander Lowder
      Stephen G. Larson
      A. Alexander Lowder
      Emilie J. Zuccolotto

Attorneys for Defendants Genius Products NT Inc., Genius Products Inc., Genius Fund I LLC, Genius Delivery LLC, Genius Products T Inc., Genius Sales LLC