UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-03797-FLA-JC | Date | January 6, 2021 |
|---|---|---|---|
| Title | Francis J. Racioppi, Jr. v. Dmitry Borisovich Bosov, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge |
|---|---|

| Ilene Bernal, Relief | AT&T Teleconference | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys (Telephonically) Present for Plaintiff: | Attorneys/Others (Telephonically) Present for Defendants/Third Parties:[1] |
|---|---|
| Thomas P. O'Brien<br>Jennie Wang VonCannon<br>David J. Carroll<br>Nathan F. Brown | A. Alexander Lowder<br>Matthew E. Sloan<br>Raza Rasheed<br>David G. Golubchik<br>Armen Avedissian<br>Jimmy C. Taus<br>Paul S. Malingagio<br>Alan M. Feld<br>Sarah A.K. Blitz<br>Ted Cohen<br>Joseph Ohayon<br>Josh Pichinson |

---

[1] Attorney Lowder represents Genius Fund I, Inc.; Genius Fund I, LLC; Genius Delivery, LLC; Genius Sales LLC; Genius Products T, Inc.; Genius Products NT, Inc.; and Genius Products, Inc.

Attorneys Sloan and Rasheed represent Katerina Bosov, representative of the Estate of Dmitry Bosov; Alltech Investments Ltd.; and Goldhawk Investments Ltd.

Attorney Golubchik who was present, and Kurt Ramlo who was not present currently represent the following individuals/entities but Attorney Golubchik indicated that he/Ramlo were in the process of preparing a motion to withdraw as to a subset thereof: Gary I. Shinder; Earth Solar System Milky Way, LLC; Heli Biotech LLC; Dr. Kush World Collective LLC; Eagle Rock Herbal Collective LLC; Genius Products, LLC; Full Circle Labs LLC; Nature's Holiday LLC; Variant Hemp Solutions LLC; Planck Properties LLC; Aristotle Equipment LLC, and Genius Fund I ABC, LLC (whose manager Mr. Avedissian was also present).

Attorney Taus represents Heli Holdings LLC and Joseph Ohayon (the latter of whom was also present).

Attorneys Malingagio, Feld, Blitz, and Cohen represent Heli Holdings LLC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-03797-FLA-JC | Date | January 6, 2021 |
|---|---|---|---|
| Title | Francis J. Racioppi, Jr. v. Dmitry Borisovich Bosov, et al. | | |

**Proceedings:** (TELEPHONIC) HEARING ON PLAINTIFF'S MOTION FOR ORDER VOIDING TRANSFER OF ASSETS MADE IN VIOLATION OF THE RIGHT TO ATTACH ORDER AND OTHER RELIEF ("MOTION") (DKT. NO. 155)

Case called. Counsel made their appearances.

The Court clarified with Plaintiff's counsel that the Motion [Dkt. No. 155] supersedes Plaintiff's Ex Parte Application to Certify Facts Constituting Contempt, to Set an Order to Show Cause Hearing Re: Contempt, and for Other Relief ("Ex Parte Application")[Dkt. No. 90] and that the Motion seeks relief only as against third parties Heli Holdings LLC and Joseph Ohayon. In light of the foregoing, the Court directed the Clerk to update the docket to reflect that the Ex Parte Application is no longer pending.

The Court heard argument from counsel on the Motion.

The Court directed the parties to submit the following by not later than January 13, 2021: (1) any further briefing – which it indicated may not exceed five pages; and (2) as to Heli Holdings LLC and Joseph Ohayon, a fully executed version, if it exists, of the agreement which is the subject of the Motion. The Court indicated the matter would be submitted for decision upon receipt of the foregoing supplemental briefing.

Time:  3:47