JASON D. RUSSELL (SBN 169219)
jason.russell@skadden.com
MATTHEW E. SLOAN (SBN 165165)
matthew.sloan@skadden.com
RAZA RASHEED (SBN 306722)
raza.rasheed@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600

*Attorneys for Defendants
Katerina Bosov, Alltech Investments
Ltd., and Goldhawk Investments Ltd.*

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Thomas P. O'Brien (State Bar No. 166369)
tobrien@bgrfirm.com
Jennie Wang VonCannon (State Bar No. 233392)
jvoncannon@bgrfirm.com
David J. Carroll (State Bar No. 291665)
dcarroll@bgrfirm.com
Nathan F. Brown (State Bar No. 317300)
nbrown@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

*Attorneys for Plaintiff
Francis J. Racioppi, Jr.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., <br><br> Plaintiff, <br><br> v. <br><br> DMITRY BORISOVICH BOSOV, et al., <br><br> Defendants. | CASE NO.: 2:20-CV-03797-FLA-JCx <br><br> **STATUS REPORT AND JOINT STIPULATION REGARDING DEFENDANTS' MOTION TO DISMISS IN FAVOR OF ARBITRATION (ECF 136)** <br><br> Complaint Filed: April 24, 2020 <br> First Am. Compl. Filed: May 21, 2020 <br> Judge: Hon. Fernando L. Aenlle-Rocha <br> Courtroom: 6B |

STATUS REPORT AND JOINT STIPULATION RE: ARBITRATION MOTION

# JOINT STIPULATION

WHEREAS, Plaintiff Francis J. Racioppi, Jr. ("Plaintiff") filed this action on April 24, 2020 against, among others, Defendants Dmitry Borisovich Bosov, Alltech Investments Ltd. ("Alltech"), and Goldhawk Investments Ltd. ("Goldhawk") (*see* ECF No. 1);

WHEREAS, Plaintiff served the operative Complaint on Katerina Bosov, representative of the Estate of Dmitry Borisovich Bosov, Alltech, and Goldhawk (together, "Defendants") on October 16, 2020 (*see* ECF Nos. 115-17);

WHEREAS, on November 6, 2020, Defendants filed a motion to: (1) dismiss this action in favor of arbitration; and (2) join a petition to compel arbitration filed by the Genius Fund Defendants[1] ("Motion") (*see* ECF No. 136);

WHEREAS, Plaintiff filed an opposition to the Motion on November 19, 2020 (*see* ECF No. 143);

WHEREAS, on November 30, 2020, at the parties' request, the Court: (i) stayed further briefing on the Motion indefinitely; and (ii) ordered the parties to, by January 25, 2021, either notify the Court that the Motion has become moot and take steps to withdraw it, or alternatively file a joint stipulation with the Court requesting a new hearing date for the Motion and a new deadline for Defendants to file their reply brief (*see* ECF No. 149);

WHEREAS, Plaintiff and Defendants entered into a confidential Settlement and Release Agreement ("Settlement Agreement") on November 17, 2020 that resolved certain disputes between them, including disputes at issue in this action;

WHEREAS, a copy of the Settlement Agreement is lodged under seal with the Court at ECF No. 163;

---

[1] The Genius Fund Defendants include: Gary I. Shinder, Genius Fund I, Inc., Genius Fund I, LLC, ESSMW – Earth Solar System Milky Way, LLC, Heli Biotech LLC; Dr. Kush World Collective LLC, Eagle Rock Herbal Collective LLC, Genius Products LLC, Full Circle Labs LLC, Nature's Holiday LLC, Variant Hemp Solutions LLC, Genius Delivery LLC, Planck Properties LLC, Aristotle Equipment LLC, Genius Sales LLC, Genius Products T, Inc., Genius Products NT, Inc., and Genius Products, Inc.

1
STATUS REPORT AND JOINT STIPULATION RE: ARBITRATION MOTION

WHEREAS, aspects of the Settlement Agreement are contingent on the outcome of a motion Plaintiff filed to claw back assets that were illicitly transferred by Defendant Gary I. Shinder to non-parties Joseph Ohayon and Heli Holdings, LLC in violation of the Court's August 5, 2020 Order attaching and prohibiting the transfer of those assets ("Clawback Motion") (*see* ECF No. 155);

WHEREAS, Defendants' Motion may become moot depending, among other things, on the outcome of the Clawback Motion;

WHEREAS, Magistrate Judge Chooljian heard oral argument on the Clawback Motion on January 5, 2021, and received supplemental briefing on January 13, 2021, but has not yet issued an order resolving the Clawback Motion;

WHEREAS, Plaintiff and Defendants have conferred and believe it would be an inefficient use of the Court's time and the parties' resources to resume litigation over the Motion before the Clawback Motion has been resolved;

NOW THEREFORE, Plaintiff and Defendants hereby STIPULATE through their undersigned counsel of record that:

1. Defendants' deadline to file their reply in support of the Motion shall remain continued indefinitely pending further order from the Court;

2. Within seven (7) days after Magistrate Judge Chooljian issues an order resolving the Clawback Motion, Plaintiff and/or Defendants will file a joint status report apprising the Court of whether the parties intend to resume litigating the Motion, and if so, what steps the parties recommend in aid of that process; and

3. Plaintiff and Defendants respectfully request that the Court ratify this stipulation by entering the proposed order submitted herewith.

**IT IS SO STIPULATED**.

[signature page to follow]

Date:  January 25, 2021

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  */s/ Matthew E. Sloan*
MATTHEW E. SLOAN
Attorneys for Defendants
KATERINA BOSOV
ALLTECH INVESTMENTS LTD.
GOLDHAWK INVESTMENTS LTD.

BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP

By:  */s/ David J. Carroll*
DAVID J. CARROLL
Attorneys for Plaintiff
FRANCIS J. RACIOPPI, JR.

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: January 25, 2021         */s/ Matthew E. Sloan*
Matthew E. Sloan