UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., <br><br>   Plaintiff, <br><br> v. <br><br> DMITRY BORISOVICH BOSOV, et al., <br><br>   Defendants. | Case No.: 2:20-CV-03797-FLA (JCx) <br><br> **ORDER GRANTING IN PART JOINT STIPULATION RE: ARBITRATION MOTION [DKT. 177]** |

# ORDER

Having considered Plaintiff Francis J. Racioppi, Jr.'s ("Plaintiff") and Defendants Katerina Bosov, Alltech Investments Ltd., and Goldhawk Investments Ltd.'s (the "Bosov Defendants") Status Report and Joint Stipulation Regarding Defendants' Motion to Dismiss in Favor of Arbitration, IT IS HEREBY ORDERED:

1. The joint stipulation is approved in part;

2. Further briefing on the Bosov Defendants' Motion to Dismiss Case in Favor of Arbitration and Join the Genius Fund Defendants' Motion to Compel Arbitration (the "Motion to Dismiss") [Dkt. 136] remains stayed pending further order of this court; and

3. On or before the earlier of March 29, 2021 or seven (7) days after

1

| | |
|---|---|
| 1 | Magistrate Judge Chooljian issues an order or Report and |
| 2 | Recommendation resolving Plaintiff's Motion for Order Voiding |
| 3 | Transfer of Assets Made in Violation of the Right to Attach Order and |
| 4 | Other Relief filed by Plaintiff Francis J. Racioppi, Jr. (the "Clawback |
| 5 | Motion") [Dkt. 155], Plaintiff and/or the Bosov Defendants shall either: |
| 6 | (a) notify the court that the Motion to Dismiss has become moot and |
| 7 | take steps to withdraw it; or alternatively (b) file a joint stipulation with |
| 8 | the court stating whether the parties intend to resume litigating the |
| 9 | Motion to Dismiss, and if so, requesting a new hearing date for the |
| 10 | Motion to Dismiss and a new deadline for Defendants to file their reply |
| 11 | brief. |

**IT IS SO ORDERED**.

DATED: January 29, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge