| | |
|---|---|
| 1 | David B. Golubchik (SBN 185520) |
| 2 | Kurt Ramlo (SBN 166856)<br>LEVENE, NEALE, BENDER, |
| 3 |   YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700 |
| 4 | Los Angeles, California 90067<br>Telephone: (310) 229-1234 |
| 5 | Facsimile: (310) 229-1244<br>Email: DBG@LNBYB.com; KR@LNBYB.com |
| 6 | Attorneys for Defendants Gary I. Shinder; |
| 7 | ESSMW – Earth Solar System Milky Way, LLC;<br>Heli Biotech LLC; Dr. Kush World Collective |
| 8 | LLC; Eagle Rock Herbal Collective LLC; Genius<br>Products LLC; Full Circle Labs LLC; Nature's |
| 9 | Holiday LLC; Variant Hemp Solutions LLC;<br>Planck Properties LLC; and Aristotle Equipment |
| 10 | LLC; and for Third Party Genius Fund I ABC,<br>LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>DMITRY BORISOVICH BOSOV, et al.,<br><br>    Defendants. | Case No. 2:20-cv-03797-FMO (JCx)<br><br>**Notice of Motion and Motion of Levene, Neale, Bender, Yoo & Brill L.L.P., David B. Golubchik, and Kurt Ramlo to Withdraw as Counsel for Defendants Gary I. Shinder; ESSMW – Earth Solar System Milky Way, LLC; Heli Biotech LLC; Dr. Kush World Collective LLC; Eagle Rock Herbal Collective LLC; Genius Products LLC; Full Circle Labs LLC; Nature's Holiday LLC; Variant Hemp Solutions LLC; Planck Properties LLC; and Aristotle Equipment LLC**<br><br>Hearing:<br>Date: March 4, 2021<br>Time: 10:00 a.m.<br>Courtroom: 6D<br><br>United States District Judge<br>Hon. Fernando M. Olquin |

**TO:**    **1.**    **Gary I. Shinder;**

        **2.**    **ESSMW – Earth Solar System Milky Way, LLC;**

        **3.**    **Heli Biotech LLC;**

|   |   |   |
|---|---|---|
| 1 | 4. | **Dr. Kush World Collective LLC;** |
| 2 | 5. | **Eagle Rock Herbal Collective LLC;** |
| 3 | 6. | **Genius Products LLC;** |
| 4 | 7. | **Full Circle Labs LLC;** |
| 5 | 8. | **Nature's Holiday LLC;** |
| 6 | 9. | **Variant Hemp Solutions LLC;** |
| 7 | 10. | **Planck Properties LLC;** |
| 8 | 11. | **Aristotle Equipment LLC; and** |
| 9 | 12. | **All other parties in interest:** |

**NOTICE IS HEREBY GIVEN** that on **March 4, 2021 at 10:00 a.m.** or as soon thereafter as the matter may be heard, before the Honorable Judge Fernando M. Olguin, in Courtroom 6D of the above-entitled Court, located on the 6th Floor of the First Street Courthouse, at 350 W 1st Street, Los Angeles, CA 90012, Levene, Neale, Bender, Yoo & Brill L.L.P., David B. Golubchik, and Kurt Ramlo (collectively, "**Levene Neale**") will and hereby do move pursuant to Local Rule 83-2.3.2 and the California Rules of Professional Conduct for an order granting leave for Levene Neale to withdraw from representing the following Defendants:

Gary I. Shinder;

ESSMW – Earth Solar System Milky Way, LLC;

Heli Biotech LLC;

Dr. Kush World Collective LLC;

Eagle Rock Herbal Collective LLC;

Genius Products LLC;

Full Circle Labs LLC;

Nature's Holiday LLC;

Variant Hemp Solutions LLC;

Planck Properties LLC; and

Aristotle Equipment LLC.

1

| | |
|---|---|
| 1 | **NOTICE IS FURTHER GIVEN** that any party who wishes to oppose the |
| 2 | Motion must not later than twenty-one (21) days before the date designated for the |
| 3 | hearing of the Motion (i.e., not later than February 11, 2021) serve upon all other |
| 4 | parties and file with the Clerk the evidence upon which the opposing party will |
| 5 | rely in opposition to the Motion and a brief but complete memorandum which shall |
| 6 | contain a statement of all the reasons in opposition thereto and the points and |
| 7 | authorities upon which the opposing party will rely. |
| 8 | **NOTICE IS FURTHER GIVEN** that if a hearing is held, the hearing on |
| 9 | the Motion may be conducted by videoconference or telephone.  You should check |
| 10 | the Court's website to determine how the Court will conduct the hearing on the |
| 11 | Motion.  The Court's Guidelines for Zoom Courtroom Proceedings are available |
| 12 | at: |
| 13 | https://www.cacd.uscourts.gov/clerk-services/courtroom-technology/zoom-courtroom-proceedings |
| 14 | **NOTICE IS FURTHER GIVEN** that no later than the Monday before the |
| 15 | scheduled hearing, the parties and those persons who filed papers with the Court |
| 16 | with respect to the Motion can expect the Court to issue an order regarding any |
| 17 | hearing set on the Motion.  Some of the Court's motion and hearing procedures are |
| 18 | available at: |
| 19 | https://www.cacd.uscourts.gov/honorable-fernando-m-olguin |
| 20 | This Motion is based upon this Notice, the accompanying memorandum of |
| 21 | points and authorities in support thereof, the declaration of David G. Golubchik, |
| 22 | the proposed order filed herewith, all papers and pleadings filed in this action, and |
| 23 | any other evidence and argument as may be presented at or before to the hearing |
| 24 | on the Motion. |
| 25 | This Motion is made following the conference of counsel in accordance with |
| 26 | L.R. 7-3 that took place between October 2020 and February 3, 2021.  Counsel for |
| 27 | (a) Plaintiff, (b) Defendants Genius Products NT Inc., Genius Products Inc., |
| 28 | Genius Fund I LLC, Genius Delivery LLC, Genius Products T Inc., Genius Sales |

1 LLC, and Genius Fund I, Inc., and (c) Defendants Katerina Bosov, Alltech
2 Investments Ltd., and Goldhawk Investments Ltd. advise that they have no
3 opposition to the Motion.

Dated: February 4, 2021   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: */s/ David B. Golubchik*
    DAVID B. GOLUBCHIK
    KURT RAMLO
Attorneys for Defendants Gary I. Shinder; ESSMW – Earth Solar System Milky Way, LLC; Heli Biotech LLC; Dr. Kush World Collective LLC; Eagle Rock Herbal Collective LLC; Genius Products LLC; Full Circle Labs LLC; Nature's Holiday LLC; Variant Hemp Solutions LLC; Planck Properties LLC; and Aristotle Equipment LLC; and for Third Party Genius Fund I ABC, LLC