UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DMITRY BORISOVICH BOSOV *et al.*,<br><br>　　　　Defendants. | Case No. 2:20-cv-03797-FLA (JCx)<br><br>**[Proposed] Order Granting Motion of Levene, Neale, Bender, Yoo & Brill L.L.P., David B. Golubchik, and Kurt Ramlo for Withdrawal as Counsel for Defendants Gary I. Shinder; ESSMW – Earth Solar System Milky Way, LLC; Heli Biotech LLC; Dr. Kush World Collective LLC; Eagle Rock Herbal Collective LLC; Genius Products LLC; Full Circle Labs LLC; Nature's Holiday LLC; Variant Hemp Solutions LLC; Planck Properties LLC; and Aristotle Equipment LLC**<br><br>United States District Judge<br>Hon. Fernando L. Aenlle-Rocha<br><br>Trial Date:  October 5. 2021 |

　　　　BASED ON GOOD CAUSE APPEARING, including the evidence provided in the *Motion for Withdrawal as Counsel for Defendants Gary I. Shinder; ESSMW – Earth Solar System Milky Way, LLC; Heli Biotech LLC; Dr. Kush World Collective LLC; Eagle Rock Herbal Collective LLC; Genius Products LLC; Full Circle Labs LLC; Nature's Holiday LLC; Variant Hemp Solutions LLC; Planck Properties LLC; and Aristotle Equipment LLC* (the "**Motion**") filed by Levene, Neale, Bender, Yoo

& Brill L.L.P., David B. Golubchik, and Kurt Ramlo (collectively, "**Levene Neale**"), the record in this case, and the argument of counsel, and for the reasons stated at any hearing in this matter, the Court hereby,

GRANTS the Motion, and

ORDERS that Levene Neale's representation of the following to be terminated effective as of the date of this Order:

1. Gary I. Shinder;
2. ESSMW – Earth Solar System Milky Way, LLC;
3. Heli Biotech LLC;
4. Dr. Kush World Collective LLC;
5. Eagle Rock Herbal Collective LLC;
6. Genius Products LLC;
7. Full Circle Labs LLC;
8. Nature's Holiday LLC;
9. Variant Hemp Solutions LLC;
10. Planck Properties LLC; and
11. Aristotle Equipment LLC.

**IT IS SO ORDERED.**

Date: _____          _____
                                                                  Hon. Fernando L. Aenlle-Rocha
                                                                  United States District Judge