1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  FRANCIS J. RACIOPPI, JR., | Case No. 2:20-cv-03797-FLA (JCx) |
| 12            Plaintiff, | **ORDER AUTHORIZING HELI HOLDINGS TO SUBMIT RENEWAL PAPERWORK TO MAINTAIN LICENSES** |
| 13        v. | |
| 14  DMITRY BORISOVICH BOSOV, et al., | |
| 15 | |
| 16            Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

-1-

**ORDER**

Following the issuance of this Court's March 12, 2021 order on the *ex parte* application of third party Heli Holdings, LLC ("Heli Holdings") regarding renewal of cannabis licenses, the Court held a telephonic hearing commencing at 4:00 p.m. on Saturday, March 13. 2021. Present were counsel for plaintiff, all named defendants, and interested third parties Genius Fund I ABC LLC, Heli Holdings, and Joseph Ohayon. Following the argument of counsel, and good cause appearing therefore, the Court issued oral rulings and hereby issues a written order memorializing the same:

**IT IS HEREBY ORDERED:**

1. Heli Holdings may proceed and take action to renew and preserve the two subject cannabis licenses Nos. C10-0000219-LIC and C10-0000220-LIC (collectively, the "Licenses"), with the Bureau of Cannabis Control and the Department of Cannabis Regulation (collectively, the "Regulatory Agencies") listing Heli Holdings as owner and a Heli Holdings principal as the individual, and further shall include as an additional contact person: Armen Avedissian, who shall serve as a representative of Genius Fund I ABC LLC on the Licenses, and who shall be entitled to receive/be copied on any and all communications to and from the Regulatory Agencies with respect to the Licenses.

2. Nothing set forth in this Order shall be deemed to be an adjudication, determination or validation of Heli Holdings' status as the owner of the Licenses, nor any other parties'/interested third parties' right to the Licenses, which is subject to pending litigation.

3. The Licenses, and Heli Holdings' actions in respect thereto, shall be subject to all existing orders of this Court absent further order of the Court.

4. After the Licenses are placed in Heli Holdings' name, they shall not be further transferred or encumbered without the agreement of all parties/interested third parties referenced herein or further order of the Court.

5. This order is without prejudice to the positions of all parties/interested third parties with respect to the assets subject to the July 21, 2020 Settlement Agreement.

6. Heli Holdings shall confer with all parties regarding future decisions for operations with respect to the Licenses and the retail locations on La Brea Boulevard and Melrose Avenue, and any disputes with respect thereto may be brought before this Court absent further order of the Court.

**IT IS SO ORDERED.**

Dated: March 14, 2021

_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE