# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Case No. | 2:20-cv-03797-FLA-JC | Date | March 13, 2021 |
|---|---|---|---|
| Title | Francis J. Racioppi, Jr. v. Dmitry Borisovich Bosov, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | AT&T Teleconference | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys (Telephonically) Present for Plaintiff: | Attorneys/Others (Telephonically) Present for Defendants/Third Parties:[1] |
|---|---|
| David J. Carroll | Stephen G. Larson<br>A. Alexander Lowder<br><br>Matthew E. Sloan<br>Raza Rasheed<br><br>David B. Golubchik<br>Armen Avedissian<br><br>Jimmy C. Taus<br><br>Paul S. Malingagio<br>Alan M. Feld<br>Sarah A.K. Blitz |

---

[1] Attorneys Larson and Lowder represent Genius Fund I, Inc.; Genius Fund I, LLC; Genius Delivery, LLC; Genius Sales LLC; Genius Products T, Inc.; Genius Products NT, Inc.; and Genius Products, Inc.

Attorneys Sloan and Rasheed represent Katerina Bosov, representative of the Estate of Dmitry Bosov; Alltech Investments Ltd.; and Goldhawk Investments Ltd.

Attorney Golubchik who was present, and Kurt Ramlo who was not present currently represent the following individuals/entities, but have pending a motion to withdraw as to a subset thereof: Gary I. Shinder; Earth Solar System Milky Way, LLC; Heli Biotech LLC; Dr. Kush World Collective LLC; Eagle Rock Herbal Collective LLC; Genius Products, LLC; Full Circle Labs LLC; Nature's Holiday LLC; Variant Hemp Solutions LLC; Planck Properties LLC; Aristotle Equipment LLC, and interested third party Genius Fund I ABC, LLC (whose manager Mr. Avedissian was also present).

Attorney Taus represents interested third parties Heli Holdings, LLC and Joseph Ohayon.

Attorneys Malingagio, Feld, and Blitz represent interested third party Heli Holdings LLC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Case No. | 2:20-cv-03797-FLA-JC | Date | March 13, 2021 |
|---|---|---|---|
| Title | Francis J. Racioppi, Jr. v. Dmitry Borisovich Bosov, et al. | | |

**Proceedings:** **(TELEPHONIC) HEARING RE MAINTENANCE OF LICENSES**

    Case called. Counsel made their appearances. The Court heard argument from counsel, orally ruled, and indicated a written order memorializing such rulings (which has been entered as Docket No. 189) would issue.

|  | 1 : 45 |
|---|---|
| Initials of Clerk | KLH |