1  JASON D. RUSSELL (SBN 169219)
   jason.russell@skadden.com
2  MATTHEW E. SLOAN (SBN 165165)
   matthew.sloan@skadden.com
3  RAZA RASHEED (SBN 306722)
   raza.rasheed@skadden.com
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, California 90071-3144
   Telephone:  (213) 687-5000
6  Facsimile:   (213) 687-5600

7  *Attorneys for Defendants*
   *Katerina Bosov, Alltech Investments*
8  *Ltd., and Goldhawk Investments Ltd.*

9  BROWNE GEORGE ROSS
   O'BRIEN ANNAGUEY & ELLIS LLP
10 Thomas P. O'Brien (State Bar No. 166369)
   tobrien@bgrfirm.com
11 Jennie Wang VonCannon (State Bar No. 233392)
   jvoncannon@bgrfirm.com
12 David J. Carroll (State Bar No. 291665)
   dcarroll@bgrfirm.com
13 Nathan F. Brown (State Bar No. 317300)
   nbrown@bgrfirm.com
14 801 S. Figueroa Street, Suite 2000
   Los Angeles, California 90017
15 Telephone: (213) 725-9800
   Facsimile: (213) 725-9808
16
   *Attorneys for Plaintiff*
17 *Francis J. Racioppi, Jr.*

18              UNITED STATES DISTRICT COURT
19              CENTRAL DISTRICT OF CALIFORNIA
20              WESTERN DIVISION

21 FRANCIS J. RACIOPPI, JR.,          ) CASE NO.: 2:20-CV-03797-FLA-JCx
                                      )
22        Plaintiff,                  ) **STATUS REPORT AND JOINT**
                                      ) **STIPULATION REGARDING**
23    v.                              ) **DEFENDANTS' MOTION TO**
                                      ) **DISMISS IN FAVOR OF**
24 DMITRY BORISOVICH BOSOV,           ) **ARBITRATION (ECF 136)**
   et al.,                            )
25                                    ) Complaint Filed:  April 24, 2020
          Defendants.                 ) First Am. Compl. Filed:  May 21, 2020
26                                    ) Judge: Hon.  Fernando L. Aenlle-Rocha
                                      ) Courtroom:  6B
27                                    )

28

STATUS REPORT AND JOINT STIPULATION RE: ARBITRATION MOTION

# JOINT STIPULATION

WHEREAS, Plaintiff Francis J. Racioppi, Jr. ("Plaintiff") filed this action on April 24, 2020 against, among others, Defendants Dmitry Borisovich Bosov, Alltech Investments Ltd. ("Alltech"), and Goldhawk Investments Ltd. ("Goldhawk") (*see* ECF No. 1);

WHEREAS, Plaintiff served the operative Complaint on Katerina Bosov, representative of the Estate of Dmitry Borisovich Bosov, Alltech, and Goldhawk (together, "Defendants") on October 16, 2020 (*see* ECF Nos. 115-17);

WHEREAS, on November 6, 2020, Defendants filed a motion to: (1) dismiss this action in favor of arbitration; and (2) join a petition to compel arbitration filed by the Genius Fund Defendants[1] ("Motion") (*see* ECF No. 136);

WHEREAS, Plaintiff filed an opposition to the Motion on November 19, 2020 (*see* ECF No. 143);

WHEREAS, Plaintiff, Defendants and most of the Genius Fund Defendants entered into a confidential Settlement and Release Agreement ("Settlement Agreement") on November 17, 2020 that resolved certain disputes between them, including disputes at issue in this action;

WHEREAS, a copy of the Settlement Agreement is lodged under seal with the Court at ECF No. 163;

WHEREAS, aspects of the Settlement Agreement are contingent on the outcome of a motion Plaintiff filed to claw back assets that were illicitly transferred by Defendant Gary I. Shinder to non-parties Joseph Ohayon and Heli Holdings, LLC in violation of the Court's August 5, 2020 Order attaching and prohibiting the transfer of those assets ("Clawback Motion") (*see* ECF No. 155);

WHEREAS, Defendants' Motion may become moot depending, among other

---

[1] The Genius Fund Defendants include: Genius Fund I, Inc., Genius Fund I, LLC, ESSMW – Earth Solar System Milky Way, LLC, Heli Biotech LLC; Dr. Kush World Collective LLC, Eagle Rock Herbal Collective LLC, Genius Products LLC, Full Circle Labs LLC, Nature's Holiday LLC, Variant Hemp Solutions LLC, Genius Delivery LLC, Planck Properties LLC, Aristotle Equipment LLC, Genius Sales LLC, Genius Products T, Inc., Genius Products NT, Inc., Genius Products, Inc. and Gary I. Shinder.

1 | things, on the outcome of the Clawback Motion;

2 | WHEREAS, on November 30, 2020, at the parties' request, the Court: (i) stayed
3 | further briefing on the Motion indefinitely; and (ii) ordered the parties, by January 25,
4 | 2021, either to notify the Court that the Motion has become moot and take steps to
5 | withdraw it, or alternatively file a joint stipulation with the Court requesting a new
6 | hearing date for the Motion and a new deadline for Defendants to file their reply brief
7 | (*see* ECF No. 149);

8 | WHEREAS, Magistrate Judge Chooljian heard oral argument on the Clawback
9 | Motion on January 5, 2021, and received supplemental briefing on January 13, 2021;

10 | WHEREAS, on January 29, 2021, after receiving a status report and joint
11 | stipulation from the parties on January 25, 2021 (*see* ECF No. 177), the Court ordered
12 | the parties to provide a further update on whether the Motion has become moot on or
13 | before March 29, 2021, or 7 days after Magistrate Judge Chooljian resolved the
14 | Clawback Motion, whichever came earlier (*see* ECF 178);

15 | WHEREAS, as of the date of this filing, Magistrate Judge Chooljian has not yet
16 | resolved the Clawback Motion;

17 | WHEREAS, the parties believe that the Motion is likely to become moot when
18 | Magistrate Judge Chooljian rules on the Clawback Motion and, on that basis, believe
19 | that it would be an inefficient use of the Court's time and the parties' resources to
20 | resume litigation over the Motion before the Clawback Motion has been resolved;

21 | NOW THEREFORE, Plaintiff and Defendants hereby STIPULATE through
22 | their undersigned counsel of record that:

23 | 1. On or before the earlier of May 31, 2021, or seven (7) days after
24 | Magistrate Judge Chooljian issues an order resolving the Clawback
25 | Motion, Plaintiff and/or Defendants will file a joint status report apprising
26 | the Court of whether the parties intend to resume litigating the Motion,
27 | and if so, what steps the parties recommend in aid of that process; and
28 | 2. Plaintiff and Defendants respectfully request that the Court ratify this

stipulation by entering the proposed order submitted herewith.

**IT IS SO STIPULATED**.

Date:  March 29, 2021

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*/s/ Matthew E. Sloan*_____
MATTHEW E. SLOAN
Attorneys for Defendants
KATERINA BOSOV
ALLTECH INVESTMENTS LTD.
GOLDHAWK INVESTMENTS LTD.

BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP

By: _____*/s/ David J. Carroll*_____
DAVID J. CARROLL
Attorneys for Plaintiff
FRANCIS J. RACIOPPI, JR.

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: March 29, 2021                    _____*/s/ Matthew E. Sloan*_____
                                              Matthew E. Sloan