UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

FRANCIS J. RACIOPPI, JR.,

Plaintiff,

v.

DMITRY BORISOVICH BOSOV, et al.,

Defendants.

CASE NO.: 2:20-CV-03797-FLA-JCx

**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: ARBITRATION MOTION**

# [PROPOSED] ORDER

Having considered Plaintiff Francis J. Racioppi, Jr.'s ("Plaintiff") and Defendants Katerina Bosov's, Alltech Investments Ltd.'s, and Goldhawk Investments Ltd.'s ("Defendants") Status Report and Joint Stipulation Regarding Defendants' Motion to Dismiss in Favor of Arbitration ("Motion"), IT IS HEREBY ORDERED THAT:

1. The joint stipulation is approved; and
2. On or before the earlier of May 31, 2021, or seven (7) days after Magistrate Judge Chooljian issues an order resolving the Clawback Motion (defined in the parties' joint stipulation), Plaintiff and/or Defendants will file a joint status report apprising the Court of whether the parties intend to resume litigating the Motion, and if so, what steps the parties recommend in aid of that process.

**IT IS SO ORDERED**.

DATED: ___________________

______________________________
HON. FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT COURT