**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., <br><br> Plaintiff, <br><br> v. <br><br> DMITRY BORISOVICH BOSOV, et al., <br><br> Defendants. | Case No. 2:20-cv-03797-FLA (JCx) <br><br> **ORDER APPROVING JOINT STIPULATION RE: ARBITRATION MOTION [DKT. 193]** |

**ORDER**

Having considered Plaintiff Francis J. Racioppi, Jr. ("Plaintiff") and Defendants Katerina Bosov, Alltech Investments Ltd., and Goldhawk Investments Ltd.'s ("Defendants") Status Report and Joint Stipulation Regarding Defendants' Motion to Dismiss in Favor of Arbitration ("Motion"),

IT IS HEREBY ORDERED THAT:

1. The joint stipulation is approved; and
2. On or before April 9, 2021, the parties shall file a joint status report concerning the status of the Motion, settlement, and the action, whether the parties intend to resume litigation over the Motion, and, if so, a proposed hearing and briefing schedule, and, if necessary, a proposed pretrial and trial schedule.

**IT IS SO ORDERED**.

DATED: April 1, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1