BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
Jennie Wang VonCannon (State Bar No. 233392)
  jvoncannon@bgrfirm.com
David J. Carroll (State Bar No. 291665)
  dcarroll@bgrfirm.com
Nathan F. Brown (State Bar No. 317300)
  nbrown@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

Attorneys for Plaintiff
Francis J. Racioppi, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. RACIOPPI, JR., | Case No. 2:20-cv-03797-FLA (JCx) |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| vs. | |
| DMITRY BORISOVICH BOSOV, *et al.*, | |
| Defendants. | |

1791735.1

## NOTICE OF DISMISSAL

WHEREAS, Plaintiff Francis J. Racioppi, Jr. ("Plaintiff") filed this action on April 24, 2020;

WHEREAS, on November 17, 2020, Plaintiff and most of the defendants in this action entered into a confidential Settlement and Release Agreement ("Settlement Agreement");

WHEREAS, a copy of the Settlement Agreement is lodged under seal with the Court at ECF No. 163;

WHEREAS, pursuant to the Settlement Agreement, Plaintiff became obligated to dismiss this action upon the occurrence of certain events, which have now occurred;

WHEREAS, Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment";

WHEREAS, no defendant in this action has filed either an answer or a motion for summary judgment;

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action in its entirety without prejudice.

DATED: April 9, 2021

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
   Thomas P. O'Brien
   Jennie Wang VonCannon
   David J. Carroll
   Nathan F. Brown

By:    /s/ David J. Carroll
       David J. Carroll
Attorneys for Plaintiff Francis J. Racioppi, Jr.